UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BIGHORN CONSTRUCTION AND RECLAMATION, LLC, BRIDGELINK ENGINEERING, LLC, BRIDGELINK COMMODITIES, LLC, BRIDGELINK INVESTMENTS, LLC, BRIDGELINK DEVELOPMENT, LLC, BRIDGELINK RENEWABLE ENERGY INVESTMENTS LLC, INTERMOUNTAIN ELECTRIC SERVICE, INC., BIGHORN INVESTMENTS AND PROPERTIES, LLC, COLE W. JOHNSON, CORD H. JOHNSON, CASSIE J. HAMILTON,<br><br>Defendants. | Civil Action No. 1:21-cv-03068 (GLR) |

## EMERGENT MOTION FOR TEMPORARY AND PRELIMINARY INJUNCTIONS

Plaintiff, XL Specialty Insurance Company ("XL"), by counsel and pursuant to Fed. R. Civ. P. 65, hereby files this Emergent Motion for Temporary and Preliminary Injunctions seeking specific performance of a General Agreement of Indemnity ("Indemnity Agreement") jointly and severally against Defendants Bridgelink Engineering, LLC, Bridgelink Commodities, LLC, Bridgelink Investments, LLC, Bridgelink Development, LLC, Bridgelink Renewable Energy Investments LLC, Intermountain Electric Service, Inc., Bighorn Investments and Properties, LLC, BCR, Cole W. Johnson, Cord H. Johnson, and Cassie J. Hamilton ("Indemnitors").  XL respectfully request that the Court specifically enforce the collateral security provisions of the Indemnity Agreement by entering the Order:

(l) Directing Indemnitors, and each of them, and their officers, agents, employees, attorneys and other persons acting on their behalf, to deposit collateral with XL in the amount of $2,000,000, or, alternatively, enjoining and restraining Indemnitors, and each of them, and their officers, agents, employees, attorneys and other persons acting on their behalf, from transferring, conveying, selling, encumbering, in any manner, any property or assets, which are jointly or solely owned by the Indemnitors;

(2) To the extent Indemnitors do not deposit the collateral required, an Order to operate as a lien, mortgage or other encumbrance on the assets of each Indemnitor in the amount of $2,000,000 and allowing XL to file such an Order with the secretary of state(s), counties, municipalities, townships, parishes, cities, and/or wherever else the Indemnitors' property may be located;

(3) Directing Indemnitors, and each of them, and their officers, agents, employees, attorneys, and other persons acting on their behalf; to provide XL with full and complete access to all of Indemnitors' books, records, and other documents, including financial book, records, documents and accounts maintained by them or any of them in which they may have an interest for inspection and copying;

(4) Directing Indemnitors, and each of them, and their officers, agents, employees, attorneys, and other persons acting on their behalf; to render XL a full and complete accounting of all assets owned by them or any one of them in which they or any one of them may have an interest;

(5) Enjoining and restraining Indemnitors, and each of them, and their officers, agents, employees, attorneys and other persons acting on their behalf, from destroying, deleting, tampering, altering or otherwise changing their books, records and other documents maintained by them or any of them; and,

(6) Granting any other relief that this Court deems just and equitable.

XL also respectfully requests that pending the hearing of Plaintiff's Emergent Motion for Preliminary Restraints, the Indemnitors and their officers, agents, employees, attorneys, and other persons acting on their behalf, be hereby:

(1) Directed, within _____ days of this Order, to deposit collateral with the Plaintiff in the amount of $2,000,000; if Indemnitors do not deposit the collateral required, this Order to Show Cause shall operate as a lien, mortgage or other encumbrance on the assets of each Indemnitor in the amount of $2,000,000, and Plaintiff is authorized to file this Order with the secretary of state(s), counties, municipalities, townships, parishes, cities, and/or wherever else the Indemnitors' property may be located:

(2) Enjoined and restrained from transferring, conveying, selling, encumbering, in any manner, any property or assets, which are jointly or solely owned by the Indemnitors, unless and until the collateral is deposited;

(3) Directed, within _____ days of this Order, to provide Plaintiff with full and complete access to all of Indemnitors' books, records, and other documents, including financial books, records, documents and accounts maintained by them or any of them in which they may have an interest, for inspection and copying;

(4) Enjoined and restrained from destroying, deleting, tampering, altering or otherwise changing their books, records and other documents maintained by them or any of them.

