UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Chambers of<br>**GEORGE L. RUSSELL, III**<br>United States District Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-4055 |

December 3, 2021

MEMORANDUM TO COUNSEL RE:  XL Specialty Ins. Co. v. Bighorn Const. & Reclamation, LLC, et al.
Civil Action No. GLR-21-3068

Dear Counsel:

Pending before the Court is Plaintiff XL Specialty Insurance Company's ("XL") Emergent Motion for Temporary and Preliminary Injunctions (ECF No. 2). Counsel for XL is directed to contact counsel for Defendants Bighorn Construction and Reclamation, LLC, Bridgelink Engineering, LLC, Bridgelink Commodities, LLC, Bridgelink Development, LLC, Bridgelink Renewable Energy Investments, LLC, Intermountain Electric Service, Inc., Bighorn Investments and Properties, LLC, Cole W. Johnson, Cord H. Johnson, and Cassie J. Hamilton to consult with one another and:

(1) attempt to arrange a briefing schedule on the pending Motion;
(2) determine the need for and scope of any necessary expedited discovery;
(3) determine whether the parties anticipate reaching any stipulations regarding the presentation of evidence or prevention of any alleged irreparable harm;
(4) schedule the submission of proposed findings of fact and conclusions of law in both PDF and/or Word formats; and
(5) determine whether the parties wish to be referred to a United States Magistrate Judge for the purpose of engaging in a mediation.

Counsel should submit a status report addressing the five points outlined above no later than **Tuesday, December 7, 2021**. Upon submission of the status report, the parties shall contact chambers to schedule a teleconference to discuss the points outlined above to take place on **Wednesday, December 8, 2021**. Counsel for XL shall initiate the teleconference once it is scheduled.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

_____/s/_____
George L. Russell, III
United States District Judge