IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BIGHORN CONSTRUCTION AND RECLAMATION, LLC, BRIDGELINK ENGINEERING, LLC, BRIDGELINK COMMODITIES, LLC, BRIDGELINK INVESTMENTS, LLC, BRIDGELINK DEVELOPMENT, LLC, BRIDGELINK RENEWABLE ENERGY INVESTMENTS LLC, INTERMOUNTAIN ELECTRIC SERVICE, INC., BIGHORN INVESTMENTS AND PROPERTIES, LLC, COLE W. JOHNSON, CORD H. JOHNSON, CASSIE J. HAMILTON,<br><br>Defendants. | Civil Action No. 1:21-cv-03068 (GLR) |

**DEFENDANT'S LOCAL RULE 103.3 DISCLOSURES**

Plaintiff, XL Specialty Insurance Company, by and through its undersigned attorney, Kevin S. Brotspies of Trif & Modugno, LLC, and in compliance with United States District Court for the District of Maryland, Local Rule 103.3, states as follows:

### a. Corporate Affiliations

XL Specialty Insurance Company ("XLS"), a Delaware Corporation with its principal place of business located in Stamford, Connecticut. XLS is a direct subsidiary of XL Reinsurance America Inc., and is an indirect subsidiary of X.L. America, Inc., XL Financial Holdings (Ireland) Limited, XL Bermuda Ltd, EXEL Holdings Limited, XLIT Ltd., XL Group Ltd, and AXA SA. The ultimate indirect parent of XLS is AXA SA, a company domiciled in France, and no publicly held company owns 10% or more of its stock.

### b. Financial interests in the outcome of the litigation

As the parent Company of XL Specialty Insurance Company, XL Reinsurance America, Inc. has a financial interest in the outcome of this litigation.

Dated: December 3, 2021

Respectfully submitted,

_____
Kevin Brotspies
89 Headquarters Plaza
North Tower, Suite 1201
Morristown, New Jersey 07960
Telephone: 973-547-3611
Facsimile: 973-554-1220