

Thurman Zollicoffer
T: 443.392.9419
thurman.zollicoffer@nelsonmullins.com

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
ATTORNEYS AND COUNSELORS AT LAW

100 S Charles St, Suite 1600
Baltimore, MD 21201
T: 443.392.9400  F: 443.392.9499
nelsonmullins.com

December 8, 2021

**VIA ELECTRONIC FILING**

The Honorable George L. Russell, III
United States District Court for
    the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

Re:   XL Specialty Ins. Co. v. Bighorn Const. & Reclamation, LLC, et al.
      Civil Action No.: 1:21-cv-03068-GLR

Dear Judge Russell:

Thank you for your letter order dated December 3, 2021.  Counsel have had an opportunity to confer regarding the pending Motion and respectfully request that this Honorable Court continue this case and suspend all deadlines for thirty (30) days to allow Counsel to work collaboratively through the amounts in controversy and arrive at a mutual understanding of the amounts claimed under the bonds and satisfaction of third-party claims under the bonds.  The parties believe that they can save judicial resources and ascertain with greater certainty the amount in controversy, the exposure under the bonds and satisfaction of any claims under the bonds.  Counsel have agreed to work diligently together to resolve issues that are not in controversy to streamline this litigation and reduce (and potentially eliminate) the issues necessary for the Court to address.  The Parties have submitted a Joint Motion to Continue Emergent Motion for Temporary and Preliminary Injunctions for the Court's consideration to allow us to further streamline this case.

Very truly yours,

Thurman W. Zollicoffer, Jr.

TWZ

cc:   All Counsel of Record

CALIFORNIA | COLORADO | DISTRICT OF COLUMBIA | FLORIDA | GEORGIA | MARYLAND | MASSACHUSETTS | NEW YORK
NORTH CAROLINA | SOUTH CAROLINA | TENNESSEE | WEST VIRGINIA