IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| XL SPECIALTY INSURANCE COMPANY, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:21-cv-03068-GLR |
| BIGHORN CONSTRUCTION AND RECLAMATION, LLC, et al., | * | |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### **ORDER**

Upon Consideration of the Joint Motion to Continue Emergent Motion For Temporary and Preliminary Injunctions (ECF No. 8), it is this 9th day of December, 2021, by the United States District Court for the District of Maryland, hereby:

ORDERED that the parties' Joint Motion to Continue Emergent Motion for Temporary and Preliminary Injunctions (ECF No. 8) is GRANTED;

IT IS FURTHER ORDERED that Defendants shall respond to XL Specialty Insurance Company's Emergent Motion for Temporary and Preliminary Injunctions (ECF No. 2) on or before Monday, January 10, 2022;

IT IS FURTHER ORDERED that the parties shall SUBMIT a status report on or before Monday, January 10, 2022 if a further modification of the response and reply deadlines is needed; and

IT IS FURTHER ORDERED that the teleconference scheduled for December 10, 2021 is CANCELLED.

_____/s/_____
George L. Russell, III
United States District Judge