UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BIGHORN CONSTRUCTION AND RECLAMATION, LLC, BRIDGELINK ENGINEERING, LLC, BRIDGELINK COMMODITIES, LLC, BRIDGELINK INVESTMENTS, LLC, BRIDGELINK DEVELOPMENT, LLC, BRIDGELINK RENEWABLE ENERGY INVESTMENTS LLC, INTERMOUNTAIN ELECTRIC SERVICE, INC.,  BIGHORN INVESTMENTS AND PROPERTIES, LLC, COLE W. JOHNSON, CORD H. JOHNSON, CASSIE J. HAMILTON<br><br>Defendants. | Civil Action No.<br>1:21-cv-03068-GLR |

**DECLARATION OF BARRY HUBER OF XL SPECIALTY INSURANCE COMPANY IN FURTHER SUPPORT OF MOTION FOR TEMPORARY AND PRELIMINARY INJUNCTIONS**

I, Barry Huber, declare as follows:

1. I am over the age of 18 and am competent to testify to the matters set forth herein.  I have personal knowledge of the facts set forth herein.

2. I submit this declaration in further support of Plaintiff, XL Specialty Insurance Company's ("XL"), motion for preliminary injunction which seeks to require the Defendants to deposit collateral security with XL.

3. I am the Global Practice Leader of XL.

**I.      The Dozr Lien Notice**

4. On December 6, 2021, XL received notice from Depcom Power, Inc. ("Depcom") that Dozr Ltd. ("Dozr") had filed a Notice of Intent to file a Lien against the Depcom Project in the amount of $222,475.20 ("Dozr Lien Notice").

5. On December 7, 2021, XL, through counsel, forwarded a copy of the Dozr Lien Notice to counsel for Bighorn Construction and Reclamation, LLC ("BCR"), Bridgelink Engineering, LLC, Bridgelink Commodities, LLC, Bridgelink Investments, LLC, Bridgelink Development, LLC, Bridgelink Renewable Energy Investments LLC, Intermountain Electric Service, Inc., Bighorn Investments and Properties, LLC (collectively, "Corporate Indemnitors") requesting the Corporate Indemnitors' position with respect to same.

6. To date, Corporate Indemnitors are yet to resolve and/or provide their position with respect to the Dozr Lien Notice.

**II.     The Ferguson Claim**

7. On December 7, 2021, XL received notice that Ferguson Waterworks ("Ferguson") had filed a claim in the amount of $147,764.83 against the bond ("Depcom Bond") that XL issued, as surety, on behalf of BCR, as principal, on the Depcom Project ("Ferguson Claim").

8. On December 7, 2021, XL forwarded, through counsel, a copy of the Ferguson Claim to the Corporate Indemnitors' counsel requesting the Corporate Indemnitors' position with respect to same.

9. On January 6, 2022, XL received additional documents from Ferguson in further support of the Ferguson Claim ("Ferguson Claim Documents").

10. By email dated January 6, 2022, XL forwarded the Ferguson Claim Documents to the Corporate Indemnitors' counsel renewing its request for a response to the Ferguson Claim.

11. To date, the Corporate Indemnitors have not yet resolved or provided their position with respect to the Ferguson Claim.

### III. The White Cap Lien

12. On December 8, 2021, XL received notice that White Cap L.P. ("White Cap") had filed a Certificate of Lien ("White Cap Lien") in the amount of $11,145.19 against the Monmouth Solar Project ("Monmouth Project").

13. On December 8, 2021, XL, through counsel, forwarded a copy of the White Cap Lien to Corporate Indemnitors requesting the Corporate Indemnitors' position with respect to same.

14. To date, the Corporate Indemnitors have not yet resolved or provided their position with respect to the White Cap Lien.

### IV. The United Rentals Monmouth Claim

15. On December 16, 2021, XL received notice that United Rentals had filed a claim in the amount of $64,947.86 against the bond that XL issued, as surety, on behalf of BCR, as principal, on the Monmouth Project ("United Rentals Monmouth Claim").

