20211203131903

| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: EFFECTED (1) BY ME: TITLE: | SUMMONS AND COMPLAINT, VERIFICATION, EXHIBITS, CIVIL COVER SHEET, EMERGENT MOTION, CERTIFICATE OF SERVICE, MEMORANDUM OF LAW, PROPOSED ORDER |
| Anita G. Elliston PROCESS SERVER | DATE: 12/16/2021 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

COLE W. JOHNSON

Place where served:

1301 OLD TIN TOP ROAD   WEATHERFORD TX 76087

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Bryce Johnson @ 9:45AM 12/16/2021

Relationship to defendant: said he lived there @ 1301 Old Tin Top Rd, Weatherford Tx 76087

Description of Person Accepting Service:

SEX: M  AGE: 30  HEIGHT: 5'11"  WEIGHT: 150  SKIN: White  HAIR: Black  OTHER: ___

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ ___.___   SERVICES $ ___.___   TOTAL $ ___.___

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE: 12/16/2021

SIGNATURE OF Anita G. Elliston
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

PSC: 11179   Exp: 10/31/2023

ATTORNEY: KEVIN BROTSPIES, ESQ.
PLAINTIFF: XL SPECIALTY INSURANCE COMPANY
DEFENDANT: BIGHORN CONSTRUCTION AND RECLAMATION LLC, ET AL
VENUE: DISTRICT
DOCKET: 1 21 CV 03068 GLR
COMMENT: