20211203131801

| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: EFFECTED (1) BY ME: TITLE: | SUMMONS AND COMPLAINT, VERIFICATION, EXHIBITS, CIVIL COVER SHEET, EMERGENT MOTION, CERTIFICATE OF SERVICE, MEMORANDUM OF LAW, PROPOSED ORDER Jamie Shea Brents PROCESS SERVER     DATE: 1-15-22 |

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:**

[X] Served personally upon the defendant

CASSIE J. HAMILTON

Place where served: 1677 Center Point Rd.
~~127 TRACE DRIVE~~ WEATHERFORD TX 76087

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant _____

Description of Person Accepting Service:

SEX: F   AGE: 30s   HEIGHT: 5'4   WEIGHT: 120 lbs   SKIN: White   HAIR: Brown   OTHER: ____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____ . ____     SERVICES $ _____ . ____     TOTAL $ _____ . ____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.
Docusign Court Approved E-Signature

DATE: 1/15/2022   SIGNATURE OF Jamie Shea Brents L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

PSC 15370
EXP 8/31/22

ATTORNEY: KEVIN BROTSPIES, ESQ.
PLAINTIFF: XL SPECIALTY INSURANCE COMPANY
DEFENDANT: BIGHORN CONSTRUCTION AND RECLAMATION LLC, ET AL
VENUE: DISTRICT
DOCKET: 1 21 CV 03068 GLR
COMMENT: