UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
George L. Russell, III
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-4055

February 11, 2022

TO COUNSEL OF RECORD RE:   XL Specialty Ins. Co. v. Bighorn Construction
& Reclamation, LLC, et al.
Civil Action No. GLR-21-3068

Dear Counsel:

A telephone conference call has been set for **Tuesday, February 22, 2022** at **2:30 p. m.** to discuss the appropriate schedule in this case. Plaintiff's counsel is requested to initiate the call to 410-962-4055. The telephone conference will be recorded.

Attached is a preliminary scheduling order with approximate dates for your information. Please consult with one another before the call and be prepared to discuss:

1. Whether the parties object to having the case transferred to a U.S. Magistrate Judge for all further proceedings;

2. Whether you would like to participate in a settlement conference either before or after the completion of discovery;

3. Whether discovery of electronically stored information is expected to be problematic;

4. Whether you would like to defer any of the expert discovery until after summary judgment motions are resolved;

5. Any changes to the dates in the preliminary scheduling order;

6. Whether the allocated deposition hours are sufficient, and

7. Setting a trial date on the Court's calendar and determining its likely duration.

**Counsel should file a letter on the CM/ECF system, briefly addressing the seven points outlined above two business days prior to the scheduled telephone conference.**

In addition, the preliminary scheduling order authorizes the initiation of discovery, and I want to be certain that counsel are aware of the obligations imposed upon them as part of the discovery process. Please see the attached "Standing Order on Discovery Procedures" for additional guidance.

Very truly yours,

/s/

George L. Russell, III

Attachment 1: Preliminary Scheduling Order
Attachment 2: Standing Order on Discovery Procedures