# TRIF & MODUGNO
## ATTORNEYS AT LAW

Kevin S. Brotspies
kbrotspies@tm-firm.com

February 18, 2022

**Via Electronic Filing**
The Honorable George Levi Russell, III U.S.D.J.
101 West Lombard Street
Chambers 7A
Baltimore, Maryland 21201

    **RE:** **XL Specialty Insurance Company v. Bighorn Construction and Reclamation, LLC et al**
       **Case Number 1:21-cv-3068**

Dear Judge Russell:

  We represent Plaintiff, XL Specialty Insurance Company ("XL"), in the above referenced matter. The following is XL's response to the Court's February 11, 2022 letter.

  **1. Whether the parties object to having the case transferred to a Magistrate Judge for all further proceedings.** XL does not agree to transfer the case to a Magistrate Judge.

  **2. Whether you would like to participate in a settlement conference either before or after the completion of discovery.** XL would like to participate in a settlement conference after completion of discovery.

  **3. Whether discovery of electronically stored information is expected to be problematic.** XL does not expect any problem with electronically stored information.

  **4. Whether you would like to defer any of the expert discovery until after summary judgment motions are resolved.** At this time, XL does not anticipate the need for expert discovery in this case. To the extent necessary, XL would defer any expert discovery until after resolution of dispositive motions.

  **5. Any changes to the dates in the preliminary scheduling order.** At this time, XL does not object to the deadlines set forth in the preliminary scheduling order. XL agrees with Defendants that extensive discovery should not be required in this matter. To that end, XL asks permission to request a conference with the Court to discuss expediting these deadlines (particularly the filing of dispositive motions) if discovery is completed ahead of schedule.

**NEW JERSEY**
89 Headquarters Plaza
North Tower, Suite 1201
Morristown, New Jersey 07960
973-547-3611,
Facsimile: 973-554-1220

**NEW YORK**
811 Broadway
Suite 615
New York, New York 10004
917-477-2999
Facsimile: 973-554-1220

**PENNSYLVANIA**
1700 Market Street
Suite 1005
Philadelphia, Pennsylvania 19103
267-869-0050
Facsimile: 267-869-0051

www.tm-firm.com

TRIF & MODUGNO

The Honorable George Levi Russell, III U.S.D.J.
Page 2

   **6.** **Whether the allocated deposition hours are sufficient.**  The deposition hours are sufficient.

   **7.** **Setting a trial date on the Court's calendar and determining the likely duration.**  XL agrees that the trial date should be set after the Court decides the dispositive pretrial motions.

  We look forward to the scheduling conference set for Tuesday, February 22, 2022.

  Please do not hesitate to contact us should the Court require any additional information.

         Respectfully submitted,

         */s/ Kevin S. Brotspies*

         Kevin S. Brotspies

cc: Matthew S. Sturtz, Esq. (via Electronic Filing)
   Thurman Zollicoffer, Esq. (via Electronic Filing)