IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| XL Specialty Insurance Company | * | |
| **Plaintiff(s),** | * | |
| v. | * | Civil Case No. 1:21-cv-03068-GLR |
| Bighorn Construction & Reclamation, LLC, et al. | * | |
| **Defendant(s).** | * | |

**CONSENT TO EXERCISE OF JURISDICTION BY
UNITED STATES MAGISTRATE JUDGE**

[X] In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party to the above-captioned civil matter hereby voluntarily waives the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the Fourth Circuit Court of Appeals if an appeal if filed.

[ ] Pursuant to 28 U.S.C. § 636(c), the undersigned party to the above-captioned civil matter acknowledges the availability of a United States Magistrate Judge but elects to have this case randomly assigned to a United States District Judge.

2/25/22
Date

*Thurman W. Zollicoffer, Jr.*
Signature of Party or Counsel (Bar # 23256)

Thurman W. Zollicoffer, Jr.
Printed Name

Bighorn Construction & Reclamation, LLC, et al.
Party Name

**Electronic filing of this document will be made available only to the Clerk's Office.  Neither the assigned Magistrate Judge nor the District Judge, if the case is reassigned, will be informed of the decision of any individual party.  No adverse substantive consequences of any kind will redound to an attorney or party refusing consent.**