UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**George L. Russell, III**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-4055

February 25, 2022

MEMORANDUM TO PARTIES/COUNSEL RE:   XL Specialty Ins. v. Bighorn Const. &
Reclamation, LLC, et al.
Civil Action No. GLR-21-3068

Dear Counsel:

On Tuesday, February 22, 2022, the Court convened a teleconference to discuss the schedule in this case. This memorandum memorializes the agreements reached during the call.

The parties shall notify the Court regarding whether there is unanimous consent to transfer the case to a United States Magistrate Judge ("USMJ") for all further proceedings by 4:30 p.m. on March 4, 2022.

The Court will refer this case to a United States Magistrate Judge for a mediation to be scheduled no earlier than May 19, 2022. The parties shall submit a joint status report within seven days of the mediation informing the Court of whether the mediation was successful. If the mediation is successful, the parties shall submit a notice of dismissal. If the mediation is not successful, the parties shall submit a joint status report within seven days of the mediation again answering the seven points and including a joint proposed scheduling order.

Expert discovery, to the extent it is necessary, is deferred until after summary judgment motions are resolved. Further, the parties agree that the current Scheduling Order is sufficient and that they do not anticipate needing additional deposition hours. The parties do not anticipate there being any problems related to electronically stored information.

Finally, the Court will schedule another teleconference after discovery closes and any dispositive motions are resolved to set the trial date.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

_____/s/_____
George L. Russell, III
United States District Judge