# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| _____ | * |
| **Plaintiff,** | |
| | * |
| v. | Case No. _____ |
| | * |
| _____ | |
| **Defendant.** | * |

## GENERAL CONSENT TO PROCEED
## BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party to the above-captioned civil matter hereby voluntarily waives the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

_____            _____
Date                                Signature of Party or Counsel

                                    _____
                                    Printed Name

                                    _____
                                    Address

                                    _____
                                    Email Address

                                    _____
                                    Telephone Number

                                    _____
                                    Fax Number