IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| _____ | * |  |
| **Plaintiff,** |  |  |
|  | * |  |
| v. |  | Case No. _____ |
|  | * |  |
| _____ |  |  |
| **Defendant.** | * |  |

**GENERAL CONSENT TO PROCEED
BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party to the above-captioned civil matter hereby voluntarily waives the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

_____     _____
Date                                              Signature of Party or Counsel

**APPROVED this 17th day of March, 2022. On February 25, 2022, this Court issued an Order directing the parties to notify the Court as to whether the parties consent to a United States Magistrate Judge no later than March 4, 2022. (ECF No. 20). Although the Court has received notice from Plaintiff, it has not yet received a response from Defendants. Accordingly, Defendants shall SUBMIT a notice to the Court regarding whether they consent to a USMJ for all further proceedings no later than March 25, 2022.**

_____
Printed Name

_____
Address

_____
Email Address

_____
Telephone Number

_____
Fax Number

_____/s/_____
**George L. Russell, III
United States District Judge**

MagistrateGeneralConsentCV (06/2016)