IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

XL Specialty Insurance Company                    *

**Plaintiff,**                                     *

v.                                                 *        Case No.  1:21-cv-3068-GLR

Bighorn Construction & Reclamation, et al.         *

**Defendant.**                                     *

## GENERAL CONSENT TO PROCEED
## BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party to the above-captioned civil matter hereby voluntarily waives the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

3/17/22
Date

*(signature)*
Signature of Party or Counsel

**Thurman W. Zollicoffer, Jr.**
Printed Name     (Bar No. 23256)

100 S. Charles Street, Ste 1600, Baltimore, MD 21201
Address

thurman.zollicoffer@nelsonmullins.com
Email Address

**443-392-9419**
Telephone Number

**443-392-9499**
Fax Number

MagistrateGeneralConsentCV (06/2016)