**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

XL Specialty Insurance Company

   **Plaintiff,**

   **v.**

Bighorn Construction & Reclamation, et al.

   **Defendant.**

    **Case No.**  1:21-cv-3068-GLR

\* \* \* \*

**GENERAL CONSENT TO PROCEED
BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party to the above-captioned civil matter hereby voluntarily waives the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

3/17/22

Date

**APPROVED this 17th day of March, 2022. This matter shall be TRANSFERRED to a United States Magistrate Judge for all further proceedings.**

     /s/

**George L. Russell, III
United States District Judge**

Signature of Party or Counsel

**Thurman W. Zollicoffer, Jr.**

Printed Name   (Bar No. 23256)

100 S. Charles Street, Ste 1600, Baltimore, MD 21201

Address

thurman.zollicoffer@nelsonmullins.com

Email Address

443-392-9419

Telephone Number

443-392-9499

Fax Number