# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**CHAMBERS OF**
**BRENDAN A. HURSON**
**UNITED STATES MAGISTRATE JUDGE**

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-0782**
**MDD_BAHChambers@mdd.uscourts.gov**

March 24, 2022

RE:  *XL Specialty Ins. Co. v. Bighorn Construction & Reclamation, LLC, et al.*
Civil No.: 21-cv-03068-BAH

## **LETTER ORDER**

Dear Counsel:

Judge Russell referred this case to me for all proceedings, pursuant to 28 U.S.C. § 636(c) and Local Rule 301.  ECF 26.

I understand that the parties consent to proceed before a Magistrate Judge and you have filed Magistrate Judge Consent Forms.  ECF 22, 24.

The deadlines contained in Judge Russell's Scheduling Order, ECF 16-1, will be adopted in full with the exception noted in ECF 20, namely that, per agreement of the parties, "expert discovery, to the extent it is necessary, is deferred until after summary judgment."  ECF 20.  I will schedule a teleconference after discovery closes and any dispositive motions are filed.

In addition, I note that this case has been referred to Judge Maddox for a settlement conference.  All settlement-related communications should be directed to Judge Maddox.

I am also entering an Order outlining my informal discovery dispute procedure, which will govern any discovery disputes in this case.  Please review it, as it differs slightly from Judge Russell's procedures.

Despite the informal nature of this letter, it will constitute an Order of the Court and will be docketed accordingly.

Sincerely,

/s/

Brendan A. Hurson
United States Magistrate Judge