IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| XL SPECIALTY INSURANCE CO., | * | |
| Plaintiff, | * | |
| v. | * | Civil No. 21-3068-BAH |
| BIGHORN CONSTRUCTION & RECLAMATION, LLC, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

(1) Plaintiff's Emergent Motion for Temporary and Preliminary Injunctions, ECF 2, is **GRANTED IN PART**, as delineated below, and **DENIED IN PART**, as Plaintiff's request to inspect Defendants' books and records is denied without prejudice;

(2) Within 14 days of the entry of this Order, Defendants are directed to deposit collateral security with Plaintiff in the total amount of $500,647.95 (the "Collateral"), in accordance with the Indemnity Agreement, noting that this obligation is joint and several and a total payment in that amount shall sufficiently cover Plaintiff's exposure on behalf of all eleven Defendants;

(3) If Defendants do not deposit the Collateral within 14 days of the entry of this Order, this Order shall operate as a lien, mortgage or other encumbrance on the assets of each Defendant in the amount of the Collateral, authorizing Plaintiff to file this Order with the appropriate authority as determined by the location of each Defendant's property;

(4) Defendants are enjoined and restrained, until further order of the Court, from transferring, conveying, selling, encumbering in any manner, any property or assets, which are jointly or solely owned by Defendants, unless and until the Collateral is deposited; and

(5) Defendants are enjoined and restrained, until further order of the Court, from destroying, deleting, tampering, altering or otherwise changing Defendants' records. However, the request to inspect books and records is denied without prejudice to Plaintiff to raise the issue in the future.

The Clerk of the Court is requested to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record.

It is so **ORDERED.**

Dated: June 10, 2022

/s/
Brendan A. Hurson
United States Magistrate Judge