

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
ATTORNEYS AND COUNSELORS AT LAW

100 S Charles St, Suite 1600
Baltimore, MD 21201
T: 443.392.9400  F: 443.392.9499
nelsonmullins.com

Thurman Zollicoffer
T: 443.392.9419
thurman.zollicoffer@nelsonmullins.com

June 28, 2022

*VIA ELECTRONIC FILING*

The Honorable Brendan A. Hurson
United States District Court
    For the District of Maryland
101 West Lombard Street
Chambers 7B
Baltimore, Maryland 21201

    Re:    *XL Specialty Ins. Co. v. Bighorn Construction & Reclamation, LLC, et al.*
          *Civil Action No.:  1:21-cv-03068-BAH*

Dear Judge Hurson:

    In response to your Honor's Order (ECF 38), Defendants, Bighorn et al., respond as follows. The Plaintiff, XL Specialty, emailed its status letter to Defendants on June 27, 2022, and inquired as to whether the Defendants had any additions or clarifications with regard to the Plaintiff's recitation of the facts as they currently stand. Defense counsel through Matthew Sturtz responded that Defendants believe that Plaintiff's status letter accurately captured the status of the case.

    Defendants do not have substantive differences with the Plaintiff as to the facts in its status letter. Counsel advised the Plaintiff that Defendants are in the process of accumulating assets to which Plaintiff could place a lien. That process is not completed. Counsel is waiting for a full explanation of assets, as well as current liens, if any, on said property.

    Our apologies to the Court, we mistakenly thought our acquiescence and adoption of Plaintiff's facts would render the letter a joint status letter.

                                    Very truly yours,

                                    */s/  Thurman W. Zollicoffer, Jr.*

                                    Thurman W. Zollicoffer, Jr.

TWZ/ksm
cc:    All Counsel of Record (via electronic filing)