# EXHIBIT D



# ARMISTEAD, LEE, RUST & WRIGHT, P.A.
### ATTORNEYS AT LAW

114 Bay Street, Building C
Easton, Maryland 21601

Telephone: (410) 819-8989
Facsimile: (410) 822-4787

Email Address
ZACHSMITH@ALRWLAW.COM

November 5, 2021

**VIA FEDERAL EXPRESS OVERNIGHT DELIVERY &**
**VIA USPS CERTIFIED MAIL**

Big Horn Construction and Reclamation, LLC
777 Main Street
Suite 2800
Fort Worth, Texas 76102

XL Specialty Insurance Company
70 Seaview Avenue
Stamford, Connecticut 06902

> **Re:** **NOTICE OF CLAIM**
> **Project: MD70 "Richfield"**
> **Contractor: Big Horn Construction and Reclamation, LLC**
> **Surety: XL Specialty Insurance Company**
> **Payment Bond No.: US00104943SU21A**
> **Subcontractor: Richfield Farms, LLC**

To Whom It May Concern:

This letter is sent on behalf of Richfield Farms, LLC ("Richfield") in connection with material it provided to the project located in Dorchester County, Maryland known as "MD70 Richfield" (the "Project"). The material was provided to the Project by Richfield as a subcontractor to Bighorn Construction and Reclamation LLC ("Bighorn"), the Principal under Subcontractor Payment Bond No. US00104943SU21A ("Subcontractor Payment Bond") issued by XL Specialty Insurance Company. The material was provided for the benefit of Depcom Power, Inc., the Obligee under the Subcontractor Payment Bond

The material provided by Richfield to the Project included fill, stone and other aggregate, as further described in the attached invoices. All materials were furnished between the approximate dates of 7/1/21 and 9/8/21.

November 5, 2021
Page 2

This letter shall serve as notice of a claim (the "Claim") under the Subcontractor Payment Bond issued by the Surety. The Claim arises because Bighorn has failed to pay amounts owed to Richfield for material provided for the Project. The total amount billed to date by Richfield to Bighorn for the Project is $300,258.49. To date Bighorn has paid $0, accordingly **the total amount earned by Richfield and unpaid by Bighorn is $300,258.49.**

All material was provided pursuant to approved Purchase Orders issued by Big Horn, including Purchase Orders: 09-1147-9065-51400, 09-1149-4012-51400 and 09-1149-4013-51400, which Purchase Orders total $291,267.38. While unpaid, payment of this amount was approved by Bighorn, as evidenced by the attached screenshot dated 10/07/21 of Bighorn's "Open Invoice" online payment processing portal. The remainder of the amount owed to Richfield, being $8,991.11, is due to applicable finance charges for late payments, which Bighorn agreed to pursuant to the attached Credit Application and Personal Guarantee, executed on behalf of Bighorn on 6/17/21.

**Pursuant to the terms and protections of the Subcontractor Payment Bond, the Surety must now pay Richfield $300,258.49.** Payment must be delivered to:

Richfield Farms, LLC
P.O. Box 1300
Hurlock, Maryland 21643

or

Richfield Farms, LLC
4400 East New Market Hurlock Road
Hurlock, Maryland 21643

If any additional information may be required to facilitate the processing of the Claim and the payment to Richfield, please contact me at 410-819-8989 or zachsmith@alrwlaw.com.

Sincerely,

Zach A. Smith

Enclosures

cc via Email to:
    Daniel Bolden, Project Manager for Depcom Power (w/Encls.) (Email: dbolden@depcompower.com)

**NOTICE TO SURETY OF**
**CLAIM AGAINST**
**SUBCONTRACTOR PAYMENT BOND NO.**
**US00104943SU1A**

RICHFIELD FARM, LLC, a Maryland limited liability company, furnished material for the project located in Dorchester County, Maryland and known as "MD70 Richfield."

The total amount earned under the subcontractor's undertaking to the date hereof is **Three Hundred Thousand Two Hundred Fifty-Eight and 49/100 Dollars ($300,258.49)**, of which the **entire Three Hundred Thousand Two Hundred Fifty-Eight and 49/100 Dollars ($300,258.49)** is due and unpaid as of the date hereof.

