# EXHIBIT G



XL Insurance

November 17, 2021

**VIA EMAIL AND FEDERAL EXPRESS**

Bridgelink Engineering, LLC
c/o Cole W. Johnson, Chairman
777 Main Street, Suite 2800
Fort Worth, TX 76102

Bridgelink Commodities, LLC
c/o Cole W. Johnson, Chairman
777 Main Street, Suite 2800
Fort Worth, TX 76102

Bridgelink Investments, LLC
c/o Cole W. Johnson, Chairman
777 Main Street, Suite 2800
Fort Worth, TX 76102

Bridgelink Development, LLC
c/o Cole W. Johnson, Chairman
777 Main Street, Suite 2800
Fort Worth, TX 76102

Bridgelink Renewable Energy Investments LLC
c/o Cole W. Johnson, Chairman
777 Main Street, Suite 2800
Fort Worth, TX 76102

Intermountain Electric Service, Inc.
c/o Cole W. Johnson, Chairman
777 Main Street, Suite 2800
Fort Worth, TX 76102

Bighorn Investments and Properties, LLC
c/o Cole W. Johnson, Chairman
777 Main Street, Suite 2800
Fort Worth, TX 76102

Bighorn Construction and Reclamation, LLC
c/o Cole W. Johnson, Chairman
777 Main Street, Suite 2800
Fort Worth, TX 76102

Cole W. Johnson
777 Main Street, Suite 2800
Fort Worth, TX 76102

Cord H. Johnson
777 Main Street, Suite 2800
Fort Worth, TX 76102

Cassie J. Hamilton
777 Main Street, Suite 2800
Fort Worth, TX 76102

XL Specialty Insurance Company
334 Madison Ave., Morristown, NJ 07960
**axaxl.com**



Re:     Principal:     Bighorn Construction and Reclamation, LLC
       Obligee:     DEPCOM Power, Inc.
       Contract:     Subcontract between Principal and Obligee for MD70 Richfield Project
       Bond No.:     US00104943SU21A
       Surety:     XL Specialty Insurance Company
       Claimant:     Richfield Farms, LLC

Dear Messrs. Johnson and Hamilton,

By letter dated November 11, 2021 ("Revised Collateral Demand"), XL Specialty Insurance Company ("XL Specialty" or "Surety"), the surety which issued the referenced performance and payment bonds (collectively, the "Bonds") on behalf of Bighorn Construction and Reclamation, LLC ("BCR"), as principal, and in favor of DEPCOM Power, Inc., as obligee, made a revised demand for, among things, collateral in the amount of $2,000,000 be deposited with XL Specialty by the end of business on November 18, 2021, pursuant to the terms of the General Agreement of Indemnity ("Indemnity Agreement") that each entity and individual to whom this letter is addressed (collectively, "Indemnitors") signed on June 25, 2021.  To date, the Indemnitors have failed to deposit the collateral demanded.

In the Revised Collateral Demand, XL Specialty notified the Indemnitors of a claim submitted by Richfield Farms, LLC ("Richfield") under the payment Bond.  As noted, Richfield claims that it provided fill, stone, and aggregate to BCR on the Project and that it is owed the sum of $300,258.49 inclusive of finance charges. On behalf of XL Specialty, we demanded that BCR provide us with its position concerning the Richfield claim and all documents to support any defense to the Richfield claim.

On November 16, 2021, XL Specialty received a signed Proof of Claim from an authorized representative of Richfield together with a package containing correspondence between BCR's representative and Richfield's representatives, certain purchase orders between Richfield and BCR, Richfield's invoices to BCR, and numerous delivery tickets and receipts related to Richfield's supply of materials to the Project.  Based on XL Specialty's review of the documents supplied by Richfield to date, it appears that Richfield supplied materials to the Project and the amounts claimed are due and owing except for finance charges.  To date, we have not received the Indemnitors' position with regard to possible defenses related to the Richfield claim.   Absent XL Specialty's receipt of BCR's position related to the Richfield claim, and information and documentation to substantiate any such position, XL Specialty will proceed to process the claim as appropriate.

Please be advised that XL Specialty reserves all its rights, remedies, and defenses, none of which has been waived in whole or in part.  XL Specialty specifically reserves its right to demand

additional collateral.  These reservations remain in full force and effect and cannot be waived without a writing signed by a representative of XL Specialty.

If you have any questions regarding this matter, please do not hesitate to contact us.

Sincerely,

_____



**Barry Huber**
Global Practice Leader
Political Risk, Credit & Bond
AXA XL

XL Specialty Insurance Company
334 Madison Ave., Morristown, NJ 07960
barry.huber@axaxl.com

Mob:  +1 (973) 295 8768

axaxl.com.


cc: Louis Modugno, Esq.
    Hardy Mitchell
    Matt Stevens

Page  3 |