# EXHIBIT H

**From:** Kenneth.McStine@Ferguson.com <Kenneth.McStine@Ferguson.com>
**Sent:** Tuesday, December 7, 2021 3:04:42 PM
**To:** Huber, Barry <barry.huber@axaxl.com>
**Subject:** Bond claim Big Horn Construction Bond US00104943SU21A

[CAUTION EXTERNAL]

Barry

Attached is our notice to file a bond claim against your client, who has never made a payment to us.

Please forward a proof of claim form to me at your earliest convenience

Thank you


Ken McStine
Credit Manager
Ferguson Waterworks
13900 Lowe Street, Chantilly, VA 20151
T: (703) 375-5897 F: (703) 435-1662
C: (703) 357-4446
E: kenneth.mcstine@ferguson.com

You may unsubscribe from future promotional emails at any time by clicking <u>unsubscribe</u>. Changing your email preferences will not affect any non-promotional electronic correspondence you may receive from us in the ordinary course of business.

---

CONFIDENTIALITY: This communication, including attachments, is for the exclusive use of the addressee(s) and may contain proprietary, confidential or privileged information. If you are not the intended recipient, any use, copying, disclosure, or distribution or the taking of any action in reliance upon this information is strictly prohibited. If you are not the intended recipient, please notify the sender immediately and delete this communication and destroy all copies.

DATA PROTECTION: AXA XL is committed to compliance with applicable data protection laws. For further information on how we use your personal data, please see our privacy policy at https://axaxl.com/privacy-notice

---


November 11, 2021

Bighorn Construction & Reclamation LLC.
By Certified Mail: 7011 1570 0002 0756 5551
777 Main Street Suite 2800
Fort Worth, TX 76102

Richfield Solar LLC.
By Certified Mail: 7011 1570 0002 0759 3561
4440 East New Market
Hurlock MD 21643
Attn: Office of General Council:

XL Specialty Insurance Company
By Certified Mail: 7011 1570 0002 0759 3578
70 Seaview Avenue
Stamford, CT 06902
Attn: Claims

The undersigned Ferguson Enterprises, LLC. ("Claimant") has a contract with Bighorn Construction and Reclamation LLC, for the supply of underground materials furnished to the project known as MD70 "Richfield" Bond Number US00104943SU21A. Contractor is now indebted to Claimant in the amount of $147,764.83. Please accept this as notice of a claim on any payment bond for the referenced project. Inform us about the status of your accounts with our customer.

Date: 11/11/21

By: _____
Kenneth McStine — Credit Manager
on behalf of <u>Ferguson Enterprises LLC.</u>
(Claimant)

Claimant: <u>Ferguson Enterprises LLC.</u>
Company Name: <u>Ferguson Waterworks</u>
Address:        13900 Lowe St.
                <u>Chantilly, VA 20151</u>
                Attn: K. McStine
Phone Number: <u>(703) 375-5897</u>
Fax Number:    <u>(703) 435-1662</u>

**FERGUSON**
WATERWORKS

13900 Lowe Street
Chantilly, VA 20151

Phone (703) 375-6820



# FERGUSON WATERWORKS

**PRINT DUPLICATE STATEMENT**

| AMOUNT DUE | DATE | CUSTOMER | PAGE |
|---|---|---|---|
| 147,764.83 | 10/29/2021 | 160996 | 1 of 1 |

| AMOUNT PAID | IMPORTANT |
|---|---|
|  | TO ENSURE PROPER CREDIT PLEASE INDICATE INVOICES TO WHICH PAYMENT APPLIES AND RETURN A COPY OF THIS STATEMENT WITH YOUR CHECK TO: |

13900 LOWE STREET
CHANTILLY, VA 20151-3213

Please Contact With Questions:
407-816-6550

BIGHORN CONSTRUCTION
555 17TH ST STE 1725
RICHFIELD SOLAR PROJECT
DENVER, CO 80202

FERGUSON WATERWORKS #1800
PO BOX 417592
BOSTON, MA 02241-7592

*This document does not represent a total account statement for this period.*

| Invoice Date | Invoice Number | Cust. Order No. | Current | Past Due | Invoice Date | Invoice Number | ✓ | Amount |
|---|---|---|---|---|---|---|---|---|
|  | Warehouse 1800 |  |  |  |  | Warehouse 1800 |  |  |
| Job: 160996 RICHFIELD SOLAR PROJECT |  |  |  |  | Job: 160996 RICHFIELD SOLAR PROJECT |  |  |  |
| 06/30/21 | 2186660 | 09-1147-1956 |  | 71,117.52 | 06/30/21 | 2186660 |  | 71,117.52 |
| 06/30/21 | 2186873 | 2186873 |  | 19,228.40 | 06/30/21 | 2186873 |  | 19,228.40 |
| 07/07/21 | 2186968 | 09-1149-4006-5 |  | 1,918.60 | 07/07/21 | 2186968 |  | 1,918.60 |
| 07/19/21 | 2188120 | SOLAR PANEL |  | 35,380.80 | 07/19/21 | 2188120 |  | 35,380.80 |
| 07/27/21 | 2186874 | 09-1147-1956 |  | 15,950.62 | 07/27/21 | 2186874 |  | 15,950.62 |
| 08/09/21 | 2193327 | 2193327 |  | 473.73 | 08/09/21 | 2193327 |  | 473.73 |
| 09/07/21 | 2197796 | 09-1147-9066-5 |  | 1,855.00 | 09/07/21 | 2197796 |  | 1,855.00 |
| 09/07/21 | 2197797 | 09-1147-9067-5 |  | 1,840.16 | 09/07/21 | 2197797 |  | 1,840.16 |
|  |  | SubTotals: | 0.00 | 147,764.83 | TOTAL AMOUNT DUE |  |  | 147,764.83 |



## HOW ARE WE DOING? WE WANT YOUR FEEDBACK!

Scan the QR code or use the link below to complete a survey about your statements:
https://survey.medallia.com/?ferguson-invoice&fc=1800&on=160996