# EXHIBIT I



**From:** Mitchell, Hardy - McGriff <hmitchell@mcgriff.com>
**Sent:** Thursday, December 30, 2021 2:21:34 PM
**To:** Huber, Barry <barry.huber@axaxl.com>
**Cc:** Stevens, Matt <matt.stevens@axaxl.com>
**Subject:** Fwd: Big Horn Construction - Payment Bond Number US00104943SU21A

**[CAUTION EXTERNAL]**

Barry / Matt -

Please see below and attached payment bond claim against Bighorn.

I know most of us are taking time off this week so let's connect next week.


Happy New Year.

Hardy


Hardy Mitchell
205.777.9048
hmitchell@mcgriff.com


**From:** "Sardo, Michael" <michaels@willardag.com>
**Date:** Thursday, December 30, 2021 at 1:00:55 PM
**To:** "Mitchell, Hardy - McGriff" <hmitchell@mcgriff.com>
**Cc:** "Olson, John" <johno@willardag.com>
**Subject:** Big Horn Construction - Payment Bond Number US00104943SU21A

**[* This email contains attachments or links from an unverified sender. DO NOT open attachments or click links without verifying the sender. *]**

Mr. Mitchell:

Thank you for returning my call.  I am sorry to trouble you while you are away, and I appreciate you taking the time to leave me a voice mail message with your contact information.

Willard Agri Service of Greenwood completed some work for Bighorn Construction on the MD70 " Richfield" project.  DEPCON Power, Inc. has provided a copy of the referenced payment bond and has advised Willard Agri Service of Greenwood of Bighorn's default on their Subcontract.  I have attached a current statement along with two invoices for services and materials provided for this project.  The statement includes finance charges accrued through 12/31/2021.  Please consider this a claim on this payment bond and advise if there is any additional paperwork required to process our claim.

Please give me a call when you return to the office next week.

Regards,



*Please be advised insurance coverage cannot be altered, bound or cancelled by voicemail, email, fax, or online via our website and insurance coverage is not effective until confirmed in writing by a licensed agent. The information in this transmission may contain proprietary and non-public information of McGriff Insurance Services, Truist, or their affiliates and may be subject to protection under the law. The message is intended for the sole use of the individual or entity to which it is addressed. If you are not the intended recipient, you are notified that any use, distribution or copying of the message is strictly prohibited. If you received this message in error, please delete the material from your system without reading the content and notify the sender immediately of the inadvertent transmission.*

*Any information, analyses, opinions and/or recommendations contained herein relating to the impact or the potential impact of coronavirus/COVID-19 on insurance coverage or any insurance policy is not a legal opinion, warranty or guarantee, and should not be relied upon as such. As insurance agents, we do not have the authority to render legal advice or to make coverage decisions, and you should submit all claims to your insurance carrier for evaluation as they will make the final determination. Given the on-going and constantly changing situation with respect to the coronavirus/COVID-19 pandemic, this communication does not necessarily reflect the latest information regarding recently-enacted, pending or proposed legislation or guidance that could override, alter or otherwise affect existing insurance coverage. At your discretion, please consult with an attorney at your own expense for specific advice in this regard.*

You may unsubscribe from future promotional emails at any time by clicking unsubscribe. Changing your email preferences will not affect any non-promotional electronic correspondence you may receive from us in the ordinary course of business.

CONFIDENTIALITY: This communication, including attachments, is for the exclusive use of the addressee(s) and may contain proprietary, confidential or privileged information. If you are not the intended recipient, any use, copying, disclosure, or distribution or the taking of any action in reliance upon this information is strictly prohibited. If you are not the intended recipient, please notify the sender immediately and delete this communication and destroy all copies.

