# EXHIBIT J



129 North Washington Street
PO Box 1209
Easton, MD 21601

410-822-1122 *phone*
410-822-3635 *fax*
www.parkercountslaw.com

**PARKER COUNTS**

Parker Goodman Gordon & Hammock, LLC
*Attorneys At Law*
Easton | Cambridge

Willard C. Parker, II
Ann Karwacki Goodman
Jesse B. Hammock
C. Lee Gordon
———
Lynn A. Dymond
Peter R. Cotter
Kristen C. Graf
Martha M. Effinger
Richard L. Counts, III, of Counsel

January 4, 2022

**VIA CERTIFIED MAIL(7020 0090 0002 1828 7282)**
**AND EMAIL:** webfnol.NA@axaxl.com
AXA XL Claims
P.O. Box 211547
Dallas, TX 75211

|     |     |     |
| --- | --- | --- |
| Re: | Our Client/Claimant: | **William Hunter Wessells/Mac Farms, Inc.** |
|     | Principal: | **Bighorn Construction & Reclamation, LLC** |
|     | Obligee: | **DEPCOM Power, Inc.** |
|     | Bond No.: | **US00104943SU21A** |

To Whom It May Concern:

This office represents William Hunter Wessells and Mac Farms, Inc. (collectively, "Mr. Wessells") related to work performed for Bighorn Construction & Reclamation, LLC ("Bighorn"), the principal of a surety bond (the "Surety") issued by XL Specialty Insurance Company ("XL"). A copy of the Surety is attached hereto as **Exhibit 1**. Demand is now made on behalf of Mr. Wessells for the losses he suffered as a result of Bighorn's breach of the contract, a breach for which the Surety is financially responsible.

On or about June 22, 2021, Bighorn solicited a quote from Mr. Wessells to chop and disk 292 acres of land located at DEPCOM Power's ("DEPCOM") MD70 Richfield project in Hurlock, Maryland. Mr. Wessells provided a $65.00/acre quote to chop the site and $80.00/acre to disk it. *See* Mr. Wessells' June 22, 2021 email attached hereto as **Exhibit 2**. On or about July 6, 2021, Bighorn accepted Mr. Wessells proposal, and on or before July 14, 2021, Mr. Wessells completed all of the work requested. *See* an email from Bighorn acknowledging the parties' agreement attached hereto as **Exhibit 3**. Mr. Wessells then issued Bighorn an invoice for that work totaling $42,340.00. *See* a copy of Mr. Wessells' invoice attached hereto as **Exhibit 4**. As of the date of this letter, Bighorn has failed to pay Mr. Wessells on this invoice, and the amount remains due and owing.

On or about August 18, 2021, Bighorn requested that Mr. Wessells submit a quote for seeding the entirety of the area he had just chopped and disked the previous month. Mr. Wessells submitted a $488.00/acre quote for the requested seeding. Bighorn ultimately agreed to pay Mr.

AXA XL Claims
January 4, 2022
Page **2** of **2**



Wessells the sum of $140,000 for the seeding and issued a purchase order consistent with that agreement. *See* Bighorn's August 18, 2021 purchase order for the seeding attached hereto as **Exhibit 5**. Upon receiving Bighorn's purchase order in August 2021, Mr. Wessells purchased all necessary materials and began seeding the property. However, given the overdue invoice for the chopping and disking and upon the advice of DEPCOM, Mr. Wessells stopped all seeding work in late August 2021, having only seeded 88.74 acres of the requested 292 acres. On September 23, 2021, Mr. Wessells submitted his invoice to Bighorn in the amount of $43,305.12 for the 88.74 acres he completed seeding. *See* a copy of Mr. Wessells seeding invoice attached hereto as **Exhibit 6.** As of the date of this letter, Bighorn has failed to pay Mr. Wessells seeding invoice, and the amount remains due and owing.

