# EXHIBIT L

OPR BK 14266 Page 219   INSTR#: 2021034477

BK14266   PGS 219 - 220   11/29/2021 01:15:27 PM
INSTR#: 2021034477   ATTEST: BEVERLY BUSTIN-HATHEWAY
RECEIVED KENNEBEC SS   REGISTER OF DEEDS
eRecorded Document

## CERTIFICATE OF LIEN

This is to certify that the following is a true statement of the amount, with all just credits given, due WHITE CAP, L.P. (FKA HD SUPPLY CONSTRUCTION SUPPLY, LTD.) (hereinafter "Claimant"), a limited partnership organized and existing under the laws of Florida with a place of business in MONMOUTH, KENNEBEC County, MAINE, for MATERIALS furnished by virtue of a contract with BIGHORN CONSTRUCTION AND RECLAMATION, LLC, a Wyoming limited liability company authorized to do business in Maine, with an address of 777 MAIN STREET, STE 2800, FORT WORTH, TX 76102 and with the knowledge and consent of the owner, RD ORCHARDS, LLC a Massachusetts limited liability company with an address of 54 KINGSWOOD ROAD, WESTWOOD, MA 02090, and/or MAINE DG SOLAR MONMOUTH, LLC, a Delaware limited liability company with an address of 330 CONGRESS STREET, 6TH FLOOR, BOSTON, MA 02210, and the General Contractor, BIGHORN CONSTRUCTION AND RECLAMATION, LLC, a Wyoming corporation limited liability company with an address of 777 MAIN STREET, STE 2800, FORT WORTH, TX 76102. If RD ORCHARDS, LLC and/or MAINE DG SOLAR MONMOUTH, LLC is not the owner of the above-described land, then the owner is unknown to Claimant. The land and buildings upon which a lien is claimed, and into said MATERIALS were incorporated, are located at 483 RIDGE ROAD, in the Town of MONMOUTH, County of KENNEBEC, and State of Maine, more particularly described as MONMOUTH SOLAR, City of MONMOUTH Tax Map 2, Lot 16. Reference is also made to Deed(s) recorded in the KENNEBEC Registry of Deeds at Book 12715; Pages 171-172.

Mortgage held by MUFG UNION BANK, N.A. and recorded in the KENNEBEC County Registry of Deeds at Book 14099, Pages 1-49. The project is also subject to a Memorandum of Lease recorded in KENNEBEC County Registry of Deeds at Book 14045, Pages 252-277 indicating a lease of a portion of the property to Maine DG Solar Monmouth, LLC.

Claimant furnished said MATERIALS, which have been incorporated into the premises described above, and the last day on which said MATERIALS were furnished was 09/02/2021.

The total amount due Claimant, with all just credits given, for said MATERIALS, as of 09/02/2021 is ELEVEN THOUSAND, ONE HUNDRED FORTY FIVE AND 19/100 DOLLARS ($11,145.19). By virtue of all the foregoing, Claimant asserts a lien in the amount of $11,145.19, along with costs to secure any payment of said amount, upon the land described above and any buildings and appurtenances thereon.

IN WITNESS WHEREOF, the said Claimant has caused this instrument to be signed in its corporate name by MS. CASSIE HAUSERMAN, thereunto duly authorized this 24th day of November, 2021.

_____   _____
WITNESS                      Cassie Hauserman, Attorney-in-Fact
                             WHITE CAP, L.P. (FKA HD SUPPLY
                             CONSTRUCTION SUPPLY, LTD.) under POA
                             dated 5/5/21

STATE OF OHIO        )
                     ) ss.
COUNTY OF CUYAHOGA   )

Personally, appeared the above named Attorney-in-Fact for WHITE CAP, L.P. (FKA HD SUPPLY CONSTRUCTION SUPPLY, LTD.), and made oath that the above Certificate of Lien is true to the best of his/her knowledge, information and belief, and insofar as it is based upon information and belief, he/she believes it to be true.

[NOTARIAL SEAL: TARA SCHILLING, NOTARY PUBLIC FOR THE STATE OF OHIO, My Commission Expires May 27, 2024]

Notary Public
Print Name: Tara Schilling
Commission Expires: May 27, 2024

Return to:
Cassie Hauserman, Attorney-in-Fact
WHITE CAP, L.P. (FKA HD SUPPLY CONSTRUCTION SUPPLY, LTD.)
c/o P. O. Box 241566
Cleveland, OH  44124

(Ref. N252454 10003193647)