# EXHIBIT M



December 13, 2021


Dexter Brian Patton III
Bighorn Construction and Reclamation, LLC.
777 Maine Street
Suite 2800
Fort Worth, TX 76102

**RE: Demand to Remove Liens from the Monmouth Solar Project**


Dear Mr. Patton,

MYR Energy Services Inc. ("MYRE") has received notice that a lien has been filed on the Monmouth Solar Project at 483 Ridge Road North Monmouth, ME by Milton Rents, Inc. (Milton Rents), a subcontractor of Bighorn Construction and Reclamation, LLC. ("BCR") (see Attachment A). This lien was filed because BCR has failed to pay Milton Rents invoices in the amount of FORTY-SEVEN THOUSAND, FOUR HUNDRED TWENTY-SEVEN AND 93/100 DOLLARS ($47,427.93). Pursuant to Section 4.25 of the subcontract agreement between MYRE and BCR dated June 11, 2021 (the "Agreement"), MYRE demands that BCR "discharge … or bond, or otherwise secure" MYRE against this lean within seventy-two (72) hours of the date of this letter.

Section 4.25 of the agreement states as follows"

> **"Liens.**  Subcontractor shall at all times promptly pay for all materials, equipment, services, and labor used in the performance of the Work, and maintain and keep the Work free and clear of all liens, security interests, attachments and encumbrances created by, through, or resulting from the acts or omissions of Subcontractor, or other persons providing materials, equipment, or labor at the request of Subcontractor. *Subcontractor shall at all times, including in the event of termination pursuant to Section 12 herein, discharge at once, or bond, or otherwise secure against all liens which are filed or claimed and shall indemnify, defend and hold harmless Contractor and/or Owner(s) of the premises on which the work is performed, from and against all damages asserted or awarded against or incurred by the indemnities arising out of, resulting from, or relating to such liens.* Subcontractor shall provide Contractor reasonable evidence (including executed lien waivers) showing all materials, equipment, labor, and suppliers have been paid in full. In the event Subcontractor fails to comply with any requirement herein, Contractor shall have the right to withhold amounts equal to any lien or claim of lien or other security interest or encumbrance or resolve any such claims (or evidence reasonably indicating the probable filing of claims), liens, encumbrances, or security interests, and the costs thereof, including attorneys' fees, shall be charged to the Subcontractor" (emphasis added).

Note that, while MYRE terminated the Agreement for cause on December 8, 2021, due to BCR's uncured breach of contract, the duty to discharge liens survives such termination.

If BCR fails to discharge this lien, and provide written evidence of such discharge to MYRE, within seventy-two hours of the date of this letter, MYRE will seek to resolve the lien with Milton Rents and charge BCR for all related costs including attorney fees, as permitted by the agreement. Such costs will be included in MYRE's claim against BCR bond #US00104945SU21A. Note that this claim shall be in addition to other claims to date including MYRE's bond claim for BCR breach of contract and BCR's ongoing failure to pay other of its subcontractors including United Rentals, Inc. and White Cap. MYRE reserves all rights under the Agreement, under the above referenced bond, and at law.


Sincerely,


Brad Hjemvick
Senior Project Manager
MYR Energy Services Inc.
12800 Whitewater Drive, Suite 250
Minnetonka, MN 55343


Attachment A: Milton Rents, Inc. Lien

CC:

Briton D. Douglas – Bighorn Construction and Reclamation, LLC (BCR)
Louis A. Modugno – Trif & Modugno Attorneys at Law

 CT Corporation

**Service of Process Transmittal**
01/10/2022
CT Log Number 540851176

| | |
|---|---|
| **TO:** | Michael L Orndahl, Assistant General Counsel<br>MYR Group Inc.<br>1701 Golf Rd Ste 3-1012, 3-1012<br>Rolling Meadows, IL 60008-4210 |
| **RE:** | **Process Served in Maine** |
| **FOR:** | MYR Energy Services, Inc.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: MILTON RENTS, INC // To: MYR Energy Services, Inc. |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # None Specified |
| **NATURE OF ACTION:** | Liens |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Augusta, ME |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 01/10/2022 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | Maine |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT will retain the current log<br><br>Image SOP<br><br>Email Notification,  Michael L Orndahl  MORNDAHL@MYRGROUP.COM<br><br>Email Notification,  Janne Hinz  jhinz@myrgroup.com<br><br>Email Notification,  Laura Denten  ldenten@myrgroup.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>128 State St # 3<br>Augusta, ME 04330<br>866-331-2303<br>CentralTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



neopost
01/06/2022
USPOSTAGE $006.13°

FIRST-CLASS MAIL

ZIP 44143
041L12204593



0433085630 C011   րիրՍՍՍրդրՍրիիրիրՍրիՍՍրիՍՍրիՍՍրՍրՍՍ

NCS[ME(N245177A2]B1
PO Box 241566
Cleveland OH 44124



**USPS CERTIFIED MAIL**

9214 8901 5273 7200 0018 8561 21



MYR ENERGY SERVICES INC.
c\o C T CORPORATION SYSTEM
128 STATE ST #3
Augusta ME 04330

# ATTENTION

If you have questions regarding the enclosed document, please email liens@ncscredit.com.

