# EXHIBIT N



**From:** Tyler J. Clark <TJClark@myrgroup.com>
**Sent:** Wednesday, December 15, 2021 9:46 AM
**To:** Huber, Barry <barry.huber@axaxl.com>
**Subject:** Claim on Bond US00104945SU21A

**[CAUTION EXTERNAL]**

Good morning Barry,

We seek to file a claim on the above referenced bond. Bighorn Construction and Reclamation, LLC. (BCR) has breached its contract. They were offered an opportunity to cure their default but made no effort to do si. Their contract has now been terminated and we are being forced to hire another subcontractor to finish their work. We believe it will take $150,000 above and beyond BCR's contract amount to complete the work and therefore we seek to make a claim on the performance bond.

Additionally, despite receiving payment from us, BCR has failed to pay several of their subs. Two (United Rentals and Milton Rents) are anticipated to file claims on the payment bond. Another (White Cap) has filed a lien on the property. We also seek to have the payment bond address this lien and any other unpaid subs.

Note that when BCR was notified of their default the did not respond to our letter nor attempt to cure in anyway. They did, however, submit another invoice for work they have not performed and for retention. They submitted an invoice despite having demobilized from the project site with significant work remaining. We believe they submitted this invoice for the sole purpose of filing a lien when we refuse to pay it.

We did mail notice letters to the address found in the bond claim but are not certain if you received them (please find attached).

Are you available for a meeting to discuss what additional information XL will require to evaluate our bond claims?

Thank you,

**Tyler J. Clark**
Attorney
**MYR Group Inc.**
303.227.4820 (direct)
303.242.4129 (cell)
TJClark@MYRgroup.com

*Confidential and proprietary information of MYR Group Inc. Unauthorized use, disclosure, or reproduction is strictly prohibited. Please consider the environment before printing this e-mail.*

---

You may unsubscribe from future promotional emails at any time by clicking unsubscribe. Changing your email preferences will not affect any non-promotional electronic correspondence you may receive from us in the ordinary course of business.

---

CONFIDENTIALITY: This communication, including attachments, is for the exclusive use of the addressee(s) and may contain proprietary, confidential or privileged information. If you are not the intended recipient, any use, copying, disclosure, or distribution or the taking of any action in reliance upon this information is strictly prohibited. If you are not the intended recipient, please notify the sender immediately and delete this communication and destroy all copies.

DATA PROTECTION: AXA XL is committed to compliance with applicable data protection laws. For further information on how we use your personal data, please see our privacy policy at
https://axaxl.com/privacy-notice