# EXHIBIT O

# CLAIM AGAINST PAYMENT OR LIEN BOND; AND
# CLAIM AGAINST FUNDS HELD IN TRUST

| | |
|---|---|
| TO THE OWNER OR REPUTED<br>MYR ENERGY SERVICES, INC.<br>12800 WHITEWATER DRIVE, SUITE 250<br>MINNETONKA, MN 55343 | TO THE DIRECT OR REPUTED CONTRACTOR<br>BIGHORN CONSTRUCTION<br>777 MAIN ST STE 2800<br>FORT WORTH, TX 76102-5363<br>682-816-5006 |
| TO THE LENDER/SURETY OR<br>XL SPECIALTY INSURANCE CO<br>70 SEAVIEW AVE<br>STAMFORD, CT  06902<br>Bond/Loan # US00104945SU21A | TO THE CUSTOMER OR BUYER<br>BIGHORN CONSTRUCTION<br>777 MAIN ST STE 2800<br>FORT WORTH, TX 76102-5363 |

TO ALL BONDING COMPANIES, SURETIES, PRINCIPAL CONTRACTORS AND OWNERS OF THIS PROJECT:

Notice is hereby given that United Rentals (North America), Inc. is the claimant furnishing labor, services, equipment or materials for the work of improvement known as MONMOUTH SOLAR FARM, located at 489 RIDGE RD, MONMOUTH, ME 04259, for which you are one of the known lenders, bonding companies or sureties.

The specific contract information is for Our Job/Invoice 5.

The claimant furnished the following kind of labor, services, equipment, materials or service charges: Various Construction Equipment Rentals. The name of the party to whom the material was furnished or supplied, or for whom the labor was done or performed, is BIGHORN CONSTRUCTION, 777 MAIN ST STE 2800, FORT WORTH, TX 76102-5363, who is one of the contractors or the General Contractor of this job.

There is due to United Rentals (North America), Inc. the sum of $64,947.86 which has not been paid. This is to notify you that in the event payment is not made in full to our company, suit will be brought against the sureties of this project for recovery of said sum, plus service charges, interest, court costs and attorney fees.

The time of the commencement of performance of labor, or the furnishing of materials was 6/30/2021. The time of cessation of performance of labor or furnishing of materials was 10/27/2021. The date the debt became due is : See Attached.

Please acknowledge receipt of our claim and advise us how soon it will be paid in full.  If you have any questions, please feel free to contact us as soon as possible.

Dated 12/1/2021

By: *(signature)*

Michael Price, Lien Administrator
United Rentals (North America), Inc.
10330 David Taylor Drive
Charlotte, NC 28262

File # 6714063

| INVOICE NUMBER |  |  |  |  |  | JOB LOCATION |
|---|---|---|---|---|---|---|
| 195365192-002 | 4928763 | BIGHORN CONSTRUCTION | 7/21/2021 |  | 93.43 | 489 RIDGE RD, MONMOUTH |
| 195365192-003 | 4928763 | BIGHORN CONSTRUCTION | 7/27/2021 |  | 1,445.77 | 489 RIDGE RD, MONMOUTH |
| 195939522-001 | 4928763 | BIGHORN CONSTRUCTION | 7/16/2021 |  | 2,766.92 | 489 RIDGE RD, MONMOUTH |
| 195507204-004 | 4928763 | BIGHORN CONSTRUCTION | 10/5/2021 |  | 1,350.26 | 489 RIDGE RD, MONMOUTH |
| 197341617-002 | 4928763 | BIGHORN CONSTRUCTION | 10/9/2021 |  | 1,774.80 | 489 RIDGE RD, MONMOUTH |
| 195365192-001 | 4928763 | BIGHORN CONSTRUCTION | 7/16/2021 |  | 9,899.00 | 489 RIDGE RD, MONMOUTH |
| 195401871-001 | 4928763 | BIGHORN CONSTRUCTION | 7/16/2021 |  | 6,990.00 | 489 RIDGE RD, MONMOUTH |
| 195406088-001 | 4928763 | BIGHORN CONSTRUCTION | 7/15/2021 |  | 3,128.92 | 489 RIDGE RD, MONMOUTH |
| 195418329-001 | 4928763 | BIGHORN CONSTRUCTION | 7/16/2021 |  | 550.00 | 489 RIDGE RD, MONMOUTH |
| 195430537-001 | 4928763 | BIGHORN CONSTRUCTION | 7/16/2021 |  | 14,900.00 | 489 RIDGE RD, MONMOUTH |
| 195507204-001 | 4928763 | BIGHORN CONSTRUCTION | 7/18/2021 |  | 3,885.98 | 489 RIDGE RD, MONMOUTH |
| 195507204-002 | 4928763 | BIGHORN CONSTRUCTION | 8/15/2021 |  | 3,455.98 | 489 RIDGE RD, MONMOUTH |
| 195507204-003 | 4928763 | BIGHORN CONSTRUCTION | 9/12/2021 |  | 3,455.98 | 489 RIDGE RD, MONMOUTH |
| 196094676-001 | 4928763 | BIGHORN CONSTRUCTION | 8/4/2021 |  | 2,152.56 | 489 RIDGE RD, MONMOUTH |
| 196094676-002 | 4928763 | BIGHORN CONSTRUCTION | 9/1/2021 |  | 1,776.84 | 489 RIDGE RD, MONMOUTH |
| 196094676-003 | 4928763 | BIGHORN CONSTRUCTION | 9/29/2021 |  | 1,776.84 | 489 RIDGE RD, MONMOUTH |
| 197341578-001 | 4928763 | BIGHORN CONSTRUCTION | 9/8/2021 |  | 1,587.86 | 489 RIDGE RD, MONMOUTH |
| 197341578-002 | 4928763 | BIGHORN CONSTRUCTION | 9/28/2021 |  | 375.08 | 489 RIDGE RD, MONMOUTH |
| 197341617-001 | 4928763 | BIGHORN CONSTRUCTION | 9/11/2021 |  | 1,774.80 | 489 RIDGE RD, MONMOUTH |
| 196094676-004 | 4928763 | BIGHORN CONSTRUCTION | 10/27/2021 |  | 1,776.84 | 489 RIDGE RD, MONMOUTH |
| 196094676-005 | 4928763 | BIGHORN CONSTRUCTION | 10/29/2021 |  | 30.00 | 489 RIDGE RD, MONMOUTH |
|  |  |  |  | $ | 64,947.86 |  |

## NOTICE OF BOND CLAIM

## ATTENTION!

The enclosed notice shall serve as United Rentals (North America) Inc. notification that the principle sum of $64,947.86 is past due and owing and would like to proceed with formal claim against payment bond# US00104945SU21A. Please provide claim forms via email to (vjones1@ur.com). If you have any questions regarding this matter please contact Verna Jones at (704) 916-4875.