# EXHIBIT P

## XL'S ITEMIZATION OF LOSSES, COSTS AND EXPENSES

| Losses Payee | Bond | Date of Payment | Amount of Payment |
|---|---|---|---|
| United Rentals | Depcom Payment Bond | January 21, 2022 | $116,929.50 |
| Ferguson Waterworks | Depcom Payment Bond | February 23, 2022 | $145,450.83 |
| Dozr, Ltd. | Depcom Payment Bond | June 28, 2022 | $67,955.20 |
| William Hunter Wessels/Mac Farms, Inc. | Depcom Payment Bond | July 7, 2022 | $88,200.00 |
| Subtotal – XL's Losses | | | $418,535.53 |

| Expenses Payee | Bond | Date of Payment | Amount of Payment |
|---|---|---|---|
| Wolters Kluwer | Depcom and Monmouth Bonds | February 22, 2022 | $402.15 |
| Trif & Modugno | Depcom and Monmouth Bonds | February 22, 2022 | $19,533.85 |
| Wolters Kluwer | Depcom and Monmouth Bonds | February 23, 2022 | $174.11 |
| Trif & Modugno | Depcom and Monmouth Bonds | February 23, 2022 | $8,214.89 |
| Wolters Kluwer | Depcom and Monmouth Bonds | July 15, 2022 | $109.52 |
| Trif & Modugno | Depcom and Monmouth Bonds | July 15, 2022 | $10,129.28 |
| Wolters Kluwer | Depcom and Monmouth Bonds | July 15, 2022 | $234.27 |
| Trif & Modugno | Depcom and Monmouth Bonds | July 15, 2022 | $5,971.13 |
| Subtotal – XL's Expenses | | | $44,769.20 |

**TOTAL:**     **$463,304.73**

I swear and affirm that the foregoing Itemized Statement of Losses, Costs and Expenses is a true and accurate Itemized Statement of Losses, Costs and Expenses incurred by XL Specialty Insurance Company through and until July 26, 2022. I am aware that if any of the foregoing is willfully false I am subject to punishment for contempt of court.

Dated: July 26, 2022

Barry Huber, Global Practice Leader

Sworn to before me this

26 day of July, 2022

Notary Public

SCOTT M. PALATUCCI, ESQ.
ATTORNEY AT LAW

STATE OF NEW JERSEY
LICENSE NO. 033812003