# EXHIBIT R

# Kyle Cassidy

| | |
|---|---|
| **From:** | Kyle Cassidy |
| **Sent:** | Monday, June 27, 2022 10:07 AM |
| **To:** | matt.sturtz@nelsonmullins.com; Thurman Zollicoffer |
| **Cc:** | Louis Modugno |
| **Subject:** | FW: DEPCOM Accounting and Payment Demand to Bighorn Construction - MD70 Project [WMIMAN-IWOVRIC.FID2417616] |
| **Attachments:** | EXs A-K.zip; 2022 06 23 DEPCOM Accounting and Demand to Bighorn.pdf |

Matt / Thurman:

XL was recently copied on the attached letter (with attached exhibits) from Depcom to Bighorn Construction & Reclamation wherein Depcom alleges that it incurred damages of $1,545,743.15 as a result of BCR's defective/deficient performance/non-performance of work on the MD70 Project. In its letter, Depcom advises that it will seek recourse against the bond that XL issued, as surety, on behalf of BCR, as principal, in connection with the MD70 Project if BCR does not agree to make the demanded payment.

Pursuant to Paragraph 5 of the Indemnity Agreement, which was signed by Indemnitors in favor of XL on June 25, 2021, XL demands that the all Indemnitors immediately deposit collateral with XL in the amount of $1,545,743.15. This demand is in addition to that which the Court has already ordered Indemnitors to deposit (in the amount of $500,647.95), by Order dated June 10, 2022. If Indemnitors do not deposit the demanded collateral in the amount of $1,545,743.15 with XL by close of business on July 6, 2022, XL reserves its right to file an emergency motion with the Court seeking specific performance of Indemnitors' collateral security obligation.

Separately, XL demands that BCR provide XL with its position with respect to Depcom's claim and asks that it provide all documentation that supports same by close of business on July 6, 2022.

XL reserves all rights.

Kyle

---

**From:** Haynes, Meredith <mhaynes@williamsmullen.com>
**Sent:** Thursday, June 23, 2022 3:48 PM
**To:** Kevin Brotspies <kbrotspies@tm-firm.com>
**Cc:** Cashmere, Brian <bcashmere@williamsmullen.com>
**Subject:** DEPCOM Accounting and Payment Demand to Bighorn Construction - MD70 Project [WMIMAN-IWOVRIC.FID2417616]

Kevin,

Brian Cashmere and I represent DEPCOM, and I understand you are counsel to XL Specialty Insurance Company, Bighorn's surety for the MD70 Richfield Photovoltaic Power Plant project in Hurlock, Maryland. I've attached a copy of DEPCOM's Subcontract Accounting and Payment Demand to Bighorn along with exhibits, a subcontract accounting, and related invoices and documents. DEPCOM is still in the process of gathering relevant documentation and information, and we will supplement as available. Please let us know any questions.

Thank you,
Meredith

**Meredith M. Haynes** | **Attorney** | **Williams Mullen**
Williams Mullen Center | 200 South 10th Street, Suite 1600 | P.O. Box 1320 (23218) | Richmond, VA 23219
T 804.420.6225 | C 434.249.6375 | F 804.420.6507 | mhaynes@williamsmullen.com | www.williamsmullen.com

NOTICE: Information contained in this transmission to the named addressee is proprietary and is subject to attorney-client privilege and work product confidentiality. If the recipient of this transmission is not the named addressee, the recipient should immediately notify the sender and destroy the information transmitted without making any copy or distribution thereof.