UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BIGHORN CONSTRUCTION AND RECLAMATION, LLC, BRIDGELINK ENGINEERING, LLC, BRIDGELINK COMMODITIES, LLC, BRIDGELINK INVESTMENTS, LLC, BRIDGELINK DEVELOPMENT, LLC, BRIDGELINK RENEWABLE ENERGY INVESTMENTS LLC, INTERMOUNTAIN ELECTRIC SERVICE, INC., BIGHORN INVESTMENTS AND PROPERTIES, LLC, COLE W. JOHNSON, CORD H. JOHNSON, CASSIE J. HAMILTON<br><br>Defendants. | Civil Action No. 21-3068 (BAH) |

## CERTIFICATION OF SERVICE

Kevin S. Brotspies, Esq., an attorney duly admitted to practice in this Court and Partner with the firm of Trif & Modugno LLC, counsel for Plaintiff, XL Specialty Insurance Company ("XL"), hereby certifies under penalty of perjury that on July 26, 2022, I served a copy of XL's Motion for Summary Judgment, along with the Declaration of Barry Huber and annexed exhibits, Proposed Order and this Certification of Service on Defendants via electronic filing.

Dated: July 26, 2022

TRIF AND MODUGNO, LLC
*Attorneys for Plaintiff*
*XL Specialty Insurance Company*

 /s/ Kevin Brotspies
Kevin S. Brotspies, Esq.
89 Headquarters Plaza
North Tower, Suite 1201
Morristown, New Jersey 07960
Telephone: 973-547-3611
Facsimile: 973-554-1220