# TRIF & MODUGNO
### ATTORNEYS AT LAW

**Kevin S. Brotspies**
kbrotspies@tm-firm.com

October 5, 2022

**Via ECF**
Honorable Brendan A. Hurson, U.S.M.J.
U.S. District Court for the District of Maryland
101 West Lombard Street
Chambers 7B
Baltimore, Maryland 21201

          **RE:**    **XL Specialty Insurance Company v. Bighorn Construction and Reclamation LLC et al.**
                  **Case No. 1:21-cv-3068**

Dear Judge Hurson:

      We represent Plaintiff, XL Specialty Insurance Company ("XL"), in the referenced matter. On July 26, 2022, XL filed a motion for summary judgment ("Motion") seeking, among other things: (i) judgment against Defendants, jointly and severally, in the amount of $463,304.73 with respect to Count Three (Indemnity) and Four (Contractual Indemnity) of the Verified Complaint; and (ii) judgment against Defendants, jointly and severally, directing that Defendants deposit collateral with XL the amount of $1,893,736.10 under Counts One (Specific Performance of Collateral), Five (Exoneration) and Six (Quia Timet) of the Verified Complaint. In its Motion, XL advised that it was still resolving certain claims (for which it sought collateral), and that it would advise the Court if any of these then-pending claims were resolved during the pendency of the Motion. Consistent with that notice, we write to notify the Court that XL has since resolved the claim filed by MYR Energy Services, Inc. ("MYR") in the amount of $266,073.12 ("MYR Payment"). See Declaration of Barry Huber at ¶ 73. Attached hereto is a copy of the Settlement Agreement executed between XL and MYR related to this payment.

      Now that XL has resolved the MYR Claim via the MYR Payment, XL respectfully asks that its Motion be modified to: (i) seek judgment against Defendants, jointly and severally, in the amount of $729,377.85 with respect to Count Three (Indemnity) and Four (Contractual Indemnity) of the Verified Complaint; and (ii) seek judgment against Defendants, jointly and severally, directing that Defendants to deposit collateral with XL the amount of $1,627,662.98 under Counts One (Specific Performance of Collateral), Five (Exoneration) and Six (Quia Timet) of the Verified Complaint.[1] Attached hereto is a modified Judgment reflecting these changes. Moreover, because

---

[1] Note that this modification was made by subtracting the value of the MYR Claim ($266,073.12) from XL's claims seeking collateral and adding that amount to XL's claims seeking indemnification.

| **NEW JERSEY** | **NEW YORK** | **PENNSYLVANIA** |
|---|---|---|
| 89 Headquarters Plaza | 811 Broadway | 1700 Market Street |
| North Tower, Suite 1201 | Suite 615 | Suite 1005 |
| Morristown, New Jersey 07960 | New York, New York 10004 | Philadelphia, Pennsylvania 19103 |
| 973-547-3611, | 917-477-2999 | 267-869-0050 |
| Facsimile: 973-554-1220 | Facsimile: 973-554-1220 | Facsimile: 267-869-0051 |

www.tm-firm.com

  Defendants did not oppose XL's Motion, XL respectfully asks that this modified Judgment be entered by the Court.

  Please do not hesitate to contact us should Your Honor require any additional information or documentation in connection with the Motion.

        Respectfully submitted,

        */s/ Kevin S. Brotspies*

        Kevin S. Brotspies

Enclosure