# SETTLEMENT AGREEMENT

This Agreement ("Agreement") is entered into between, XL Specialty Insurance Company, Seaview House, 70 Seaview Avenue, Stamford Connecticut 06902 ("XL"), and MYR Energy Services, Inc., 12800 Whitewater Drive, Suite 250, Minnetonka, Minnesota 55343 ("MYRE"). XL and MYRE are collectively referred to as the "Parties," each being a "Party."

## W I T N E S S E T H:

**WHEREAS,** on or about June 11, 2021, MYRE, as contractor, executed a Subcontract ("Subcontract") with Bighorn Construction and Reclamation, LLC ("BCR"), under which BCR agreed to perform certain work on a project known as the Monmouth Solar Project ("Project"); and,

**WHEREAS**, on or about June 25, 2021, XL, as surety, issued a performance bond bearing bond no. US00104945SU21A ("Bond") on behalf of BCR, as principal, for the benefit of MYRE, as obligee, in connection with the Project; and,

**WHEREAS**, on or about November 30, 2021, MYRE issued a notice of default ("Default Notice") to BCR demanding that it cure certain defaults on the Project within seven (7) days; and,

**WHEREAS**, on or about December 8, 2021, MYRE issued a notice of termination ("Termination Notice") for cause to BCR for failing to cure the defaults identified in the Default Notice; and,

**WHEREAS**, on or about December 15, 2021, MYRE wrote to XL indicating that it was seeking to file a claim against the Bond ("Bond Claim"); and,

**WHEREAS**, XL undertook an investigation of the Bond Claim, during which time it sought BCR's position with respect to same and obtained information from MYRE regarding the costs MYRE incurred to: (i) complete the Project; (ii) satisfy certain liens filed by BCR's vendors; and (iii) correct certain defective, deficient and/or non-Subcontract-compliant work performed by BCR (collectively, "Default-Related Costs"); and,

**WHEREAS**, by email dated June 29, 2022, MYRE advised XL that its total Default-Related Costs incurred was $266,073.12 broken down as follows: (i) $207,500 in costs to complete the Project and address certain defective, deficient and/or non-Subcontract-compliant work performed by BCR; and (ii) $58,573.12 to resolve liens filed by BCR subcontractors; and,

**WHEREAS**, by email dated July 12, 2022, XL requested that MYRE provide an invoice from its completion contractor substantiating the total $207,500 lump-sum amount ("Lump Sum Proposal") to complete the Project and address certain defective, deficient and/or non-Subcontract-compliant work performed by BCR; and,

**WHEREAS**, by email dated August 2, 2022, MYRE provided a Lump Sum Proposal to XL which indicated that MYRE's completion contractor agreed to complete the Project and address certain defective, deficient and/or non-Subcontract-compliant work performed by BCR for a total sum of $207,500; and,

**NOW, THEREFORE,** in consideration of the mutual covenants, agreements, and undertakings and for other good and valuable consideration, the receipt and sufficiency being hereby acknowledged, MYRE and XL mutually agree to fully and finally resolve the Bond Claim as follows:

1. Each of the above recitations is true and correct and is incorporated into this Agreement as if fully set forth herein.

2. XL and MYRE represent and warrant to each other that they are authorized and empowered to enter into this Agreement.

3. Within seven (7) days of the Effective Date of this Agreement, XL agrees to pay to MYRE the sum of $266,073.12 ("XL Payment"), representing full and final payment of the Default-Related Costs and complete satisfaction of the Bond Claim.

4. Immediately effective upon its receipt of the XL Payment as set forth in Paragraph 3, MYRE shall release and forever discharge XL, its officers, directors, employees, parents, subsidiaries, associated and prior sureties, successors and assigns, as set forth herein from all loss, liability, claim, lien, and demand, known or unknown, that MYRE had, now has or will ever have, sounding in contract, tort or otherwise, which arise out of relate in any way to the Bond, the Project, the Bond Claim and the Default-Related Costs.

5. In further consideration of the aforesaid XL Payment, MYRE hereby assigns, transfers and sets over to XL its above-mentioned Bond Claim and any cause of action in connection with the above against BCR together with all of its rights, title and interest in and to said claim, including any retainage owed, cause of action and lien, if any; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, cause of action and/or lien, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

6. This Agreement shall be binding upon the Parties and shall inure to the benefit of themselves and their respective successors and assigns.

7. If any individual term or provision of this Agreement is contrary to or in conflict with any requirement of applicable law, then that term or provision shall be severed from the Agreement, and the remainder of this Agreement shall be fully enforceable subject to the law of severability under New Jersey law. It is understood and agreed by MYRE and XL that this Agreement shall be construed without regard to any presumption or other rule requiring construction against the party causing this Agreement to be drafted.

9. This Agreement may be executed in one or more counterparts, each of which shall be deemed to be an original. Facsimile or electronic signatures shall be treated as original signatures for all purposes

DocuSign Envelope ID: BBF850D8-1849-47AA-8E2B-CF54B67EC537

Case 1:21-cv-03068-BAH   Document 41-1   Filed 10/05/22   Page 3 of 3

IN WITNESS WHEREOF, the Parties have executed this Agreement on the date indicated, and each of the undersigned personally represent and warrant that they have the full right, power and authority to execute this Agreement on behalf of the entity they represent.

| MYR Energy Services, Inc. | XL Specialty Insurance Company |
|---|---|
| By: *Dan Bien* (DocuSigned by: 2E8F52CA4245426...) | By: Barry Huber |
| | Barry Huber |
| | Global Practice Leader |
| | Political Risk, Credit & Bond |
| Date: 9/26/2022 | Date: 09/27/2022 |

3