# TRIF & MODUGNO
### ATTORNEYS AT LAW

Kevin S. Brotspies
kbrotspies@tm-firm.com

December 9, 2022

**Via ECF**
Honorable Brendan A. Hurson, U.S.M.J.
U.S. District Court for the District of Maryland
101 West Lombard Street
Chambers 7B
Baltimore, Maryland 21201

    RE: XL Specialty Insurance Company v. Bighorn Construction and
       Reclamation LLC et al.
       Case No. 1:21-cv-3068

Dear Judge Hurson:

  We represent Plaintiff, XL Specialty Insurance Company ("XL"), in the referenced matter and in connection with the Court's Order and Judgment, dated November 23, 2022, granting XL's motion for summary judgment on Counts I, II, II, IV and VI of the Verified Complaint. As requested by the Court in the Order and Judgment, we write to advise that XL agrees to dismiss the remaining Count VII (Subrogation) of its Verified Complaint without prejudice.

  Please do not hesitate to contact us should Your Honor require any additional information or documentation in connection with the Motion.

            Respectfully submitted,

            */s/ Kevin S. Brotspies*

            Kevin S. Brotspies

**NEW JERSEY**
89 Headquarters Plaza
North Tower, Suite 1201
Morristown, New Jersey 07960
973-547-3611,
Facsimile: 973-554-1220

**NEW YORK**
811 Broadway
Suite 615
New York, New York 10004
917-477-2999
Facsimile: 973-554-1220

**PENNSYLVANIA**
1700 Market Street
Suite 1005
Philadelphia, Pennsylvania 19103
267-869-0050
Facsimile: 267-869-0051

www.tm-firm.com