IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

XL SPECIALTY INSURANCE CO.,

   Plaintiff,

v.

BIGHORN CONSTRUCTION &
RECLAMATION, LLC, et al.,

   Defendants.

Civil No. 21-3068-BAH

**ORDER**

Upon consideration of Plaintiff XL Specialty Insurance Company's ("XL's") correspondence, ECF 44, and the Court's November 23, 2022, Memorandum Opinion and Order granting summary judgment in favor of XL on Counts I, II, III, IV, and VI of the Verified Complaint, ECFs 42 and 43, it is this 9th day of December 2022, ORDERED that:

(1) Count VII of the Verified Complaint (subrogation) is dismissed without prejudice;

(2) Count V of the Verified Complaint (*quia timet* relief) is dismissed without prejudice as moot; and

(3) The Clerk is directed to close this case.

/s/
Brendan A. Hurson
United States Magistrate Judge