UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>-against-<br><br>BIGHORN CONSTRUCTION & RECLAMATION, LLC, BRIDGELINK ENGINEERING, LLC, BRIDGELINK COMMODITIES, LLC, BRIDGELINK INVESTMENTS, LLC, BRIDGELINK DEVELOPMENT, LLC, BRIDGELINK RENEWABLE ENERGY INVESTMENTS, LLC, INTERMOUNTAIN ELECTRIC SERVICE, INC., BIGHORN INVESTMENTS AND PROPERTIES, LLC, COLE W. JOHNSON, CORD H. JOHNSON, CASSIE J. HAMILTON<br><br>Defendants. | Civil No. 21-3068 (BAH) |

**PLAINTIFF'S MOTION TO COMPEL**
**<u>DISCOVERY IN AID OF EXECUTION OF JUDGMENT</u>**

Plaintiff XL Specialty Insurance Company ("XL" or "Plaintiff"), by counsel, pursuant to Rule 69(a)(2) and Rules 37(a)(3)(B)(iii) and (iv) of the Federal Rules of Civil Procedure, hereby moves to compel (the "Motion to Compel") responses to interrogatories and to compel the production of documents in response to Defendants First Set of Interrogatories and First Requests for Production of Documents (together, the "Discovery Requests") served on Defendants, Bighorn Construction and Reclamation, LLC, Bridgelink Engineering, LLC, Bridgelink Commodities, LLC, Bridgelink Investments, LLC, Bridgelink Development, LLC, Bridgelink Renewable Energy Investments, LLC, Intermountain Electric Service, Inc., Bighorn Investments and Properties, LLC, Cole W. Johnson, Cord H. Johnson, Cassie J. Hamilton ("Defendants") on December 22, 2022, in aid of execution of the judgment entered by the Court in this matter on November 23, 2022.  <u>See</u>

**Exhibit A,** which is an email dated December 22, 2022, wherein Defendants' counsel acknowledges service of the Discovery Requests upon Defendants. XL hereby certifies that it has in good faith attempted to confer with Defendants in an effort to obtain the relief requested herein without Court action. In support of its Motion to Compel, XL states as follows:

1. On December 1, 2021, XL filed its Verified Complaint [Doc. Id. No. 1] and Emergency Motion for Preliminary Injunction [Doc. Id. No. 2] against all Defendants.

2. On December 8, 2021, Defendants filed a Joint Motion to Continue Emergent Motion for Temporary and Preliminary Injunction [Doc. Id. No. 8].

3. On December 9, 2021, the Court granted Defendants' Joint Motion to Continue Emergent Motion for Temporary and Preliminary Injunction [Doc. Id. No. 10].

4. On January 10, 2022, Defendants filed a response in opposition to Plaintiff's Emergent Motion for Temporary and Preliminary Injunction [Doc. Id. No. 11].

5. On January 24, 2022, XL provided a response to Defendants' Opposition to Plaintiff's Emergent Motion for Temporary and Preliminary Injunction [Doc. Id. No. 12].

6. On February 3, 2022, Defendants filed an Answer to Plaintiff's Verified Complaint [Doc. Id. No. 15].

7. On June 10, 2022, the Court entered an Order, granting in part and denying in part, Plaintiff's Emergent Motion for Temporary and Preliminary Injunction. [Doc. Id. No. 36].

8. On July 26, 2022, Plaintiff submitted a Motion for Summary Judgment against Defendants [Doc. Id. No. 40].

9. On November 23, 2022, the Court granted summary judgment in the amount of $729,377.85 in favor of Plaintiff as to all pertinent issues in their Verified Complaint (the "Complaint"). Specifically, the Court granted Plaintiff's Complaint as to Counts I (Specific

Performance of Collateral), Count II (Books and Records), Count III (Contractual Indemnity) Count VI (Indemnity).  [Doc. Id. No. 43].

      10.      On December 22, 2022, Thurman Zollicoffer and Matt Sturtz as Counsel of Record for Defendants, accepted service of the Discovery.  See **Exhibit A**, Acknowledgement of Service.

      11.      In accordance with Rules 33, 34 and 69 of the Federal Rules of Civil Procedure, Defendants were required to respond to the Discovery Requests within thirty (30) days of service, which expired on January 23, 2023.

      12.      In a good faith attempt to gather the Defendants' responses without court intervention, Plaintiff sent a follow-up email to Defendants' Counsel on February 15, 2023, to request Defendants' responses to Plaintiff's Discovery Demands.  Plaintiff's Counsel advised Defendants that they intend to file a Motion to Compel responses to the Discovery Requests if XL did not receive full and complete responses from each Defendant by close of business on February 17, 2023.  See **Exhibit B**, wherein Plaintiff provided a second notification to Defendants' Counsel regarding the outstanding Discovery Demands.

      13.      As of February 24, 2023, Defendants have failed to respond to the Discovery Requests.

WHEREFORE, XL respectfully requests that the Court enter an Order compelling Defendants to respond to the Discovery Requests and awarding XL the reasonable costs and fees in filing this Motion to Compel, and such other and further relief as this Court may deem just and proper.

Dated: February 24, 2023                                                          Respectfully submitted,

_____
Kevin S. Brotspies (MD No. 0906300001)
89 Headquarters Plaza
North Tower, Suite 1201
Morristown, New Jersey 07960
Telephone: 973-547-3611
Facsimile: 973-554-1220