# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>-against-<br><br>BIGHORN CONSTRUCTION & RECLAMATION, LLC, BRIDGELINK ENGINEERING, LLC, BRIDGELINK COMMODITIES, LLC, BRIDGELINK INVESTMENTS, LLC, BRIDGELINK DEVELOPMENT, LLC, BRIDGELINK RENEWABLE ENERGY INVESTMENTS, LLC, INTERMOUNTAIN ELECTRIC SERVICE, INC., BIGHORN INVESTMENTS AND PROPERTIES, LLC, COLE W. JOHNSON, CORD H. JOHNSON, CASSIE J. HAMILTON<br><br>Defendants. | Civil No. 21-3068 (BAH) |

## CERTIFICATION PURSUANT TO LOCAL RULE 104.7

I, Kevin S. Brotspies, Esq., as counsel for XL Specialty Insurance Company, hereby certify that, in accordance with D. Md. L.R. 104.7 and Fed. R. Civ. P. 37(a)(1), I have in good faith attempted to confer with Defendants Bighorn Construction and Reclamation, LLC, Bridgelink Engineering, LLC, Bridgelink Commodities, LLC, Bridgelink Investments, LLC, Bridgelink Development, LLC, Bridgelink Renewable Energy Investmenrs, LLC, Intermountain Electric Service, Inc., Bighorn Investments and Properties, LLC, Cole W. Johnson, Cord H. Johnson, Cassie J. Hamilton (collectively, the "Defendants") in an effort to resolve the discovery dispute set forth in Plaintiff's Motion to Compel Discovery in Aid of Execution of the Judgment.

1. On December 22, 2022, XL served its First Set of Interrogatories and First Requests for Production of Documents (together, the "Discovery Requests") on Defendants. See **Exhibit**

**A**, which is an email dated December 22, 2022, wherein Defendants' counsel acknowledges service of the Discovery Requests upon Defendants

2. On December 28, 2022, I attempted to contact Thurman Zollicoffer (Mr. Zollicoffer") requesting that they confirm receipt and service of the Discovery Demands. Mr. Zollicoffer responded, stating, "[w]e no longer represent Big Horn but until our withdrawal is filed we will attempt to facilitate." See **Exhibit A**.

3. On February 15, 2023, I attempted to contact Mr. Zollicoffer to advise that if they did not respond to our Discovery Demands by February 17, 2023, we would file a motion to compel in aid of execution of the judgment  See **Exhibit B**.

4. To date, the responses to the Discovery have not been produced.

Dated: February 24, 2023                                              Respectfully submitted,

_____
Kevin S. Brotspies (MD No. 0906300001)
89 Headquarters Plaza
North Tower, Suite 1201
Morristown, New Jersey 07960
Telephone: 973-547-3611
Facsimile: 973-554-1220