UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>-against-<br><br>BIGHORN CONSTRUCTION & RECLAMATION, LLC, BRIDGELINK ENGINEERING, LLC, BRIDGELINK COMMODITIES, LLC, BRIDGELINK INVESTMENTS, LLC, BRIDGELINK DEVELOPMENT, LLC, BRIDGELINK RENEWABLE ENERGY INVESTMENTS, LLC, INTERMOUNTAIN ELECTRIC SERVICE, INC., BIGHORN INVESTMENTS AND PROPERTIES, LLC, COLE W. JOHNSON, CORD H. JOHNSON, CASSIE J. HAMILTON<br><br>Defendants. | Civil No. 21-3068 (BAH) |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY IN AID OF EXECUTION OF JUDGMENT

Upon review and consideration of XL Specialty Insurance Company's Motion to Compel Discovery in Aid of Execution of Judgment ("Motion") and any opposition thereto, it is HEREBY ORDERED that:

1. Plaintiff XL Specialty Insurance Company's Motion is GRANTED;

2. Defendants Bighorn Construction and Reclamation, LLC, Bridgelink Engineering, LLC, Bridgelink Commodities, LLC, Bridgelink Investments, LLC, Bridgelink Development, LLC, Bridgelink Renewable Energy Investments, LLC, Intermountain Electric Service, Inc., Bighorn Investments and Properties, LLC, Cole W. Johnson, Cord H. Johnson, Cassie J. Hamilton

(collectively, the "Defendants") shall respond to Plaintiff's First Set of Discovery Requests to Defendants in Aid of Execution of Judgment on or before February ___, 2023; and

      3.      Plaintiff shall submit itemized documentation of the fees and costs incurred in the filing of the Motion within three (3) days of the entry of this Order.

      4.      Defendants will be held in contempt of court if they fail to comply with this Order.

 

_____
Judge Brendan Abell Hurson
United States District Judge