# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>                                             Plaintiff,<br><br>  -against-<br><br>BIGHORN CONSTRUCTION & RECLAMATION, LLC, BRIDGELINK ENGINEERING, LLC, BRIDGELINK COMMODITIES, LLC, BRIDGELINK INVESTMENTS, LLC, BRIDGELINK DEVELOPMENT, LLC, BRIDGELINK RENEWABLE ENERGY INVESTMENTS, LLC, INTERMOUNTAIN ELECTRIC SERVICE, INC., BIGHORN INVESTMENTS AND PROPERTIES, LLC, COLE W. JOHNSON, CORD H. JOHNSON, CASSIE J. HAMILTON<br><br>                                         Defendants. | Civil No. 21-3068 (BAH) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of February, 2023, the Motion to Compel Discovery in Aid of Execution of Judgment and supporting Certification Pursuant to Local Rule 104.7 filed via the Clerk's CM/ECF System on the 24th day of February, 2023, will be served by private process upon the following:

    Bighorn Construction and Reclamation, LLC's
    777 Main Street, Suite 2800
    Fort Worth, TX 76102
    Serve: URS Agents, LLC
    3610-2 N. Josey Lane, Suite 223
    Carrollton, TX 75007

Bridgelink Engineering, LLC
777 Main Street, Suite 2800
Fort Worth, TX 76102
Serve: URS Agents, LLC
3610-2 N. Josey Lane, Suite 223
Carrollton, TX 75007

Bridgelink Commodities, LLC
777 Main Street, Suite 2800
Fort Worth, TX 76102
Serve: URS Agents, LLC
3610-2 N. Josey Lane, Suite 223
Carrollton, TX 75007

Bridgelink Investments, LLC
777 Main Street, Suite 2800
Fort Worth, TX 76102
Serve: URS Agents, LLC
3610-2 N. Josey Lane, Suite 223
Carrollton, TX 75007

Bridgelink Development, LLC
777 Main Street, Suite 2800
Fort Worth, TX 76102

Bridgelink Renewable Energy Investments, LLC
777 Main Street, Suite 2800
Fort Worth, TX 76102
Serve: URS Agents, LLC
3610-2 N. Josey Lane, Suite 223
Carrollton, TX 75007

Intermountain Electric Service, Inc.
777 Main Street, Suite 2800
Fort Worth, TX 76102
Serve: Corporation Service Company D/B/A CSC-Lawyers Inc.
211 E. 7th Street Suite 620
Austin, Texas 87801

Bighorn Investments and Properties, LLC
777 Main Street, Suite 2800
Fort Worth, TX 76102
Serve: URS Agents, LLC
3610-2 N. Josey Lane, Suite 223
Carrollton, TX 75007

Cole W. Johnson
1301 Old Tin Top Road
Weatherford, TX 76087

Cord H. Johnson
127 Trace Drive
Weatherford, TX 76087

Cassie J. Hamilton
127 Trace Drive
Weatherford, TX 76087


_____
Kevin S. Brotspies (MD No. 0906300001)
89 Headquarters Plaza
North Tower, Suite 1201
Morristown, New Jersey 07960
Telephone: 973-547-3611
Facsimile: 973-554-1220
Email: kbrotspies@tm-firm.com

*Counsel for Plaintiff*
*XL Specialty Insurance Company*