# EXHIBIT A

# Alyssa Puccio

| | |
|---|---|
| **From:** | Kyle Cassidy |
| **Sent:** | Tuesday, February 14, 2023 2:17 PM |
| **To:** | Alyssa Puccio |
| **Subject:** | FW: XL v. Bighorn et al. |

---

**From:** Thurman Zollicoffer <thurman.zollicoffer@nelsonmullins.com>
**Sent:** Wednesday, December 28, 2022 3:25 PM
**To:** Kyle Cassidy <kcassidy@tm-firm.com>
**Subject:** Re: XL v. Bighorn et al.

We no longer represent Big Horn but until our withdrawal is filed we will attempt to facilitate.

Sent from my iPhone

> On Dec 28, 2022, at 1:26 PM, Kyle Cassidy <kcassidy@tm-firm.com> wrote:
>
> ◄**External Email**► - From: kcassidy@tm-firm.com
>
> Thurman:
>
> Can you please confirm receipt and service of the attached discovery demands?
>
> Thank you,
>
> Kyle
>
> **From:** Kyle Cassidy
> **Sent:** Thursday, December 22, 2022 12:04 PM
> **To:** Thurman Zollicoffer <thurman.zollicoffer@nelsonmullins.com>; matt.sturtz@nelsonmullins.com
> **Cc:** Louis Modugno <lmodugno@tm-firm.com>
> **Subject:** XL v. Bighorn et al.
>
> Thurman and Matt:
>
> As you are still counsel of record for Defendants in the above matter, attached are the following requests for discovery in aid of execution:
>
> 1. Discovery in Aid of Execution of Money Judgment Pursuant to F.R.C.P. 69(a)(2) for Bridgelink Engineering, LLC
> 2. Discovery in Aid of Execution of Money Judgment Pursuant to F.R.C.P. 69(a)(2) for Bridgelink Commodities, LLC
> 3. Discovery in Aid of Execution of Money Judgment Pursuant to F.R.C.P. 69(a)(2) for Bridgelink Investments, LLC

1

4. Discovery in Aid of Execution of Money Judgment Pursuant to F.R.C.P. 69(a)(2) for Bridgelink Development, LLC
5. Discovery in Aid of Execution of Money Judgment Pursuant to F.R.C.P. 69(a)(2) for Bridgelink Renewable Energy Investments, LLC
6. Discovery in Aid of Execution of Money Judgment Pursuant to F.R.C.P. 69(a)(2) for Bighorn Investments and Properties, LLC
7. Discovery in Aid of Execution of Money Judgment Pursuant to F.R.C.P. 69(a)(2) for Intermountain Electric Service, Inc.
8. Discovery in Aid of Execution of Money Judgment Pursuant to F.R.C.P. 69(a)(2) for Cole W. Johnson
9. Discovery in Aid of Execution of Money Judgment Pursuant to F.R.C.P. 69(a)(2) for Cord H. Johnson
10. Discovery in Aid of Execution of Money Judgment Pursuant to F.R.C.P. 69(a)(2) for Cassie J. Hamilton
11. Discovery in Aid of Execution of Money Judgment Pursuant to F.R.C.P. 69(a)(2) for Bighorn Construction and Reclamation, LLC

We have also provided copies of same to another attorney (James Key) who indicated he is representing Defendants.

Pursuant to the discovery requests, please ensure that your clients provide responses and documents responsive to the requests within fourteen (14) days of the date hereof.

Thank you,

Kyle

Kyle H. Cassidy
89 Headquarters Plaza
North Tower, Suite 1201
Morristown, New Jersey 07960
973-547-3611 (o)
732-859-5857 (c)
[www.tm-firm.com](www.tm-firm.com)



CONFIDENTIALITY:  This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510--2521 and is legally privileged.  The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (973) 547-3611, and destroy the original message. Thank you.

