IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| XL SPECIALTY INSURANCE CO., | * | |
| Plaintiff, | * | |
| v. | * | |
|  | * | Civil No. 21-3068-BAH |
| BIGHORN CONSTRUCTION & RECLAMATION, LLC, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of XL Specialty Insurance Co.'s ("Plaintiff's") Motion to Compel Discovery in Aid of Execution of Judgment ("Motion"), ECF 46, and for the reasons stated in the accompanying Memorandum Opinion, it is this 14th day of March 2023, ORDERED that:

(1) Plaintiff's Motion, ECF 46, is GRANTED;

(2) Defendants Bighorn Construction and Reclamation, LLC, Bighorn Investments and Properties, LLC, Bridgelink Engineering, LLC, Bridgelink Commodities, LLC, Bridgelink Investments, LLC, Bridgelink Development, LLC, Bridgelink Renewable Energy Investments, LLC, Intermountain Electric Service, Inc., Cole W. Johnson, Cord H. Johnson, and Cassie J. Hamilton (collectively "Defendants") are directed to respond to Plaintiff's interrogatories and requests for production of documents within thirty (30) days from the date of entry of this Order;

(3) Plaintiff is directed to submit a request for attorney's fees and expenses, including itemized documentation of the fees and costs incurred in the filing of the Motion, pursuant to Federal

Rule of Civil Procedure 37(a)(5)(A) and Local Rule 109.2 within fourteen (14) days of the entry of this Order; and

(4) Defendants shall have fourteen (14) days from the date of service of the request for attorney's fees and expenses to file any opposition.

_____/s/_____<br>
Brendan A. Hurson<br>
United States Magistrate Judge