IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| XL SPECIALTY INSURANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> BIGHORN CONSTRUCTION & RECLAMATION, LLC, et al., <br><br> Defendants. | Civil No. 21-3068-BAH |

**PLAINTIFF'S MOTION REGARDING ATTORNEY'S FEES AND EXPENSES**

Plaintiff, XL Specialty Insurance Company ("XL"), by and through their attorneys, Trif & Modugno, LLC, and pursuant to Local Rule 109.2, Federal Rule of Civil Procedure 37(a)(5)(A), and this Court's Order dated March 14, 2023 (ECF No. 48) hereby files this Motion Regarding Attorneys' Fees and Expenses, and states as follows:

1. On December 1, 2021, XL filed its Verified Complaint in the United States District Court for the District of Maryland (ECF No. 1) seeking: (i) specific performance of an indemnity agreement to enforce demand for collateral security; (ii) specific performance of an indemnity agreement to inspect books and records; (iii) contractual indemnification; (iv) exoneration; (v) *quia timet*; (vi) common law indemnification; and (vii) subrogation against Defendants, Bighorn Construction and Reclamation, LLC, Bridgelink Engineering, LLC, Bridgelink Commodities, LLC, Bridgelink Investments, LLC, Bridgelink Development, LLC, Bridgelink Renewable Energy Investments LLC, Intermountain Electric Service, Inc., Bighorn Investments and Properties LLC, Cole W. Johnson, Cord H. Johnson and Cassie J. Hamilton (collectively, "Defendants").

2. On December 1, 2021, XL also filed an Emergency Motion for Preliminary Injunction (ECF No. 2) against all Defendants wherein XL sought to specifically enforce its right to: (i) collateral security; (ii) books and records; (iii) exoneration; and (iv) *quia timet*.

3. On December 8, 2021, Defendants filed a Joint Motion to Continue Emergent Motion for Temporary and Preliminary Injunction (ECF No. 8).

4. On December 9, 2021, the Court granted Defendants' Joint Motion to Continue Emergent Motion for Temporary and Preliminary Injunction (ECF No. 10).

5. On January 10, 2022, Defendants filed a response in opposition to XL's Emergent Motion for Temporary and Preliminary Injunction (ECF. No. 11)

6. On January 24, 2022, XL responded to Defendants' Opposition to XL's Emergent Motion for Temporary and Preliminary Injunction (ECF. No. 12).

7. On February 3, 2022, Defendants filed an Answer to XL's Verified Complaint (ECF. No. 15).

8. On June 10, 2022, the Court entered an Order granting in part, and denying in part, XL's Emergent Motion for Preliminary Injunction (ECF. No. 36).

9. On July 26, 2022, XL submitted a Motion for Summary Judgment against Defendants (ECF No. 40).

10. On November 23, 2022, the Court granted summary judgment in the amount of $729,377.85 in favor of XL as to all pertinent issues in their Verified Complaint. Specifically, the Court granted XL's Complaint as to Counts I (Specific Performance of Collateral), Count II (Books and Records), Count III (Contractual Indemnity) and Count VI (Indemnity) (ECF No. 43).

11. On February 24, 2023, following multiple attempts to confer with Defendants regarding their lack of responses to XL's Interrogatories, XL filed a Motion to Compel Discovery in Aid of Execution of Judgment (ECF No. 46).

12. On March 14, 2023, this Court issued a Memorandum Opinion (ECF No. 47) and Order (ECF No. 48) granting XL's Motion to Compel Discovery in Aid of Execution of Judgment, declaring that Defendants are responsible for providing responses to XL's interrogatories. The Court also found that XL is entitled to be reimbursed for their reasonable attorneys' fees and costs pursuant to Fed. R. Civ. P. 37(a)(5)(A).

13. To date, XL has incurred $10,313.50 in attorneys' fees and $800.00 in expenses in this relation to this motion to compel, for a total of $11,113.50.

14. Pursuant to Local Rule 109.2, Fed. R. Civ. P. 37(a)(5)(A), and the Court's Order dated March 14, 2023, XL contemporaneously submit and incorporates by reference a memorandum regarding attorneys' fees and expenses in support of the foregoing motion regarding attorneys' fees and expenses.

WHEREFORE, for the foregoing reasons, XL Specialty Insurance respectfully request that this Court award their attorneys' fees and expenses incurred in this action in the total amount of $11,113.50.

Respectfully submitted,

*/s/ Kevin S. Brotspies*
_____

Kevin S. Brotspies - #0906300001
TRIF & MODUGNO, LLC
89 Headquarters Plaza, Suite 1201
Morristown, NJ 07960
Phone: 973-547-3611
Email: kbrotspies@tm-firm.com

*Attorneys for Plaintiff*
*XL Specialty Insurance Company, LLC*