In support of this Emergent Motion, XL relies upon the attached Memorandum of Law and Verified Complaint, with Exhibits.  A proposed order is attached

ORAL ARGUMENT IS REQUESTED.

                                                                Respectfully submitted,

DATED: December 1 , 2021                TRIF AND MODUGNO, LLC
*Attorneys for Plaintiff*
*XL Specialty Insurance Company*

_____
Kevin Brotspies, Esq.
89 Headquarters Plaza
North Tower, Suite 1201
Morristown, New Jersey 07960
Telephone: 973-547-3611
Facsimile: 973-554-1220

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Temporary and Preliminary Injunctions, Memorandum in Support of Plaintiff's Emergent Motion for Temporary and Preliminary Injunctions, Verified Complaint, with Exhibits and proposed Order for Temporary Injunction and Setting Hearing for Preliminary Injunction was served on: (i) Britton Douglas, Esq., general counsel for Bighorn Construction and Reclamation, LLC, Bridgelink Engineering, LLC, Bridgelink Commodities, LLC, Bridgelink Investments, LLC, Bridgelink Development, LLC, Bridgelink Renewable Energy Investments, LLC, Intermountain Electric Service, Inc., and Bighorn Investments and Properties, LLC, via electronic mail at britton.douglas@bridgelinkinvestments.com; and (ii) Cord Johnson via electronic mail at cord@chj-bl.com; (iii) Cole W. Johnson, via Federal Express next-day delivery 17 Trace Drive, Weatherford, TX 76087; and (iv) Cassie J. Hamilton via Federal Express next-day delivery at 17 Trace Drive, Weatherford, TX 76087.

I HEREBY FURTHER CERTIFY that, once filed, a true and correct copy of the foregoing Motion for Temporary and Preliminary Injunctions, Memorandum in Support of Plaintiff's Emergent Motion for Temporary and Preliminary Injunctions, Verified Complaint, with Exhibits and proposed Order for Temporary Injunction and Setting Hearing for Preliminary Injunction will be served by process server on Defendants with Summons as follows:

Bighorn Construction & Reclamation, LLC
Serve on: URS Agents, LLC 3610-2 N. Josey Lane, Suite 223, Carrollton, TX 75007

Bridgelink Engineering, LLC
Serve on: URS Agents, LLC 3610-2 N. Josey Lane, Suite 223, Carrollton, TX 75007

Bridgelink Commodities, LLC
Serve on: URS Agents, LLC 3610-2 N. Josey Lane, Suite 223, Carrollton, TX 75007

Bridgelink Investments, LLC
Serve on: URS Agents, LLC 3610-2 N. Josey Lane, Suite 223, Carrollton, TX 75007

Bridgelink Development, LLC
Serve on: 777 Main Street, Suite 2800, Fort Worth, TX 76102

Bridgelink Renewable Energy Investments, LLC
Serve on: URS Agents, LLC 3610-2 N. Josey Lane, Suite 223, Carrollton, TX 75007

Intermountain Electric Service, Inc.,
Serve on: Corporation Service Company, D/B/A CSC-Lawyers Inc., 211 E. 7th Street Suite 620, Austin, TX 87801

Bighorn Investments and Properties, LLC
Serve on: URS Agents, LLC 3610-2 N. Josey Lane, Suite 223, Carrollton, TX 75007

Cole W. Johnson
Serve on: 1301 Old Tin Top Road, Weatherford, TX 76087

Cord H. Johnson
Serve on: 127 Trace Drive, Weatherford, TX 76087

Cassie J. Hamilton
Serve on: 127 Trace Drive, Weatherford, TX 76087

DATED: December 1 , 2021          TRIF AND MODUGNO, LLC
                                  *Attorneys for Plaintiff*
                                  *XL Specialty Insurance Company*

                                  _____
                                  Kevin Brotspies, Esq.
                                  89 Headquarters Plaza
                                  North Tower, Suite 1201
                                  Morristown, New Jersey 07960
                                  Telephone: 973-547-3611
                                  Facsimile: 973-554-1220