16. On December 16, 2021, XL, through counsel forwarded a copy of the United Rentals Monmouth Claim to the Corporate Indemnitors' counsel requesting the Corporate Indemnitors' response to same.

17. To date, the Corporate Indemnitors have not yet resolved or provided their position with respect to the United Rentals Monmouth Claim.

V. **MYR Performance Claim**

18. On December 16, 2021, XL received: (i) a notice of default; (ii) notice of termination; and (iii) notice of performance bond claim from MYR Energy Services ("MYR") in connection with the performance bond that XL issued, as surety, on behalf of BCR, as principal, in connection with the Monmouth Project ("MYR Performance Claim").

19. In the MYR Performance Claim, MYR advised that it expected to incur costs of $150,000 above and beyond BCR's contract price to complete the Monmouth Project.

20. On December 16, 2021, XL, through counsel, forwarded copies of the MYR Energy Performance Claim documents to the Corporate Indemnitors' counsel, requesting the Corporate Indemnitors' response to same.

21. To date, the Corporate Indemnitors have not yet resolved or provided their position with respect to the MYR Performance Claim.

VI.     **Willard Claim**

22.    On January 3, 2022, XL received notice that Willard Agri-Service had filed a claim in the amount of $15,971.97 against the Depcom Bond ("Willard Claim").

23.    On January 3, 2022, XL, through counsel, forwarded a copy of the Willard Claim to the Corporate Indemnitors' counsel, requesting the Corporate Indemnitors' response to same.

24.    To date, the Corporate Indemnitors have not yet resolved or provided their position with respect to the Willard Claim.

VII.    **Mac Farms Claim**

25.    On January 4, 2022, XL received notice that William Hunter Wessels/Mac Farms, Inc. ("Mac Farms") had filed a claim in the amount of $88,200 against the Depcom Bond ("Mac Farms Claim").

26.    On January 14, 2022, XL, through counsel, forwarded a copy of the Mac Farms Claim to the Corporate Indemnitors' counsel, requesting the Corporate Indemnitors' response to same.

27.    To date, the Corporate Indemnitors have not yet resolved or provided their position with respect to the Mac Farms Claim.

VIII.   **Milton Rentals Claim**

28.    On January 17, 2022, XL received notice that Milton Rentals had filed a claim in the amount of $47,427.93 against the Monmouth Bond ("Milton Rentals Claim").

29. On January 17, 2022, XL, through counsel, forwarded a copy of the Milton Rentals Claim to the Corporate Indemnitors' counsel, requesting the Corporate Indemnitors' response to same.

30. To date, the Corporate Indemnitors have not yet resolved or provided their position with respect to the Milton Rentals Claim.

## IX.   Settled Claims against the Depcom Bonds

### a. Bennett Claim Resolution

31. Bennett, Brewer & Associates, LLC ("Bennett") filed a claim against the Depcom Bond in the amount of $134,100 ("Bennett Claim").

32. The Bennett Claim was resolved by way of joint check from Depcom to Bennett in the full amount of the Bennett Claim.

### b. Richfield Claim Resolution

33. Richfield Farms LLC ("Richfield") filed a claim against the Depcom Bond in the amount of $300,258.49 ("Richfield Claim").

34. The Richfield Claim was resolved by way of joint check from Depcom in the amount of $284,294 with the Corporate Indemnitors agreeing to pay the balance owed of $16,234.49.

### c. United Rentals Resolution

35. United Rentals filed a claim against the Depcom Bond in the amount of $265,636.50 ("United Rentals Depcom Claim")

36. The United Rentals Depcom Claim was resolved by way of joint check from Depcom in the amount of $148,707, with XL agreeing to pay the balance owed of $116,929.50.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  January 24, 2022

_____
Barry Huber
Global Practice Leader
XL Specialty Insurance Company