The materials provided under the subcontract were as follows: furnished fill, stone and other aggregate materials. All materials were furnished between the approximate dates of 7/1/21 and 9/8/21. The materials were furnished to Depcom Power, Inc. The name of the general contractor is Bighorn Construction and Reclamation LLC.

I do solemnly declare and affirm under the penalties of perjury that the contents of the foregoing Notice are true to the best of the affiant's knowledge, information, and belief.

**RICHFIELD FARM, LLC,**
a Maryland limited liability company

By: _Jana Wheatly_

Jana Wheatly, Member

Date: _11/5/2021_


**DEPCOM POWER®**

**EXHIBIT G**

Bond No. US00104943SU21A

**Forms of Subcontractor Bonds**

**G1 – Subcontract Payment Bond**

KNOW ALL MEN BY THESE PRESENT: That <u>Bighorn Construction & Reclamation, LLC</u> as Principal, hereinafter called "Principal", and <u>XL Specialty Insurance Company</u>, as Surety, hereinafter called "Surety", are held and firmly bound unto DEPCOM Power, Inc., as Obligee, hereinafter called "Obligee", in the amount of <u>Five Million Five Hundred Fifty One Thousand Four Hundred Seventy Three and 00/100</u> U.S. Dollars ($ <u>5,551,473.00</u> ), for the payment whereof Principal and Surety bind themselves, their heirs, executors, administrators, successors and assigns, jointly and severally firmly by these present.

WHEREAS, Principal has by written agreement dated <u>June 17, 2021</u> entered into a Subcontract with Obligee for the project called <u>MD70 "Richfield"</u>, which Subcontract is by reference made a part hereof, and is hereinafter referred to as the "Subcontract".

NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION is such that, if Principal shall promptly make payment to all Claimants as hereinafter defined, for all work, labor, material, machinery, equipment used or reasonably required for use in the performance of said Subcontract, then this obligation shall be void; otherwise it shall remain in full force and effect, subject; however to the following conditions:

1.      The said Surety to this bond, for value received, hereby stipulates and agrees that no change or changes, extension of time or extensions of time, alteration or alterations, or addition or additions to the terms of the Subcontract or to the work to be performed thereunder, or the specifications or drawings accompanying same shall in any way affect its obligation on this bond, and it does hereby waive notice of any such change or changes, extension of time or extensions of time, alteration or alterations, addition or additions, to the terms of the Subcontract or to the work or to the specifications or drawings.

2.      A Claimant is defined as any subcontractor or any person or entity supplying work, labor, materials, machinery, or equipment in the prosecution of the work provided for in said Subcontract.

3.      Every person entitled to the protection hereunder and who has not been paid in full for work, labor, materials, machinery, or equipment furnished in the performance of the work under the Subcontract before the expiration of a period of one (1) year after the day on which the last of the work or labor was done or performed by him, or the last materials or equipment or machinery was furnished or supplied by him for which such claim is made, shall have the right to sue on this payment bond for the amount, or the balance thereof, unpaid at the time of the commencement of such action and to prosecute such action to final execution and judgment for the sum or sums due him; provided however, that any person that does not have a direct contractual relationship with the Principal furnishing said payment bond, shall have the right of action upon the said payment bond upon giving written notice to said Principal within ninety (90) days from the day on which such person did or performed the last of the work or labor, or furnished the last of the materials or machinery or equipment for which such claim is made, stating with substantial accuracy the amount claimed and the name of the party to whom the materials were furnished or supplied or for whom the labor was performed or done; provided further that nothing contained herein shall limit the right of action to said ninety (90) day period. Notice may be served by depositing a notice, certified mail, postage prepaid, duly addressed to the Principal at any place he maintains an office or conducts his business, or his residence, in any post office or branch post office or any letter box under the control of the Post Office Department. The Obligee shall not be liable for the payment of any cost or expenses of any such suit, and the Surety will defend, indemnify, and hold harmless the Obligee for reasonable attorney's fees and costs to defend against any claims for non-payment made by any subcontractors, sub-subcontractors, or suppliers of Principal. No suit or action shall be commenced hereunder by any Claimant other than in a state court of competent jurisdiction in the county or other political subdivision of the state in which the work, or any part thereof, is located, or in the United States District Court for the district in which the work, or any part thereof, is located.