DATA PROTECTION: AXA XL is committed to compliance with applicable data protection laws. For further information on how we use your personal data, please see our privacy policy at https://axaxl.com/privacy-notice



**FOR REVIEW**

# STATEMENT

*WILLARD AGRI-SERVICE OF GREENWOOD, LLC*
*22272 SOUTH DUPONT HWY GREENWOOD, DE 19950 302-349-4100*

| SOLD TO: | 00001843 - 54<br>BIG HORN CONSTRUCTION<br>777 MAIN ST, STE 2800<br>FORT WORTH, TX 76102 | STATEMENT DATE: | 12/31/2021 |
|---|---|---|---|

| Invoice Date | Transactions | Invoice Number | Credits | Discount | Amount |
|---|---|---|---|---|---|
| | PRIOR BALANCE | | | | 15,749.10 |
| 12/31/2021 | FINANCE CHARGE | 121012 | | | 222.87 |

| Current | Past 30 | Past 60 | Past 90 | Past 120 | **TOTAL DUE** |
|---|---|---|---|---|---|
| 222.87 | 222.87 | 222.87 | 222.87 | 15080.49 | **15,971.97** |

PAYMENTS OR CREDITS RECEIVED AFTER THE ABOVE "STATEMENT DATE" WILL BE SHOWN ON YOUR NEXT STATEMENT. A **FINANCE CHARGE** OF 1.50% PER MONTH IS COMPUTED ON ALL AMOUNTS NOT PAID BY THE 30TH OF THE MONTH AFTER DEDUCTING PAYMENTS AND CREDITS APPEARING ON THIS STATEMENT.



*Make Checks Payable To:* **Willard Agri Service of Greenwood**

00001843

BIG HORN CONSTRUCTION
777 MAIN ST, STE 2800
FORT WORTH, TX 76102

Amount due Net 30:   **$15,971.97**

Amount Paid

*Please return this portion to insure proper credit*

## Invoice 46169-0

**WILLARD**
WILLARD AGRI-SERVICE OF GREENWOOD, LLC
22272 SOUTH DUPONT HWY GREENWOOD, DE 19950 302-349-4100

**INVOICE**
**INVOICE NUMBER:** 46169-0
**DATE:** 7/01/2021

**SOLD TO:** 00001843
BIGHORN CONSTRUCTION
22272 S DUPONT HWY
GREENWOOD, DE 19950

**SHIPPED TO:** Solar Field

**Hauler:** 92 WILLARD AGRI SERVICE
**Applicator:** 37 HOWARD HARDING
**Sales Rep:** 30 J SMITH

**State:** DE   **Freight Zone:** 3   **Crop:** NONE

| Quantity | Unit of Measure | Product Code | Description | Rate/Acre | Unit Price | Amount |
|---|---|---|---|---|---|---|
| | | | N 0.25  P 0.00  K 0.00  S 0.92  B 0.00  Z 0.00 | | | |
| 9.690 | TON | 3000 | GLYSTAR K-PLUS BULK | 170 | 10.16 | 98.45 |
| 684.000 | PT | 0681 | DOWNDRAFT | | 6.00 | 4104.00 |
| 456.000 | OZ | 0435 | | | .69 | 314.64 |
| 114.000 | ACRE | 3400 | APPLIC. BROADCAST | | 15.00 | 1710.00 |

DELIVERED & SPREAD         ACRES APPLIED:  114.00

**TOTAL DUE**  6227.09

---

## Invoice 46159-0

**WILLARD**
WILLARD AGRI-SERVICE OF GREENWOOD, LLC
22272 SOUTH DUPONT HWY GREENWOOD, DE 19950 302-349-4100

**INVOICE**
**INVOICE NUMBER:** 46159-0
**DATE:** 7/01/2021

**SOLD TO:** 00001843
BIGHORN CONSTRUCTION
22272 S DUPONT HWY
GREENWOOD, DE 19950

**SHIPPED TO:** Solar Field

**Hauler:** 92 WILLARD AGRI SERVICE
**Applicator:** 37 HOWARD HARDING
**Sales Rep:** 30 J SMITH

**State:** DE   **Freight Zone:** 3   **Crop:** NONE

| Quantity | Unit of Measure | Product Code | Description | Rate/Acre | Unit Price | Amount |
|---|---|---|---|---|---|---|
| | | | N 0.25  P 0.00  K 0.00  S 0.92  B 0.00  Z 0.00 | | | |
| 13.430 | TON | 3000 | GLYSTAR K-PLUS BULK | 170 | 10.16 | 136.45 |
| 948.000 | PT | 0681 | DOWNDRAFT | | 6.00 | 5688.00 |
| 632.000 | OZ | 0435 | | | .69 | 436.08 |
| 158.000 | ACRE | 3400 | APPLIC. BROADCAST | | 15.00 | 2370.00 |

DELIVERED & SPREAD         ACRES APPLIED:  158.00

**TOTAL DUE**  8630.53