Pursuant to the Surety, Mr. Wessells has the right to make a claim upon it based on Bighorn's failure to fulfill its contractual obligations to Mr. Wessells. Mr. Wessells, therefore, demands payment in the amount of $88,200.00 in damages and interest resulting from Bighorn's breach of its contractual obligations and consistent with the terms of the Surety.

Should you have any questions regarding the foregoing, please do not hesitate to contact the office.

Sincerely,

Peter R. Cotter

Enclosures



**EXHIBIT G**

Bond No. US00104943SU21A

**Forms of Subcontractor Bonds**

**G1 – Subcontract Payment Bond**

KNOW ALL MEN BY THESE PRESENT: That <u>Bighorn Construction & Reclamation, LLC</u> as Principal, hereinafter called "Principal", and <u>XL Specialty Insurance Company</u>, as Surety, hereinafter called "Surety", are held and firmly bound unto DEPCOM Power, Inc., as Obligee, hereinafter called "Obligee", in the amount of <u>Five Million Five Hundred Fifty One Thousand Four Hundred Seventy Three and 00/100</u> U.S. Dollars ($ <u>5,551,473.00</u> ), for the payment whereof Principal and Surety bind themselves, their heirs, executors, administrators, successors and assigns, jointly and severally firmly by these present.

WHEREAS, Principal has by written agreement dated <u>June 17, 2021</u> entered into a Subcontract with Obligee for the project called <u>MD70 "Richfield"</u>, which Subcontract is by reference made a part hereof, and is hereinafter referred to as the "Subcontract".

NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION is such that, if Principal shall promptly make payment to all Claimants as hereinafter defined, for all work, labor, material, machinery, or equipment used or reasonably required for use in the performance of said Subcontract, then this obligation shall be void; otherwise it shall remain in full force and effect, subject; however to the following conditions:

1.      The said Surety to this bond, for value received, hereby stipulates and agrees that no change or changes, extension of time or extensions of time, alteration or alterations, or addition or additions to the terms of the Subcontract or to the work to be performed thereunder, or the specifications or drawings accompanying same shall in any way affect its obligation on this bond, and it does hereby waive notice of any such change or changes, extension of time or extensions of time, alteration or alterations, addition or additions, to the terms of the Subcontract or to the work or to the specifications or drawings.

2.      A Claimant is defined as any subcontractor or any person or entity supplying work, labor, materials, machinery, or equipment in the prosecution of the work provided for in said Subcontract.

3.      Every person entitled to the protection hereunder and who has not been paid in full for work, labor, materials, machinery, or equipment furnished in the performance of the work under the Subcontract before the expiration of a period of one (1) year after the day on which the last of the work or labor was done or performed by him, or the last materials or equipment or machinery was furnished or supplied by him for which such claim is made, shall have the right to sue on this payment bond for the amount, or the balance thereof, unpaid at the time of the commencement of such action and to prosecute such action to final execution and judgment for the sum or sums due him; provided however, that any person that does not have a direct contractual relationship with the Principal furnishing said payment bond, shall have the right of action upon the said payment bond upon giving written notice to said Principal within ninety (90) days from the day on which such person did or performed the last of the work or labor, or furnished the last of the materials or machinery or equipment for which such claim is made, stating with substantial accuracy the amount claimed and the name of the party to whom the materials were furnished or supplied or for whom the labor was performed or done; provided further that nothing contained herein shall limit the right of action to said ninety (90) day period. Notice may be served by depositing a notice, certified mail, postage prepaid, duly addressed to the Principal at any place he maintains an office or conducts his business, or his residence, in any post office or branch post office or any letter box under the control of the Post Office Department. The Obligee shall not be liable for the payment of any cost or expenses of any such suit, and the Surety will defend, indemnify, and hold harmless the Obligee for reasonable attorney's fees and costs to defend against any claims for non-payment made by any subcontractors, sub-subcontractors, or suppliers of Principal. No suit or action shall be commenced hereunder by any Claimant other than in a state court of competent jurisdiction in the county or other political subdivision of the state in which the work, or any part thereof, is located, or in the United States District Court for the district in which the work, or any part thereof, is located.