## Distribution List

LONGROAD DEVELOPMENT HOLDINGS LLC
330 Congress St
6th Floor
Boston MA 02210

MYR Group
12150 E 112th Ave
Henderson CO 80640

BIGHORN CONSTRUCTION AND RECLAMATION LLC
555 17th St
Suite 1725
Denver CO 80202

BIGHORN CONSTRUCTION AND RECLAMATION LLC
777 Main Street Suite 2800
Fort Worth TX 76102

XL Specilaity Insurance Company
70 Seaview Avenue
Stamford CT 06902

MUFG UNION BANK N.A.
1251 AVENUE OF THE AMERICAS
19TH FLOOR
New York NY 10020

MAINE DG SOLAR MONMOUTH LLC
330 Congress Street 6th Floor
Boston MA 02210

MYR ENERGY SERVICES INC.
12800 WHITEWATER DRIVE SUITE 250
MINNETONKA MN 55343

MYR ENERGY SERVICES INC.
c\o C T CORPORATION SYSTEM
128 STATE ST #3
Augusta ME 04330

LONGROAD DEVELOPMENT HOLDINGS LLC
c\o CORPORATION SERVICE COMPANY
45 MEMORIAL CIRCLE
Augusta ME 04330

RD ORCHARDS LLC
54 Kingswood Road
Westwood MA 02090

RD ORCHARDS LLC
c\o MARY A. DENISON
PO BOX 67
Winthrop ME 04364

BIGHORN CONSTRUCTION AND RECLAMATION LLC

MAINE DG SOLAR MONMOUTH LLC

JANUARY 6, 2022

**TO (Via Certified Mail):**

LONGROAD DEVELOPMENT
HOLDINGS, LLC
330 CONGRESS ST 6TH FLOOR
BOSTON, MA 02210

LONGROAD DEVELOPMENT
HOLDINGS, LLC
C/O CORPORATION SERVICE
COMPANY
45 MEMORIAL CIRCLE
AUGUSTA, ME 04330

RD ORCHARDS, LLC
54 KINGSWOOD ROAD
WESTWOOD, MA 02090

RD ORCHARDS, LLC
C/O MARY A. DENISON
PO BOX 67
WINTHROP, ME 04364

MAINE DG SOLAR MONMOUTH, LLC
330 CONGRESS STREET, 6TH FLOOR
BOSTON, MA 02210

MAINE DG SOLAR MONMOUTH, LLC
C/O CORPORATION SERVICE
COMPANY
45 MEMORIAL CIRCLE
AUGUSTA, ME 04330

MYR GROUP
12150 E 112TH AVE
HENDERSON, CO  80640

MYR ENERGY SERVICES, INC.
12800 WHITEWATER DRIVE, SUITE 250
MINNETONKA, MN 55343

MYR ENERGY SERVICES, INC.
C/O C T CORPORATION SYSTEM
128 STATE ST #3
AUGUSTA, ME 04330

BIGHORN CONSTRUCTION AND
RECLAMATION, LLC
555 17TH ST SUITE 1725
DENVER, CO  80202

BIGHORN CONSTRUCTION AND
RECLAMATION, LLC
777 MAIN STREET, SUITE 2800
FORT WORTH, TX 76102

BIGHORN CONSTRUCTION AND
RECLAMATION, LLC
C/O URS AGENTS, LLC
128 STATE STREET #3
AUGUSTA, ME 04330

XL SPECIALTY INSURANCE
COMPANY
70 SEAVIEW AVENUE
STAMFORD, CT  06902

MUFG UNION BANK, N.A.
1251 AVENUE OF THE AMERICAS
19TH FLOOR
NEW YORK, NY 10020



**Project:**   SOLAR FIELDS
483 RIDGE RD
NORTH MONMOUTH, ME

**Claimant**:   MILTON RENTS, INC.

Dear Sir/Madam:

Enclosed is a copy of a lien that was filed on the above property by MILTON RENTS, INC., who contracted with
BIGHORN CONSTRUCTION AND RECLAMATION, LLC.

If you have any questions, or wish to discuss this matter, please contact liens@ncscredit.com.