**Confidentiality Notice**
This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.

# EXHIBIT B

# Alyssa Puccio

| | |
|---|---|
| **From:** | Kyle Cassidy |
| **Sent:** | Wednesday, February 15, 2023 10:07 AM |
| **To:** | Thurman Zollicoffer |
| **Cc:** | Kevin Brotspies; Alyssa Puccio |
| **Subject:** | RE: XL v. Bighorn et al. |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Good morning Thurman:

Defendants' responses to the referenced discovery demands are outstanding. Please be advised that we intend to file a motion to compel responses to the discovery requests (in aid of execution of judgment) if XL does not receive full and complete responses from each Defendant by close of business on February 17, 2023.

Please do not hesitate to contact me should you wish to discuss.

Thank you,

Kyle

**From:** Thurman Zollicoffer <thurman.zollicoffer@nelsonmullins.com>
**Sent:** Wednesday, December 28, 2022 3:25 PM
**To:** Kyle Cassidy <kcassidy@tm-firm.com>
**Subject:** Re: XL v. Bighorn et al.

We no longer represent Big Horn but until our withdrawal is filed we will attempt to facilitate.

Sent from my iPhone

> On Dec 28, 2022, at 1:26 PM, Kyle Cassidy <kcassidy@tm-firm.com> wrote:
>
> ◄**External Email**► - From: kcassidy@tm-firm.com
>
> Thurman:
>
> Can you please confirm receipt and service of the attached discovery demands?
>
> Thank you,
>
> Kyle
>
> **From:** Kyle Cassidy
> **Sent:** Thursday, December 22, 2022 12:04 PM
> **To:** Thurman Zollicoffer <thurman.zollicoffer@nelsonmullins.com>; matt.sturtz@nelsonmullins.com

1

**Cc:** Louis Modugno <lmodugno@tm-firm.com>
**Subject:** XL v. Bighorn et al.

Thurman and Matt:

As you are still counsel of record for Defendants in the above matter, attached are the following requests for discovery in aid of execution:

1. Discovery in Aid of Execution of Money Judgment Pursuant to F.R.C.P. 69(a)(2) for Bridgelink Engineering, LLC
2. Discovery in Aid of Execution of Money Judgment Pursuant to F.R.C.P. 69(a)(2) for Bridgelink Commodities, LLC
3. Discovery in Aid of Execution of Money Judgment Pursuant to F.R.C.P. 69(a)(2) for Bridgelink Investments, LLC
4. Discovery in Aid of Execution of Money Judgment Pursuant to F.R.C.P. 69(a)(2) for Bridgelink Development, LLC
5. Discovery in Aid of Execution of Money Judgment Pursuant to F.R.C.P. 69(a)(2) for Bridgelink Renewable Energy Investments, LLC
6. Discovery in Aid of Execution of Money Judgment Pursuant to F.R.C.P. 69(a)(2) for Bighorn Investments and Properties, LLC
7. Discovery in Aid of Execution of Money Judgment Pursuant to F.R.C.P. 69(a)(2) for Intermountain Electric Service, Inc.
8. Discovery in Aid of Execution of Money Judgment Pursuant to F.R.C.P. 69(a)(2) for Cole W. Johnson
9. Discovery in Aid of Execution of Money Judgment Pursuant to F.R.C.P. 69(a)(2) for Cord H. Johnson
10. Discovery in Aid of Execution of Money Judgment Pursuant to F.R.C.P. 69(a)(2) for Cassie J. Hamilton
11. Discovery in Aid of Execution of Money Judgment Pursuant to F.R.C.P. 69(a)(2) for Bighorn Construction and Reclamation, LLC

We have also provided copies of same to another attorney (James Key) who indicated he is representing Defendants.

Pursuant to the discovery requests, please ensure that your clients provide responses and documents responsive to the requests within fourteen (14) days of the date hereof.

Thank you,

Kyle

Kyle H. Cassidy
89 Headquarters Plaza
North Tower, Suite 1201
Morristown, New Jersey 07960
973-547-3611 (o)
732-859-5857 (c)
www.tm-firm.com



CONFIDENTIALITY:  This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510--2521 and is legally privileged.  The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended

recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (973) 547-3611, and destroy the original message. Thank you.

**Confidentiality Notice**

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.