**DEPCOM POWER®**

4.     It is expressly agreed with the Principal and the Surety, that the Obligee, if it desires to do so, is at liberty to make inquiries at any time of subcontractors, laborers, materialmen, or other parties concerning the status of payments for work, labor, materials or services furnished in the prosecution of the work.

5.     The Obligee will assist and cooperate with the Surety in the same way as the Obligee would the Principal but the Obligee will not be required to: A) perform any thing or act, B) give any notice, C) furnish any clerical assistance, D) render any service, E) furnish any papers or documents or, F) take any other action of any nature or description which is not required of the Obligee to be done under the Subcontract, including but not limited to any statute which requires Obligee to proceed to collect the debt from the Principal.

6.     The penal sum of this bond is defined in Section 8.2 of the Subcontract.  It will be increased or decreased by the amount of each Change Order addition or deduction to the Subcontract Price if (a) it is clarified by a Change Order for such, or (b) the initial Subcontract Price increases by twenty percent (20%).  All such penal sum changes shall be accompanied by a corresponding bond rider from Surety.  The related increase or decrease in the bond premium will always be <u>included</u> as a part of any such Change Order amount <u>unless</u> stated otherwise on the face of the Change Order

Signed and sealed this ___25th___ day of ___June___, 20_21_.

(SEAL)

_____
Witness

(SEAL)

_____
Witness

Bighorn Construction & Reclamation, LLC
PRINCIPAL

BY: _____
     (Name) CORD JOHNSON
Title: _____CEO_____
Address: __777 Main Street, Suite 2800__
            __Fort Worth, TX 76102__

XL Specialty Insurance Company
SURETY

BY: _____
     Richard H. Mitchell
     Attorney-in-Fact
Address: __70 Seaview Avenue__
            __Stamford, CT 06902__

DocuSign Envelope ID: FE208F84-33F7-4D7F-9048-3C3D2409650D



Power of Attorney
XL Specialty Insurance Company
XL Reinsurance America Inc.

THIS IS NOT A BOND NUMBER
LIMITED POWER OF ATTORNEY
XL 1613644

KNOW ALL MEN BY THESE PRESENTS: That XL Specialty Insurance Company, a Delaware insurance companies with offices located at 505 Eagleview Blvd., Exton, PA 19341, and XL Reinsurance America Inc., a New York insurance company with offices located at 70 Seaview Avenue, Stamford, CT 06902, , do hereby nominate, constitute, and appoint:

**Mark W. Edwards, II, Jeffrey M. Wilson, William M. Smith, Richard H. Mitchell, Anna Childress, Robert R. Freel, Alisa B. Ferris**

each its true and lawful Attorney(s)-in-fact to make, execute, attest, seal and deliver for and on its behalf, as surety, and as its act and deed, where required, any and all bonds and undertakings in the nature thereof, , for the penal sum of no one of which is in any event to exceed $100,000,000.00.

Such bonds and undertakings, when duly executed by the aforesaid Attorney (s) - in - Fact shall be binding upon each said Company as fully and to the same extent as if such bonds and undertakings were signed by the President and Secretary of the Company and sealed with its corporate seal.

The Power of Attorney is granted and is signed by facsimile under and by the authority of the following Resolutions adopted by the Board of Directors of each of the Companies on the 26th day of July 2017.

RESOLVED, that Gary Kaplan, Daniel Riordan, Maria Duhart, Gregory Boal and Kevin Mirsch are hereby appointed by the Board as authorized to make, execute, seal and deliver for and on behalf of the Company, any and all bonds, undertakings, contracts or obligations in surety or co-surety with others and that the Secretary or any Assistant Secretary of the Company be and that each of them hereby is authorized to attest the execution of any such bonds, undertakings, contracts or obligations in surety or co-surety and attach thereto the corporate seal of the Company.

RESOLVED, FURTHER, that Gary Kaplan, Daniel Riordan, Maria Duhart, Gregory Boal and Kevin Mirsch each is hereby authorized to execute powers of attorney qualifying the attorney named in the given power of attorney to execute, on behalf of the Company, bonds and undertakings in surety or co-surety with others, and that the Secretary or any Assistant Secretary of the Company be, and that each of them is hereby authorized to attest the execution of any such power of attorney, and to attach thereto the corporate seal of the Company.