EXHIBIT G – Bond Forms                                  1





4.      It is expressly agreed with the Principal and the Surety, that the Obligee, if it desires to do so, is at liberty to make inquiries at any time of subcontractors, laborers, materialmen, or other parties concerning the status of payments for work, labor, materials or services furnished in the prosecution of the work.

5.      The Obligee will assist and cooperate with the Surety in the same way as the Obligee would the Principal but the Obligee will not be required to: A) perform any thing or act, B) give any notice, C) furnish any clerical assistance, D) render any service, E) furnish any papers or documents or, F) take any other action of any nature or description which is not required of the Obligee to be done under the Subcontract, including but not limited to any statute which requires Obligee to proceed to collect the debt from the Principal.

6.      The penal sum of this bond is defined in Section 8.2 of the Subcontract. It will be increased or decreased by the amount of each Change Order addition or deduction to the Subcontract Price if (a) it is clarified by a Change Order for such, or (b) the initial Subcontract Price increases by twenty percent (20%). All such penal sum changes shall be accompanied by a corresponding bond rider from Surety. The related increase or decrease in the bond premium will always be included as a part of any such Change Order amount unless stated otherwise on the face of the Change Order.

Signed and sealed this ___25th___ day of ___June___, 20_21_

(SEAL)

_____
Witness

(SEAL)

_____
Witness

Bighorn Construction & Reclamation, LLC
PRINCIPAL

BY: _____
(Name) CORD JOHNSON
Title: CEO
Address: 777 Main Street, Suite 2800
Fort Worth, TX 76102

XL Specialty Insurance Company
SURETY
BY: _____
Richard H. Mitchell
Attorney-in-Fact
Address: 70 Seaview Avenue
Stamford, CT 06902

DocuSign Envelope ID: FE208F84-33F7-4D7F-9048-3C3D2409650D



Power of Attorney
XL Specialty Insurance Company
XL Reinsurance America Inc.

THIS IS NOT A BOND NUMBER
LIMITED POWER OF ATTORNEY
XL 1613644

KNOW ALL MEN BY THESE PRESENTS: That   XL Specialty Insurance Company, a Delaware insurance companies with offices located at 505 Eagleview Blvd., Exton, PA 19341, and XL Reinsurance America Inc., a New York Insurance company with offices located at 70 Seaview Avenue, Stamford, CT 06902, , do hereby nominate, constitute, and appoint:
**Mark W. Edwards, II, Jeffrey M. Wilson, William M. Smith, Richard H. Mitchell, Anna Childress, Robert R. Freel, Alisa B. Ferris**

each its true and lawful Attorney(s)-in-fact to make, execute, attest, seal and deliver for and on its behalf, as surety, and as its act and deed, where required, any and all bonds and undertakings in the nature thereof, , for the penal sum of no one of which is in any event to exceed $100,000,000.00.

Such bonds and undertakings, when duly executed by the aforesaid Attorney (s) - in - Fact shall be binding upon each said Company as fully and to the same extent as if such bonds and undertakings were signed by the President and Secretary of the Company and sealed with its corporate seal.

The Power of Attorney is granted and is signed by facsimile under and by the authority of the following Resolutions adopted by the Board of Directors of each of the Companies on the 26th day of July 2017.

RESOLVED, that Gary Kaplan, Daniel Riordan, Maria Duhart, Gregory Boal and Kevin Mirsch are hereby appointed by the Board as authorized to make, execute, seal and deliver for and on behalf of the Company, any and all bonds, undertakings, contracts or obligations in surety or co-surety with others and that the Secretary or any Assistant Secretary of the Company be and that each of them hereby is authorized to attest the execution of any such bonds, undertakings, contracts or obligations in surety or co-surety and attach thereto the corporate seal of the Company.