MILTON RENTS, INC.
c/o P. O. Box 241566
Cleveland, OH  44124

Reference:  N245177 100486

BK14312      PGS 146 - 147  01/06/2022 09:13:29 AM
INSTR#: 2022000411            ATTEST: DIANE WILSON
RECEIVED KENNEBEC SS    ACTING REGISTER OF DEEDS
eRecorded Document



## CERTIFICATE OF LIEN

This is to certify that the following is a true statement of the amount, with all just credits given, due MILTON RENTS, INC. (hereinafter "Claimant"), a corporation organized and existing under the laws of New Hampshire with a place of business in MONMOUTH, KENNEBEC County, MAINE, for MATERIALS furnished by virtue of a contract with BIGHORN CONSTRUCTION AND RECLAMATION, LLC, a Wyoming limited liability company authorized to do business in Maine, with an address of 555 17TH ST SUITE 1725, DENVER, CO 80202 and with the knowledge and consent of the owner, LONGROAD DEVELOPMENT HOLDINGS, LLC, a Delaware limited liability company with an address of 330 CONGRESS ST 6TH FLOOR, BOSTON, MA 02210, and/or RD ORCHARDS, LLC, a Maine limited liability company with an address of 54 KINGSWOOD ROAD, WESTWOOD, MA 02090, and/or MAINE DG SOLAR MONMOUTH, LLC, a Delaware limited liability company with an address of 330 CONGRESS STREET, 6TH FLOOR, BOSTON, MA 02210, and the General Contractor, MYR GROUP a Delaware corporation with an address of 12150 E 112TH AVE, HENDERSON, CO  80640 and/or MYR ENERGY SERVICES, INC., a Delaware corporation with an address of 12800 WHITEWATER DRIVE, SUITE 250, MINNETONKA, MN 55343.  If LONGROAD DEVELOPMENT HOLDINGS, LLC and/or RD ORCHARDS, LLC and/or MAINE DG SOLAR MONMOUTH, LLC is not the owner of the above-described land, then the owner is unknown to Claimant.  The land and buildings upon which a lien is claimed, and into said MATERIALS were incorporated, are located at 483 RIDGE RD, in the City of MONMOUTH, County of KENNEBEC, and State of Maine, more particularly described as SOLAR FIELDS, City of NORTH MONMOUTH Tax Map 2, Lot 16. Reference is also made to Deed(s) recorded in the KENNEBEC Registry of Deeds at Book 12715; Page 171-172.

Mortgage held by MUFG UNION BANK, N.A. and recorded in the KENNEBEC County Registry of Deeds at Book 14099, Pages 1-49. The project is also subject to a Memorandum of Lease recorded in KENNEBEC County Registry of Deeds at Book 14045, Pages 252-277 indicating a lease of a portion of the property to Maine DG Solar Monmouth, LLC.

Claimant furnished said MATERIALS, which have been incorporated into the premises described above, and the last day on which said MATERIALS were furnished was 10/20/2021.

The total amount due Claimant, with all just credits given, for said MATERIALS, as of 10/20/2021 is FORTY SEVEN THOUSAND, FOUR HUNDRED TWENTY SEVEN AND 93/100 DOLLARS ($47,427.93).  By virtue of all the foregoing, Claimant asserts a lien in the amount of $47,427.93, along with costs to secure any payment of said amount, upon the land described above and any buildings and appurtenances thereon.

IN WITNESS WHEREOF, the said Claimant has caused this instrument to be signed in its corporate name by MS. COLLEEN KIRK, ATTORNEY-IN-FACT, thereunto duly authorized this 5 day of January , 2022.

*Jenna Burnett-Frasher*
JENNA BURNETT-FRASHER
WITNESS

*Colleen Kirk*

Colleen Kirk, Attorney-in-Fact
MILTON RENTS, INC. under POA dated
06/09/2020

STATE OF OHIO )
                               ) ss.          January 5th , 2022
COUNTY OF CUYAHOGA )

Personally appeared the above named Attorney-in-Fact for MILTON RENTS, INC., and made oath that the above Certificate of Lien is true to the best of his/her knowledge, information and belief, and insofar as it is based upon information and belief, he/she believes it to be true.



ALYSSA JIROUSEK
NOTARY PUBLIC • STATE OF OHIO
Comm. No. 2021-RE-834880
My Commission Expires July 25, 2026

*Jirousek*
Notary Public
Print Name: Alyssa Jirousek
Commission Expires: July 25, 2026

Return to:
Colleen Kirk, Attorney-in-Fact
MILTON RENTS, INC.
c/o P. O. Box 241566
Cleveland, OH  44124

(Ref. N245177 100486)