RESOLVED, FURTHER, that the signature of such officers named in the preceding resolutions and the corporate seal of the Company may be affixed to such powers of attorney or to any certificate relating thereto by facsimile, and any such power of attorney or certificate bearing such facsimile signatures or facsimile seal shall be thereafter valid and binding upon the Company with respect to any bond, undertaking, contract or obligation in surety or co-surety with others to which it is attached.

IN WITNESS WHEREOF, the XL SPECIALTY INSURANCE COMPANY has caused its corporate seal to be hereunto affixed, and these presents to be signed by its duly authorized officers this April 28th, 2021.

**XL SPECIALTY INSURANCE COMPANY**

by:   *[signature]*

Gregory Boal, VICE PRESIDENT

STATE OF PENNSYLVANIA
COUNTY OF CHESTER

Attest:   *[signature]*

Kevin M. Mirsch, ASSISTANT SECRETARY

On this 28th day of April, 2021, before me personally came Gregory Boal to me known, who, being duly sworn, did depose and say: that he is Vice President of XL SPECIALTY INSURANCE COMPANY, described in and which executed the above instrument; that he knows the seals of said Companies; that the seals affixed to the aforesaid instrument is such corporate seals and were affixed thereto by order and authority of the Boards of Directors of said Companies; and that he executed the said instrument by like order.

Commonwealth of Pennsylvania - Notary Seal
S. Grace Freed-Brown, Notary Public
Chester County
My commission expires March 5, 2022
Commission number 1322812
Member, Pennsylvania Association of Notaries

*[signature]*

S. Grace Freed-Brown, NOTARY PUBLIC

SB0042

2131461679666-M

DocuSign Envelope ID: FE208F84-33F7-4D7F-9048-3C3D2409650D

STATE OF PENNSYLVANIA
COUNTY OF CHESTER

I, Kevin M. Mirsch, Assistant Secretary of XL SPECIALTY INSURANCE COMPANY, a corporation of the State of Delaware, do hereby certify that the above and forgoing is a full, true and correct copy of a Power of Attorney issued by said Companies, and that I have compared same with the original and that it is a correct transcript therefrom and of the whole of the original and that the said Power of Attorney is still in full force and effect and has not been revoked.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Corporation, at the City of Exton, this 25th day of June, 2021



Kevin M. Mirsch, ASSISTANT SECRETARY

IN WITNESS WHEREOF, XL REINSURANCE AMERICA INC. has caused its corporate seal to be hereunto affixed, and these presents to be signed by its duly authorized officers this 28th day of April, 2021.



**XL REINSURANCE AMERICA INC.**

by:    Gregory Boal, VICE PRESIDENT

Attest:    Kevin M. Mirsch, ASSISTANT SECRETARY

STATE OF PENNSYLVANIA
COUNTY OF CHESTER

On this 28th day of April, 2021, before me personally came Gregory Boal to me known, who, being duly sworn, did depose and say: that he is Vice President of XL REINSURANCE AMERICA INC., described in and which executed the above instrument; that he knows the seal of said Corporation; that the seal affixed to the aforesaid instrument is such corporate seal and was affixed thereto by order and authority of the Board of Directors of said Corporation, and that he executed the said instrument by like order.

> Commonwealth of Pennsylvania - Notary Seal
> S. Grace Freed-Brown, Notary Public
> Chester County
> My commission expires March 5, 2022
> Commission number 1322812
> Member, Pennsylvania Association of Notaries

S. Grace Freed-Brown, NOTARY PUBLIC

STATE OF PENNSYLVANIA
COUNTY OF CHESTER

I, Kevin M. Mirsch, Assistant Secretary of XL REINSURANCE AMERICA INC. a corporation of the State of New York, do hereby certify that the person who executed this Power of Attorney, with the rights, respectively of XL REINSURANCE AMERICA INC., do hereby certify that the above and forgoing is a full, true and correct copy of a Power of Attorney issued by said Corporation, and that I have compared same with the original and that it is a correct transcript therefrom and of the whole original and that the said Power of Attorney is still in full force and effect and has not been revoked.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Corporation, at the City of Exton, this ___ day of _____.