RESOLVED, FURTHER, that Gary Kaplan, Daniel Riordan, Maria Duhart, Gregory Boal and Kevin Mirsch each is hereby authorized to execute powers of attorney qualifying the attorney named in the given power of attorney to execute, on behalf of the Company, bonds and undertakings in surety or co-surety with others, and that the Secretary or any Assistant Secretary of the Company be, and that each of them is hereby authorized to attest the execution of any such power of attorney, and to attach thereto the corporate seal of the Company.

RESOLVED, FURTHER, that the signature of such officers named in the preceding resolutions and the corporate seal of the Company may be affixed to such powers of attorney or to any certificate relating thereto by facsimile, and any such power of attorney or certificate bearing such facsimile signatures or facsimile seal shall be thereafter valid and binding upon the Company with respect to any bond, undertaking, contract or obligation in surety or co-surety with others to which it is attached.

IN WITNESS WHEREOF, the XL SPECIALTY INSURANCE COMPANY has caused its corporate seal to be hereunto affixed, and these presents to be signed by its duly authorized officers this April 28th, 2021.

**XL SPECIALTY INSURANCE COMPANY**

by:

Gregory Boal, VICE PRESIDENT

STATE OF PENNSYLVANIA
COUNTY OF CHESTER

Attest:

Kevin M. Mirsch, ASSISTANT SECRETARY

On this 28th day of April, 2021, before me personally came Gregory Boal to me known, who, being duly sworn, did depose and say: that he is Vice President of XL SPECIALTY INSURANCE COMPANY, described in and which executed the above instrument; that he knows the seals of said Companies; that the seals affixed to the aforesaid instrument is such corporate seals and were affixed thereto by order and authority of the Boards of Directors of said Companies; and that he executed the said instrument by like order.

Commonwealth of Pennsylvania - Notary Seal
S. Grace Freed-Brown, Notary Public
Chester County
My commission expires March 5, 2022
Commission number 1322812
Member, Pennsylvania Association of Notaries

S. Grace Freed-Brown, NOTARY PUBLIC

SB0042

Page 1 of 2

DocuSign Envelope ID: FE208F84-33F7-4D7F-9048-3C3D2409650D

STATE OF PENNSYLVANIA
COUNTY OF CHESTER

I, Kevin M. Mirsch, Assistant Secretary of XL SPECIALTY INSURANCE COMPANY, a corporation of the State of Delaware, do hereby certify that the above and forgoing is a full, true and correct copy of a Power of Attorney issued by said Companies, and that I have compared same with the original and that it is a correct transcript therefrom and of the whole of the original and that the said Power of Attorney is still in full force and effect and has not been revoked.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Corporation, at the City of Exton, this 25th day of June, 2021



Kevin M. Mirsch,  ASSISTANT SECRETARY

IN WITNESS WHEREOF, XL REINSURANCE AMERICA INC. has caused its corporate seal to be hereunto affixed, and these presents to be signed by its duly authorized officers this 28th day of April, 2021.



XL REINSURANCE AMERICA INC.

by:

Gregory Boal, VICE PRESIDENT

Attest:

Kevin M. Mirsch, ASSISTANT SECRETARY

STATE OF PENNSYLVANIA
COUNTY OF CHESTER

On this 28th day of April, 2021, before me personally came Gregory Boal to me known, who, being duly sworn, did depose and say: that he is Vice President of XL REINSURANCE AMERICA INC., described in and which executed the above instrument; that he knows the seal of said Corporation; that the seal affixed to the aforesaid instrument is such corporate seal and was affixed thereto by order and authority of the Board of Directors of said Corporation, and that he executed the said instrument by like order.