Kevin M. Mirsch, ASSISTANT SECRETARY

This Power of Attorney may not be used to execute any bond with an inception date after 4/28/2023.

SB0042

Page 2 of 2

2131461679666-M

# Richfield Sand & Gravel

PO Box 1300
Hurlock, MD 21643

| Date | Invoice # |
|------|-----------|
| 7/1/2021 | 2082 |

**Bill To**

Bighorn Construction & Reclamation
555 17th Street
Suite 1725
Denver, CO  80202

**Ship To**

| P.O. Number | Terms | Ship | Via | F.O.B. | Project |
|-------------|-------|------|-----|--------|---------|
|  |  | 7/1/2021 |  |  |  |

| Ticket # | Description | Quantity | Price | Amount |
|----------|-------------|----------|-------|--------|
| See Attached | Tons of Select Fill | 433.07 | 7.50 | 3,248.03T |
|  | Freight | 1.00 | 382.50 | 382.50 |
|  | Sales Tax |  | 6.00% | 194.88 |

Thank you for your business.

| **Total** | $3,825.41 |
|-----------|-----------|

1.5% monthly service charge (18% annual percentagre rate) is added to accounts past due.

# Richfield Sand & Gravel

PO Box 1300
Hurlock, MD 21643

| Date | Invoice # |
|------|-----------|
| 7/23/2021 | 2084 |

| Bill To | Ship To |
|---------|---------|
| Bighorn Construction & Reclamation<br>555 17th Street<br>Suite 1725<br>Denver, CO  80202 | |

| P.O. Number | Terms | Ship | Via | F.O.B. | Project |
|-------------|-------|------|-----|--------|---------|
| 09-1149-4013 | Due on receipt | 7/23/2021 | | | |

| Ticket # | Description | Quantity | Price | Amount |
|----------|-------------|----------|-------|--------|
| See Attached | ROAD BASE | 804.01 | 36.00 | 28,944.36 |
| | Sales Tax | | 6.00% | 0.00 |

Thank you for your business.

| | Total | $28,944.36 |
|---|-------|-----------|

1.5% monthly service charge (18% annual percentagre rate) is added to accounts past due.

# Richfield Sand & Gravel

PO Box 1300
Hurlock, MD 21643

| Date | Invoice # |
|------|-----------|
| 7/26/2021 | 2086 |

| Bill To |
|---------|
| Bighorn Construction & Reclamation<br>555 17th Street<br>Suite 1725<br>Denver, CO  80202 |

| Ship To |
|---------|
|  |

| P.O. Number | Terms | Ship | Via | F.O.B. | Project |
|-------------|-------|------|-----|--------|---------|
| 09-1149-4012-51... | Due on receipt | 7/26/2021 | | | |

| Ticket # | Description | Quantity | Price | Amount |
|----------|-------------|----------|-------|--------|
| see attached | Tons of Select Fill<br>Sales Tax | 14.35 | 7.50<br>6.00% | 107.63T<br>6.46 |

| | Total | $114.09 |
|--|-------|---------|

1.5% monthly service charge (18% annual percentagre rate) is added to accounts past due.

# Richfield Sand & Gravel

PO Box 1300
Hurlock, MD 21643

| Date | Invoice # |
|------|-----------|
| 8/13/2021 | 2088 |

| Bill To | Ship To |
|---------|---------|
| Bighorn Construction & Reclamation<br>555 17th Street<br>Suite 1725<br>Denver, CO  80202 | |

| P.O. Number | Terms | Ship | Via | F.O.B. | Project |
|-------------|-------|------|-----|--------|---------|
| 09-1147-9065-51... | Due on receipt | 8/13/2021 | | | |

| Ticket # | Description | Quantity | Price | Amount |
|----------|-------------|----------|-------|--------|
| See Attached | Class 1 Rip Rap 3-12 Inch- PO 09-1147-9065-51400 | 206.24 | 45.00 | 9,280.80 |
| | Sales Tax | | 6.00% | 0.00 |

| | Total | $9,280.80 |
|--|-------|-----------|

1.5% monthly service charge (18% annual percentagre rate) is added to accounts past due.