Commonwealth of Pennsylvania - Notary Seal
S. Grace Freed-Brown, Notary Public
Chester County
My commission expires March 5, 2022
Commission number 1322812
Member, Pennsylvania Association of Notaries

S. Grace Freed-Brown, NOTARY PUBLIC

STATE OF PENNSYLVANIA
COUNTY OF CHESTER

I, Kevin M. Mirsch, Assistant Secretary of XL REINSURANCE AMERICA INC. a corporation of the State of New York, do hereby certify that the person who executed this Power of Attorney, with the rights, respectively of XL REINSURANCE AMERICA INC., do hereby certify that the above and forgoing is a full, true and correct copy of a Power of Attorney issued by said Corporation, and that I have compared same with the original and that it is a correct transcript therefrom and of the whole original and that the said Power of Attorney is still in full force and effect and has not been revoked.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Corporation, at the City of Exton, this ___ day of _____.



Kevin M. Mirsch, ASSISTANT SECRETARY

This Power of Attorney may not be used to execute any bond with an inception date after 4/28/2023

SB0042                                        Page 2 of 2

**Beth Pollard**

| | |
|---|---|
| **From:** | Hunter Wessells <hunter.macfarms@gmail.com> |
| **Sent:** | Thursday, November 11, 2021 8:30 AM |
| **To:** | Beth Pollard |
| **Subject:** | Fwd: Chop and disk |

Sent from my iPhone

Begin forwarded message:

> **From:** Joshua Thomas <jthomas@bcrcompanies.com>
> **Date:** June 22, 2021 at 2:06:37 PM EDT
> **To:** Hunter Wessells <hunter.macfarms@gmail.com>
> **Subject: RE: Chop and disk**
>
> This looks good. Sent it to the office earlier for approval
>
>
>
> Joshua Thomas
> BCR Companies | Civil Superintendent
>
> SAFETY | QUALITY | RELIABILITY
>
> 777 Main Street, Suite 2800 | Fort Worth, TX  76102
>
> Tel: 917 518 9207| BCRCOMPANIES.COM
>
> Cell: 682 308 2693
>
> jthomas@bcrcompanies.com
>
>
>
> -----Original Message-----
> From: Hunter Wessells <hunter.macfarms@gmail.com>
> Sent: Tuesday, June 22, 2021 12:27 PM
> To: Joshua Thomas <jthomas@bcrcompanies.com>
> Subject: Chop and disk
>
> Good afternoon sir,
> For chopping the site I would charge $65.00/acre and to disk would be $80.00/acre. Please let me know how this looks to you.
>
> Thanks,

EXHIBIT
2

1

Hunter

Sent from my iPhone

**Beth Pollard**

| | |
|---|---|
| **From:** | Hunter Wessells <hunter.macfarms@gmail.com> |
| **Sent:** | Thursday, November 11, 2021 8:31 AM |
| **To:** | Beth Pollard |
| **Subject:** | Fwd: 09-1147 Brush hog and Disk |
| **Attachments:** | mime-attachment |

Sent from my iPhone

Begin forwarded message:

> **From:** Joshua Thomas <jthomas@bcrcompanies.com>
> **Date:** July 6, 2021 at 8:47:26 AM EDT
> **To:** Hunter Wessells <hunter.macfarms@gmail.com>
> **Subject: 09-1147 Brush hog and Disk**

Hunter,

As we agreed on earlier, For brush hogging the site $65.00/acre and to disk $80.00/acre. I have also attached an email stating that you are not signing the MSA, with the approval of the BCR representative. Please let me know if you need any other information







Joshua Thomas
BCR Companies | Civil Superintendent

SAFETY | QUALITY | RELIABILITY

777 Main Street, Suite 2800 | Fort Worth, TX  76102

Tel: 917 518 9207| BCRCOMPANIES.COM

Cell: 682 308 2693

jthomas@bcrcompanies.com



1

# Mac Farms, Inc.

4711 Cloverdale Road, P.O. Box 92          (443) 521-3884          hunter.macfarms@gmail.com

Rhodesdale, MD 21659

| Bill To: | BCR Companies | Phone: (917) 518-9207 | Invoice #: | 121 |
|----------|---------------|------------------------|------------|-----|
| Address: | 777 Main Street, Suite 2800 | Email: jthomas@bcrcompanies.com | Invoice Date: | 7/14/2021 |
|          | Fort Worth, TX 76102 | | | |