# Richfield Sand & Gravel

PO Box 1300
Hurlock, MD 21643

| Date | Invoice # |
|------|-----------|
| 8/18/2021 | 2089 |

**Bill To**

Bighorn Construction & Reclamation
555 17th Street
Suite 1725
Denver, CO  80202

**Ship To**

| P.O. Number | Terms | Ship | Via | F.O.B. | Project |
|-------------|-------|------|-----|--------|---------|
| | Due on receipt | 8/18/2021 | | | ' |

| Ticket # | Description | Quantity | Price | Amount |
|----------|-------------|----------|-------|--------|
| See Attached | ROAD BASE-PO  09-1149-4013-51400 | 1,555.72 | 36.00 | 56,005.92 |
| | Sales Tax | | 6.00% | 0.00 |

Thank you for your business.

| | **Total** | $56,005.92 |
|--|-----------|------------|

1.5% monthly service charge (18% annual percentagre rate) is added to accounts past due.

# Richfield Sand & Gravel

PO Box 1300
Hurlock, MD 21643

| Date | Invoice # |
|------|-----------|
| 8/31/2021 | 2091 |

| Bill To |
|---------|
| Bighorn Construction & Reclamation<br>555 17th Street<br>Suite 1725<br>Denver, CO  80202 |

| Ship To |
|---------|
|  |

| P.O. Number | Terms | Ship | Via | F.O.B. | Project |
|-------------|-------|------|-----|--------|---------|
|  | Due on receipt | 8/31/2021 |  |  |  |

| Ticket # | Description | Quantity | Price | Amount |
|----------|-------------|----------|-------|--------|
| See Attached | ROAD BASE-PO  09-1149-4013-51400 | 2,378.53 | 36.00 | 85,627.08 |
|  | Sales Tax |  | 6.00% | 0.00 |

Thank you for your business.

| Total | $85,627.08 |
|-------|------------|

1.5% monthly service charge (18% annual percentagre rate) is added to accounts past due.

# Richfield Sand & Gravel

PO Box 1300
Hurlock, MD 21643

| Date | Invoice # |
|------|-----------|
| 8/31/2021 | 2092 |

| Bill To | Ship To |
|---------|---------|
| Bighorn Construction & Reclamation<br>555 17th Street<br>Suite 1725<br>Denver, CO  80202 | |

| P.O. Number | Terms | Ship | Via | F.O.B. | Project |
|-------------|-------|------|-----|--------|---------|
| | Due on receipt | 8/31/2021 | | | |

| Ticket # | Description | Quantity | Price | Amount |
|----------|-------------|----------|-------|--------|
| See Attached | ROAD BASE-PO  09-1149-4013-51400<br>Sales Tax | 1,796.61 | 36.00<br>6.00% | 64,677.96<br>0.00 |

Thank you for your business.

**Total**      $64,677.96

1.5% monthly service charge (18% annual percentagre rate) is added to accounts past due.

# Richfield Sand & Gravel

PO Box 1300
Hurlock, MD 21643

| Date | Invoice # |
|------|-----------|
| 9/8/2021 | 2093 |

| Bill To |
|---------|
| Bighorn Construction & Reclamation<br>555 17th Street<br>Suite 1725<br>Denver, CO  80202 |

| Ship To |
|---------|
|  |

| P.O. Number | Terms | Ship | Via | F.O.B. | Project |
|-------------|-------|------|-----|--------|---------|
|  | Due on receipt | 9/8/2021 |  |  |  |

| Ticket # | Description | Quantity | Price | Amount |
|----------|-------------|----------|-------|--------|
| See Attached | ROAD BASE-PO  09-1149-4013-51400<br>Sales Tax | 1,188.66 | 36.00<br>6.00% | 42,791.76<br>0.00 |

Thank you for your business.

**Total**  $42,791.76

1.5% monthly service charge (18% annual percentage rate) is added to accounts past due.