Invoice For:   Brush Hog & Disc Solar Site

| Item # | Description | Qty | Unit Price | Discount | Price |
|--------|-------------|-----|------------|----------|-------|
| 1 | Brush Hog Solar Site | 292 | $    65.00 | $    - | $    18,980.00 |
| 2 | Disc Solar Site | 292 | $    80.00 | $    - | $    23,360.00 |
| | | | | | $    - |
| | | | | | $    - |
| | | | | | $    - |
| | | | | | $    - |
| | | | | | $    - |
| | | | | | $    - |
| | | | | | $    - |
| | | | | | $    - |
| | | | | | $    - |
| | | | | | $    - |

| | |
|---|---|
| Invoice Subtotal | $    42,340.00 |
| Other | $    - |
| Deposit Received | $    - |
| **TOTAL** | $    42,340.00 |

Make all checks payable to Mac Farms, Inc..
Total due in 30 days. Overdue accounts subject to a service charge of 1.5% per month.


EXHIBIT
4
tabbies

# PURCHASE ORDER

**Buyer Information**

| | |
|---|---|
| Name: | Bighorn Construction & Reclamation, LLC |
| Address: | 777 Main St Suite 2800 Fort Worth TX 76102 |
| Phone: | 817-471-8512 |

**Purchase Order Information**

| | |
|---|---|
| Purchase Order #: | 09-1147-9076-51400 |
| Issue Date: | 8/18/2021 |

**Seller Information**

| | |
|---|---|
| Name: | MAC FARMS INC |
| Address: | |
| Phone: | |

**Delivery Information**

| | |
|---|---|
| Must Have Date: | ASAP |
| Destination: | 6002 Shiloh Church Hurlock Rd Hurlock MD 21643 |

## Identification of Goods

Seller agrees to provide the following Goods to Buyer, and Buyer agrees to pay Seller following amounts: (Attach if necessary)

| Survey/ Construction Staking | Quantity | Unit Price | Total |
|---|---|---|---|
| Temporary Seeding | 1 | | 140,000.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| (Include a separate exhibit with specifications or other information, as needed) | | | |
| | | Subtotal | |
| | | Tax | |
| | | S&H | |
| | | Total | 140,000.00 |

## Other Requirements or Terms

This Purchase Order is subject to and governed by the General Terms and Conditions attached hereto, which are incorporated herein by reference, and this Purchase Order is conditioned upon Seller's agreement to such General Terms and Conditions.

**Buyer**

Name:
Title:

**Seller**

Name:
Title:



EXHIBIT
5

# Mac Farms, Inc.

P.O. Box 92

Rhodesdale, MD

443-521-3884

hunter.macfarms@gmail.com

Bill To: BCR Companies

Address: 777 Main St. Suite 2800 Fort
Worth, TX 76102

Phone: 917-518-9207

Fax:

Email:

Invoice #: 109

Invoice Date: 9/23/2021

Invoice For: Seeding 50lbs/acre of wheat -
88.74 acres completed

| Item # | Description | Qty | Unit Price | Discount | Price |
|---|---|---|---|---|---|
| 1 | Seed 88.74 acres of solar site | 88.74 | $   488.00 | | $   43,305.12 |
| | | | | | $   - |
| | | | | | $   - |
| | | | | | $   - |
| | | | | | $   - |
| | | | | | $   - |
| | | | | | $   - |
| | | | | | $   - |
| | | | | | $   - |
| | | | | | $   - |
| | | | | | $   - |
| | | | | | $   - |
| | | | | Invoice Subtotal | $   43,305.12 |
| | | | | Tax Rate | |
| | | | | Sales Tax | $   - |
| | | | | Other | |
| | | | | Deposit Received | |
| | | | | **TOTAL** | $   43,305.12 |

Make all checks payable to Mac Farms, Inc..
Total due upon receipt. Overdue accounts subject to a service charge of 1.5% per month.



EXHIBIT
6