Richfield Farms, LLC

PO Box 1300
Hurlock, MD 21643

# Finance Charge

| Date | Invoice # |
|------|-----------|
| 10/6/2021 | FC 206 |

| Bill To |
|---------|
| Bighorn Construction & Reclamation<br>555 17th Street<br>Suite 1725<br>Denver, CO  80202 |

| | Terms |
|--|-------|
| | |

| Description | Amount |
|-------------|--------|
| Finance Charges on Overdue Balance<br>Invoice #2082 for 3,825.41 on 07/01/2021<br>Invoice #2084 for 28,944.36 on 07/23/2021<br>Invoice #2086 for 114.09 on 07/26/2021<br>Invoice #2088 for 9,280.80 on 08/13/2021<br>Invoice #2089 for 56,005.92 on 08/18/2021<br>Invoice #2091 for 85,627.08 on 08/31/2021<br>Invoice #2092 for 64,677.96 on 08/31/2021 | 5,526.51 |

| | |
|--|--|
| **Total** | $5,526.51 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $5,526.51 |

Richfield Farms, LLC

PO Box 1300
Hurlock, MD 21643

# Finance Charge

| Date | Invoice # |
|------|-----------|
| 11/1/2021 | FC 211 |

| Bill To |
|---------|
| Bighorn Construction & Reclamation<br>555 17th Street<br>Suite 1725<br>Denver, CO  80202 |

| | Terms |
|--|-------|
| | |

| Description | Amount |
|-------------|--------|
| Finance Charges on Overdue Balance<br>Invoice #2082 for 3,825.41 on 07/01/2021<br>Invoice #2084 for 28,944.36 on 07/23/2021<br>Invoice #2086 for 114.09 on 07/26/2021<br>Invoice #2088 for 9,280.80 on 08/13/2021<br>Invoice #2089 for 56,005.92 on 08/18/2021<br>Invoice #2091 for 85,627.08 on 08/31/2021<br>Invoice #2092 for 64,677.96 on 08/31/2021<br>Invoice #2093 for 42,791.76 on 09/08/2021 | 3,734.60 |

| Total | $3,734.60 |
|-------|-----------|
| Payments/Credits | $0.00 |
| **Balance Due** | $3,734.60 |

Richfield Farms, LLC
PO Box 1300
Hurlock, MD 21643

# Statement

| Date |
|---|
| 11/4/2021 |

| To: |
|---|
| Bighorn Construction & Reclamation<br>555 17th Street<br>Suite 1725<br>Denver, CO  80202 |

| | Amount Due | Amount Enc. |
|---|---|---|
| | $300,528.49 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 10/04/2021<br>10/06/2021 | Balance forward<br>INV #FC 206. Due 10/06/2021.<br>Finance Charge<br>--- Fin Chg $5,526.51<br>--- Invoice #2082 for 3,825.41 on 07/01/2021<br>--- Invoice #2084 for 28,944.36 on 07/23/2021<br>--- Invoice #2086 for 114.09 on 07/26/2021<br>--- Invoice #2088 for 9,280.80 on 08/13/2021<br>--- Invoice #2089 for 56,005.92 on 08/18/2021<br>--- Invoice #2091 for 85,627.08 on 08/31/2021<br>--- Invoice #2092 for 64,677.96 on 08/31/2021 | 5,526.51 | 291,267.38<br>296,793.89 |
| 11/01/2021 | INV #FC 211. Due 11/01/2021.<br>Finance Charge<br>--- Fin Chg $3,734.60<br>--- Invoice #2082 for 3,825.41 on 07/01/2021<br>--- Invoice #2084 for 28,944.36 on 07/23/2021<br>--- Invoice #2086 for 114.09 on 07/26/2021<br>--- Invoice #2088 for 9,280.80 on 08/13/2021<br>--- Invoice #2089 for 56,005.92 on 08/18/2021<br>--- Invoice #2091 for 85,627.08 on 08/31/2021<br>--- Invoice #2092 for 64,677.96 on 08/31/2021<br>--- Invoice #2093 for 42,791.76 on 09/08/2021 | 3,734.60 | 300,528.49 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 9,261.11 | 42,791.76 | 215,591.76 | 32,883.86 | $300,528.49 |





# RICHFIELD
## SAND & GRAVEL

P.O. Box 1300
6002 Shiloh church RD.
Hurlock, MD 21643
Phone: 410-943-0011  Fax: 410-943-0434

## CREDIT APPLICATION and PERSONAL GUARANTEE

Name of Business __Bighorn Construction__

Amount of Credit Desired $ _____  Date _____

Street Address __777 Main St Ste 2500__

City __Fort Worth__  State __Tx__  Zip Code __76102__  E-Mail

Telephone No. ( ) __1877 702 2726__  Fax No. ( ) _____  Cell Phone/Beeper ( ) _____

Type of Business __Oilfield Construction__  Years In Business _____

Business is a: Corporation ☐   Partnership Individually ☐   Owned Business LLC ☑   Other:_____

Trade References: Name   Address   City   Zip   Phone No.   Account #

__Please see attachment__

We Bank at: Name Address City Zip Phone No. Account #

__Keybank 2600 N. Broadway Denver Co 80202 Chad Schneder 720 904-4333__
__acc# 767681092276__

The Principal owners or officers are:

| Name | Title | Address | City | Zip | Home Phone No. | Soc. Sec # | Name of Spouse |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |

Customer Contact _____

| Real Estate Owned: | Address | Value | Title In Name of | Balance Owed | Mortgage Co. |
|---|---|---|---|---|---|
| 1. Home | | | | | |
| 2. Home | | | | | |
| 3. Business | | | | | |

We have been previously employed by __Please see attachment__

Is MD Sales Tax to be charged?   ☐ Yes   ☐ No   Other States? ☑ Yes   ☐ No Specify: _____
(If answer to above Is No, valid certificate must be provided.)

__Pending on MSA__

1 1/2 % monthly service charge (18% annual percentage rate) is added to accounts past due. If this account is placed in the hands of a bonded collection agency, or attorney for collection, the undersigned shall pay 33 1/3 % of the unpaid principal plus interest and all related cost as a collection fee, which amount the undersigned agrees is reasonable. The Undersigned understands the information on both sides including bank and personal information is being submitted for the purpose of obtaining information and authorizes the verification of this information, now or in the future, and/or obtaining additional information by securing data from a credit reporting agency. This is to certify that I am a principal in the above business, and in consideration of the extension of credit. I do personally guarantee payment of any and all invoices which remain unpaid.

THE USE OF A CORPORATE TITLE IS ONLY TO IDENTIFY MY POSITION IN THE COMPANY AND IN NO WAY NEGATES MY PERSONAL GUARANTEE.

The undersigned has read and agreed to all terms and conditions stated herein.   Date __6/17/21__

By __[signature]__
Signature

__Cody Bissett__
Name Printed

Witness _____

__[signature]__
Signature

_____
Name Printed

Witness _____



## Safety. Quality. Reliability.

## Company Information

**Company Name:** Bighorn Construction
**Mailing Address:** 777 Main St, Ste 2800
                    Fort Worth, Tx 76102
**Duns(D&B) Number:** 079303107

**Federal ID:** 46-1068342
**Telephone #:** 877-702-2726
**Type of Business:** LLC
**Type of Business:** Oilfield Construction

## AP Contact Information

**Name:** Renee Vallin
**Email:** rvallin@bcrcompanies.com

**Phone Number:** 720-520-4222

## Bank Information

**Name:** Keybank
**Address:** 200 N. Broadway Denver Co 80202
**Officer:** Chad Schneider
**Email:** Chad_A_Schneider@keybank.com

**Phone:** 303-733-0559
**Checking Account:** 769681092276

**Phone:** 720-904-4333

PO is required (Please see attachment for more information)

## Trade Reference

1.  **Name:** Pilot Thomas Logistics  **Address:** 201 N. Rupert, Ft Worth, Tx 76107
    **Phone:** 877-704-4404            **Contact Name:**

2.  **Name:** Express 4x4               **Address:** 3235 Sunset Lane Hathboro PA 19040
    **Phone:** 215-443-3360             **Contact Name:** C.T. Roller
    **Email:** croller@express4x4rental.com

3.  **Name:** Komatsu                   **Address:**
    **Phone:** 801-870-0943             **Contact Name:** Ryan Wangsgard
    **Email:** kfcustomerservice@komatsuna.com

4.  **Name:** Trans lease, Inc.         **Address:** 1400 West 62nd Ave, Denver, CO 80221
    **Phone:** 303-868-5518             **Contact Name:** Paul Marollo
    **Email:** pmarollo@transleaseinc.com

5.  **Name:** Road Runner               **Contact Name:** Jeanie Robinette
    **Email:** jrobinette@roadrunnerwy.com
    **Phone:** 307-635-1270

555 17th Street, Suite 1725 | Denver, CO 80202| BCRCompanies.com