UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| XL SPECIALTY INSURANCE CO.,<br><br>    Plaintiff,<br><br>v.<br><br>BIGHORN CONSTRUCTION & RECLAMATION, LLC, et al.,<br><br>    Defendants. | Civil No. 21-3068-BAH |

**PLAINTIFF'S MEMORANDUM REGARDING ATTORNEY'S FEES AND EXPENSES**

Plaintiff, XL Specialty Insurance Company ("XL"), by and through its attorneys Trif & Modugno, LLC, and pursuant to Local Rule 109.2, Fed. R. Civ. P. 37(a)(5)(A), and this Court's Order dated March 14, 2023 (ECF No. 48) hereby file this Memorandum Regarding Attorneys' Fees and Expenses and state as follows:

**I.   NATURE OF THE CASE**

This matter arises from an Indemnification Agreement (the "Agreement") between XL and Defendants, Bighorn Construction and Reclamation, LLC ("BCR"), Bighorn Investments and Properties, LLC, Bridgelink Engineering, LLC, Bridgelink Commodities, LLC, Bridgelink Investments, LLC, Bridgelink Development, LLC, Bridgelink Renewable Energy Investments, LLC, Intermountain Electric Service, Inc., Cole W. Johnson, Cord H. Johnson, and Cassie J. Hamilton (collectively "Defendants"). Specifically, the Defendants executed the Agreement, as indemnitors, in favor of XL, as indemnitee, in consideration for XL's issuance of bonds, as surety, on behalf of BCR, as principal.  Thereafter, XL issued bonds on behalf of BCR in connection with two (2) construction projects.  After BCR was terminated by the owners on both projects and failed to pay its subcontractors/vendors on these projects, XL, pursuant to its obligations under its bonds,

incurred substantial losses, costs and expenses in connection with its issuance of payments to BCR's unpaid subcontractors/vendors. Additionally, the owners sought (and continue to seek) payments for amounts incurred to complete BCR's work over and above the contract balances.

As a result of the claims against the bonds, as well as XL's enforcement of its rights under the Indemnity Agreement: (i) XL has incurred substantial losses, costs and expenses amounting to no less than $729,377.85, to date; and (ii) XL remains exposed to unresolved claims by one of the project owners. In order to enforce its right to indemnification and collateral security, among other things, under the Agreement, XL filed a lawsuit against Defendants.

On November 23, 2022, the Court granted XL's motion for summary judgment (ECF No. 40), stating that XL was entitled to summary judgment as a matter of law with respect to Count I (Specific Performance of Collateral) and Count IV (Exoneration). The Court held that Defendants were ordered to deposit collateral with XL in the amount of $1,626,662.98. Furthermore, the Court ordered that XL was entitled to summary judgment as a matter of law with respect to Count II (Books and Records) and ordered that Defendants must provide XL with full and complete access to all of Defendants' books, records and other documents, including financial books, records, documents and accounts maintained by Defendants. Finally, the Court held that XL was entitled to summary judgment as a matter of law with respect to Count III (Contractual Indemnity) and Count VI (Indemnity). Defendants were ordered to pay XL $729,377.85 plus post-judgment interest at the legal rate, and the costs of the action. Following the Court's decision, XL timely supplied Defendants with interrogatories and requests for production of documents, but Defendants failed to respond to XL's requests.

## II. CLAIMS UPON WHICH MOVANT PREVAILED

On March 14, 2023, this Court issued a Memorandum Opinion (ECF No. 47) and Order (ECF No. 48) granting XL's Motion to Compel Discovery in Aid of Execution of the Judgment and compelling Defendants to respond to XL's interrogatories, so that XL may begin the process of collecting on their Judgment. Pursuant to the Memorandum Opinion (ECF No. 47) and Order (ECF No. 48.) the Court held that Defendants are directed to respond to XL's interrogatories and requests for production of documents within thirty (30) days from the date of entry of the Order.

## III. CLAIMS UPON WHICH MOVANTS DID NOT PREVAIL

XL prevailed on all claims of their Motion to Compel Discovery in Aid of Execution of the Judgment.

## IV. WORK PERFORMED BY COUNSEL FOR MOVANTS

Attached hereto as **Exhibit A** and incorporated by reference are the invoices kept and issued by Trif & Modugno, LLC in the regular course of business, which contain a detailed description of the work performed by counsel of record, broken down by hour or fractions thereof, and all expenses incurred in connection with the successful prosecution of XL's claims. Also included in **Exhibit A** is a "time report" detailing all unbilled time incurred primarily during the month of March 2023 and primarily in connection with XL's Fee Petition and Motion to Compel. Below is a summary of the services rendered by Trif & Modugno, LLC organized by Pleading in accordance with Appendix B, Rules and Guidelines for Determining Attorney's Fees:

| PLEADING | HOURS | FEES |
|---|---|---|
| Interrogatories | 6.80 | $2,040.00 |
| Motion to Compel | 14.40 | $3,566.50 |
| Service of Motion to Compel Upon Defendants | 2.90 | $738.00 |

| | | |
|---|---|---|
| Request for Attorneys Fee Petition | 16.20 | $3,969.00 |
| **Total Attorneys' Fees** | **40.30** | **$10,313.50** |

As the above table indicates, the vast majority of legal fees incurred resulted from the drafting of the Motion to Compel and this Fee Petition. Case law provides that time working on a fee application may be included in an attorney's fee request under Fed. R. Civ. P. 37. See Guantanamera Cigar Co. v. Corporation Habanos, 263 F.R.D. 1, 12 (D.C. District Court 2009) citing Fabi Constr. Co. v. Sec'y of Labor, 541 F.3d 407, 414, 383 U.S. App. D.C. 195 (D.C. Cir. 2008) (stating that "…it is reasonable to require the payment of attorney fees associated with the creation of the application for fees…").

V. **ATTORNEY'S CUSTOMARY FEE FOR LIKE WORK**

Trif & Modugno, LLC typically handles litigation matters on an hourly rate basis. Affidavit of Kevin S. Brotspies ("Brotspies Aff."), at ¶ 2 attached hereto as **Exhibit B** and incorporated herein by reference. Mr. Brotspies is a Partner at the law firm of Trif & Modugno, LLC, and served as the senior attorney for XL in this matter. Id. at ¶ 1 & 2. Mr. Brotspies has been barred in Maryland for 14 years. Id. at ¶ 3. Mr. Brotspies' standard hourly rate for litigation matters during the pendency of this litigation was $300 per hour.

Louis A. Modugno is a Partner at the law firm of Trif & Modugno, LLC. He has been a practicing attorney for 27 years. Id. at ¶ 4. Mr. Modugno's standard hourly rate for litigation matters during the pendency of this litigation was $300 per hour.

Alyssa Puccio, an Associate of Trif & Modugno, LLC assisted Mr. Brotspies in drafting documents and in providing research. Ms. Puccio's standard hourly rate for litigation matters during the pendency of this litigation was $245 per hour. Id. at ¶ 5. Ms. Puccio has been a practicing attorney for 1 year.

## VI. PREVAILING RATE FOR LIKE WORK IN COMMUNITY

Trif & Modugno, LLC is primarily located in the tri-state area. For the reasons discussed in more detail below, the hourly rates charged by Trif & Modugno in connection with this matter are consistent with reasonable market rates in this region.

In Appendix B, Subsection 3 of the Local Rules, this Court provides guidelines (the "Guidelines"), which are meant to offer practical guidance and reduce debate regarding acceptable ranges for lawyers requesting attorneys' fees. But, the Court recognizes that a firm's hourly rates may differ from the rates enumerated in the Guidelines for a number of reasons. Specifically, the Court notes in the Guidelines that "one factor that would support an adjustment to the applicable range is an increase in the cost of legal services since the adoption of the Guidelines," and that "[t]he Court recognizes that there are attorneys for whom, and cases for which, the market rate differs from these guideline rates."

Here, the hourly rates charged for the work performed by Mr. Modugno and Mr. Brotspies fall within the Guidelines ranges for attorneys with their experience level and should therefore be deemed inherently reasonable.

Although the hourly rate charged for the work performed by Ms. Puccio is above the Guidelines range, the rate charged is within the market rates for legal services in the New Jersey-New York metropolitan areas and generally for law firms of similar size.

## VII. ADDITIONAL FACTORS REQUIRED BY CASE LAW

The "lodestar" approach is the method established by the Supreme Court for determining a reasonable fee. Papanicolas v. Project Execution & Control Consulting, LLC, 2014 U.S. Dist. LEXIS 146073 (D. Ct. MD. October 10, 2014) at *6-7 (stating that "[t]he starting point in the lodestar calculation is 'the number of hours reasonably expended on the litigation multiplied by a

reasonable hourly rate'"). The Supreme Court endorsed a list of twelve factors that were first articulated by the Fifth Circuit in the case of Johnson v. Georgia Highway Express, Inc., 488 F.2d 714 (5th Cir. 1974), which aid the court in determining a reasonable fee. The factors are (1) the time and labor required; (2) the novelty and difficulty of the questions; (3) the skill requisite to perform the legal service properly; (4) the preclusion of employment by the attorney due to acceptance of the case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or the circumstances; (8) the amount involved and the results obtained; (9) the experience, reputation, and ability of the attorneys; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases. The Fourth Circuit directed courts to consider these twelve factors when calculating the lodestar amount in the case of Robinson v. Equifax Info. Servs., LLC, 560 F.3d 235, 243 (4th Cir. 2009).

1. *The time and labor required, the novelty and difficulty of the questions involved, and the skill requisite to perform the legal service properly.*

Following Judgment rendered in favor of XL, XL's counsel properly requested that Defendants respond to their interrogatories and requests for production of documents so that XL may execute the judgment. Despite requests on two separate occasions, Defendants failed to respond, requiring XL's counsel to analyze proper procedure in Maryland in order to compel their responses. As detailed in the billing records included in Exhibit A, drafting the motion to compel, and this fee petition involved considerable time and labor.

2. *The preclusion of employment by the attorney due to acceptance of the case*

XL's counsel has been forced to dedicate a significant amount of unnecessary time to pursue legal recourse in order to execute the judgment rendered by the Maryland District Court

due to Defendants unwillingness to cooperate in providing XL with answers to their responses to XL's interrogatories and requests for production of documents.

   3. *The customary fee*

The fee charged by XL's counsel is considered reasonable in the state of New Jersey, this determination is based upon knowledge of similarly situated law firms in the state of New Jersey.

   4. *Whether the fee is fixed or contingent, time limitations imposed by the client or the circumstances, the "undesirability" of the case, the nature and length of the professional relationship with the client, awards in similar cases*

Not applicable.

   5. *The amount involved and the results obtained*

On November 23, 2022, the District Court of Maryland granted XL's Motion for Summary Judgment in the amount of $729,377.85. Given that this request for attorney's fees arises solely out of Defendants' refusal to respond to XL's interrogatories so that XL may collect on their Judgment, it is reasonable that Defendants' should be obligated to pay the amount that XL would otherwise have to pay for Counsel's services.

   6. *The experience, reputation, and ability of the attorneys*

Trif & Modugno is highly regarded firm within the New York metropolitan area, with Mr. Modugno having been named one of New Jersey's "Top 40 Lawyers under 40" by the New Jersey Law Journal. In addition, Martindale-Hubbell awarded Mr. Modugno its AV Peer Review Rating, its highest level of professional excellence and has been listed in Best Lawyers, a Woodward/White, Inc. business and partners with U.S. News & World Report, in the areas of Construction Law and Litigation – Construction. He was also recognized as the 2021 "Lawyer of the Year" for Construction Law in Newark, New Jersey.

Mr. Brotspies is admitted to practice in the State and District Court of New Jersey, the State and U.S. District Courts for the Eastern, Northern, Southern Districts of New York, the State and District Courts of Maryland, and the U.S. Court of Appeals for the Second and Third Circuits. Mr. Brotspies also served as a Law Clerk in the Superior Court of the State of New Jersey, Appellate Division.

Ms. Puccio is admitted to practice in the State of New Jersey and the State of New York. In 2021, Ms. Puccio was selected for the New York Pro Bono Scholars Program, an opportunity that allowed her to sit for the New York bar examination prior to graduation. Ms. Puccio served as a Law Clerk for the Special Civil Division for a New Jersey Superior Court prior to joining Trif & Modugno, LLC.

As demonstrated by the foregoing, as well as the attached Exhibits, consideration of the relevant factors should lead this Court to find that the attorneys' fees incurred by XL, in an attempt to collect on their Judgment, were reasonable and should award their reimbursement in full.

## VIII. **REIMBURSABLE EXPENDITURES**

As identified in Exhibit A, XL incurred the following expenses in connection with its Motion to Compel Discovery in Aid of Execution of Judgment:

| **Description** | **Amount** |
|---|---|
| Service of Motion to Compel | $800.00 |

**IX.** **CONCLUSION**

For the foregoing reasons, Plaintiff, XL Specialty Insurance Company respectfully request that this Court award their attorneys' fees and expenses incurred in this action in the total amount of $11,113.50

Respectfully submitted,

/s/ KBrots

_____
Kevin S. Brotspies - #0906300001
TRIF & MODUGNO, LLC
89 Headquarters Plaza, Suite 1201
Morristown, NJ 07960
Phone: 973-547-3611
Email: kbrotspies@tm-firm.com

*Attorneys for Plaintiff*
*XL Specialty Insurance Company, LLC*

# EXHIBIT A

**SUMMARY OF ATTORNEYS' FEES**

| Totals | Amount |
|---|---:|
| Information Subpoena Request | $2,040.00 |
| Motion to Compel Fees | $4,304.50 |
| Request for attorneys fees | $3,969.00 |
| Expenses Fees | $800.00 |
| **Total Matter Balance** | **$11,113.50** |

**BREAKDOWN OF FEES**

| Information Subpoena Requests | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | User | Matter Number | Work Type | Description | Actual | Billable | Rate | Total |
| 12/21/2023 | Louis Modugno | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A103 / L470 | Prepare eleven separate discovery in aid of execution requests for judgement debtors | 6.50 | 6.50 | $300.00 | $1,950.00 |
| 12/21/2022 | Louis Modugno | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A103 / L470 | Email status update to client related to asset subpoenas and judgment certification with procedures | 0.20 | 0.20 | $300.00 | $60.00 |
| 12/28/2022 | Louis Modugno | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A103 / L470 | Review and respond to correspondence related to asset disclosures | 0.10 | 0.10 | $300.00 | $30.00 |
| | | | | Total Hours: | | 6.80 | Total: | $2,040.00 |

### Drafting Motion to Compel

| Date | User | Matter Number | Work Type | Description | Actual | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 2/1/2023 | Louis Modugno | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A102 / L470 | Review applicable Maryland and Texas enforcement Rules for purposes of filing motion to enforce discovery in aid of execution | 0.70 | 0.70 | $300.00 | $210.00 |
| 2/8/2023 | Alyssa Puccio | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A103 / L141 | Draft and revise Proposed Order granting Plaintiff's motion to compel defendants inforamtion subpoena responses | 0.50 | 0.50 | $245.00 | $122.50 |
| 2/8/2023 | Alyssa Puccio | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A103 / L142 | Review and analyze the state court rule equivalent to Federal Rule 3-633, permitting "a judgment creditor may obtain discovery to aid enforcement of a money judgment by use of interrogatories" | 0.70 | 0.70 | $245.00 | $171.50 |
| 2/8/2023 | Alyssa Puccio | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A103 / L143 | Drafter and revise motion to compel information subpoena focusing on rule 3-633. | 0.70 | 0.70 | $245.00 | $171.50 |
| 2/8/2023 | Alyssa Puccio | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A103 / L144 | Draft and revise motion to compel a response to the information subpoena | 1.50 | 1.50 | $245.00 | $367.50 |
| 2/13/2023 | Alyssa Puccio | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A103 / L140 | Review and analyze the Docket to include procedural history in motion to compel defendants to respond to Plaintiff's request for information. | 1.10 | 1.10 | $245.00 | $269.50 |
| 2/14/2023 | Alyssa Puccio | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A103 / L140 | Draft and revise Certification required to be submitted with Motion to compel under Local Rule 104.7 | 0.80 | 0.80 | $245.00 | $196.00 |
| 2/14/2023 | Alyssa Puccio | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A103 / L140 | Review and analyze US District Court for Maryland Local Rules, including Rule 104.7 to provide proper certifications to the Court | 0.90 | 0.90 | $245.00 | $220.50 |
| 2/14/2023 | Alyssa Puccio | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A103 / L140 | Draft and revise Plaintiff's motion to compel discovery in aid fo execution of judgement | 1.40 | 1.40 | $245.00 | $343.00 |
| 2/14/2023 | Alyssa Puccio | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A103 / L140 | Review and analyze the Federal Rules of Civil Procedure for submitting a motion to compel discovery in aid of execution of judgement to the Maryland Court on behalf of XL, focusing on Rules 69(a)(2) and 37 (a)(3)(B)(iii)and (iv) | 1.60 | 1.60 | $245.00 | $392.00 |
| 2/14/2023 | Alyssa Puccio | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A103 / L140 | Review and analyze requirements for motion to compel under Maryland law, specifically Md. Rule 3-633 and 3-421. | 1.30 | 1.30 | $245.00 | $318.50 |
| 2/15/2023 | Alyssa Puccio | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A103 / L140 | Draft and revise Motion to Compel in preparation to submit documents to the court. | 0.70 | 0.70 | $245.00 | $171.50 |
| 2/16/2023 | Alyssa Puccio | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A103 / L140 | Draft and revise Proposed Order granting Plaintiff's motion to compel discovery in aid of execution of judgement. | 0.60 | 0.60 | $245.00 | $147.00 |
| 2/16/2023 | Alyssa Puccio | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A103 / L140 | Draft and revise Motion to Compel to submit on behalf of XL regarding the Discovery Requests sent to Defendants' Counsel. | 1.40 | 1.40 | $245.00 | $343.00 |
| 2/24/2023 | Alyssa Puccio | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A103 / L140 | Finalize motion to compel in aid of discover execution | 0.50 | 0.50 | $245.00 | $122.50 |
| | | | | Hours: | | 14.40 | Total: | $3,566.50 |

### Service upon Defendants in Compliance with Rule 104.7

| Date | User | Matter Number | Work Type | Description | Actual | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 2/24/2023 | Alyssa Puccio | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A103 / L140 | Draft and revise documents for service of filed motion to compel for Bridgelink Engineering as required by US District Court Local Rule 104.7 | 0.20 | 0.20 | $245.00 | $49.00 |
| 2/24/2023 | Alyssa Puccio | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A103 / L140 | Draft and revise documents for service of filed motion to compel for Bighorn Construction & Reclamation as required by US District Court Local Rule 104.7 | 0.20 | 0.20 | $245.00 | $49.00 |
| 2/24/2023 | Alyssa Puccio | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A103 / L140 | Draft and revise documents for service of filed motion to compel for Bridgelink Investments as required by US District Court Local Rule 104.7 | 0.20 | 0.20 | $245.00 | $49.00 |
| 3/13/2023 | Alyssa Puccio | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A104 / L141 | Draft and revise documents for service of filed Review and analyze the Maryland docket for XL Specialty to determine if the parties provided any response to motion to compel | 0.20 | 0.20 | $245.00 | $49.00 |
| | | | | Hours | | 2.90 | Total: | $738.00 |
| | | | | | Total Hours: | 17.30 | Total Amount: | $4,304.50 |

| | | | | Request for Attorneys' Fees | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | User | Matter Number | Work Type | Description | Actual | Billable | Rate | Total |
| 3/1/2023 | Alyssa Puccio | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A104 / L140 | Review and analyze dockets relating to attorneys' fees granted pursuant to FRCP 37 and Local Rule 109.2. | 0.70 | 0.70 | $245.00 | $171.50 |
| 3/15/2023 | Alyssa Puccio | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A103 / L140 | Begin to draft and revise request for attorneys' fees on behalf of XL specialty | 0.40 | 0.40 | $245.00 | $98.00 |
| 3/15/2023 | Alyssa Puccio | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A104 / L140 | Review and analyze FRCP 37(a) (5) (A) and Local Rule 109.2 in preparation to draft request for attorneys' fees in response to Order. | 0.30 | 0.30 | $245.00 | $73.50 |
| 3/15/2023 | Alyssa Puccio | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A108 / L140 | Contact Guaranteed Subpoena to advise that they can stop attempting service. | 0.10 | 0.10 | $245.00 | $24.50 |
| 3/16/2023 | Alyssa Puccio | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A103 / L140 | Draft and revise Motion for Attorney's fees and Expenses | 0.70 | 0.70 | $245.00 | $171.50 |
| 3/16/2023 | Alyssa Puccio | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A103 / L210 | Compile data relating to itemized documentation of fees and costs to input into request for attorneys' fees and expenses. | 0.60 | 0.60 | $245.00 | $147.00 |
| 3/17/2023 | Alyssa Puccio | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A104 / L140 | Draft and revise prevailing rate for like work in community section of memorandum requesting attorneys fees. | 1.10 | 1.10 | $245.00 | $269.50 |
| 3/17/2023 | Alyssa Puccio | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A104 / L140 | Draft and revise reimbursable expenditures section of memorandum requesting attorneys fees. | 0.40 | 0.40 | $245.00 | $98.00 |
| 3/17/2023 | Alyssa Puccio | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A104 / L140 | Draft and revise work perfromed by counsel for movants section of memorandum requesting attorneys fees. | 1.20 | 1.20 | $245.00 | $294.00 |
| 3/17/2023 | Alyssa Puccio | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A104 / L140 | Draft and revise attorney's customary fee for like work section of memorandum requesting attorneys fees. | 0.60 | 0.60 | $245.00 | $147.00 |
| 3/17/2023 | Alyssa Puccio | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A104 / L140 | Draft and revise claims upon which movants prevailed section of memorandum requesting attorneys fees. | 0.80 | 0.80 | $245.00 | $196.00 |
| 3/17/2023 | Alyssa Puccio | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A104 / L140 | Draft and revise Memorandum pursuant to request for attorneys' fees requirements under FRCP 37 and Maryland local rules. | 1.40 | 1.40 | $245.00 | $343.00 |
| 3/17/2023 | Alyssa Puccio | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A104 / L140 | Review and analyze Maryland law relating to recovery of reasonable attorneys' fees, focusing on Appendix B local rules and guidelines for determining attorneys' fees in certain cases. | 1.10 | 1.10 | $245.00 | $269.50 |
| 3/24/2023 | Alyssa Puccio | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A103 / L140 | Draft and revise Memorandum relating to request for attorneys' fees on behalf of XL. | 2.10 | 2.10 | $245.00 | $514.50 |
| 3/27/2023 | Alyssa Puccio | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A103 / L140 | Draft and revise Exhibit B, affidavit of Kevin Brotspies to include in Memorandum of attorneys' fees and expenses | 0.80 | 0.80 | $245.00 | $196.00 |
| 3/27/2023 | Alyssa Puccio | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A103/L140 | Draft and revise Exhibit A, | 1.30 | 1.30 | $245.00 | $318.50 |
| 3/27/2023 | Alyssa Puccio | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | A103 / L140 | Finalize request for attorneys fees following Court Order granting motion to compel and allowing XL to submit a request for attorneys fees | 2.60 | 2.60 | $245.00 | $637.00 |
| | | | | | Hours | 16.20 | Total: | $3,969.00 |

| Expenses | | | | |
|---|---|---|---|---|
| Date | Matter No. | User | Description | Amount |
| 3/20/2023 | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | Mariah Clare Clark | Guaranteed Subpoena Invoice 20230227094145 | $75.00 |
| 3/20/2023 | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | Mariah Clare Clark | Guaranteed Subpoena Invoice 20230227094546 | $75.00 |
| 3/20/2023 | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | Mariah Clare Clark | Guaranteed Subpoena Invoice 20230227094634 | $40.00 |
| 3/20/2023 | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | Mariah Clare Clark | Guaranteed Subpoena Invoice 20230227094916 | $40.00 |
| 3/20/2023 | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | Mariah Clare Clark | Guaranteed Subpoena Invoice 20230227095009 | $40.00 |
| 3/20/2023 | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | Mariah Clare Clark | Guaranteed Subpoena Invoice 20230227095048 | $40.00 |
| 3/20/2023 | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | Mariah Clare Clark | Guaranteed Subpoena Invoice 20230227095658 | $75.00 |
| 3/20/2023 | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | Mariah Clare Clark | Guaranteed Subpoena Invoice 20230227095450 | $150.00 |
| 3/20/2023 | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | Mariah Clare Clark | Guaranteed Subpoena Invoice 20230227095151 | $40.00 |
| 3/20/2023 | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | Mariah Clare Clark | Guaranteed Subpoena Invoice 20230227095307 | $150.00 |
| 3/20/2023 | 01357-AXA XL-(COMM)-BIGHORN CONSTRUCTION (Claim No.: 0006917889) | Mariah Clare Clark | Guaranteed Subpoena Invoice 20230227095412 | $75.00 |
| | | | **Total Expenses:** | **$800.00** |

# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| XL SPECIALTY INSURANCE CO.,<br><br>    Plaintiff,<br><br>v.<br><br>BIGHORN CONSTRUCTION & RECLAMATION, LLC, et al.,<br><br>    Defendants. | Civil No. 21-3068-BAH |

### AFFIDAVIT OF KEVIN BROTSPIES

**KEVIN BROTSPIES**, of full age, hereby certifies and says:

1. I am representing Plaintiff, XL Specialty Insurance Company ("XL") in the above-referenced matter.

2. I am a Partner at Trif & Modugno, LLC ("T&M Firm"), where we provide legal services that generally involve litigation matters, on an hourly rate basis.

3. I have been barred in the state of Maryland for 14 years.

4. Mr. Louis Modugno, a Partner at T&M Firm, assisted in researching and drafting the motion to compel and underlying documents. Mr. Modugno has been a practicing attorney for 27 years.

5. Ms. Alyssa Puccio, an Associate at T&M Firm, assisted in researching and drafting the motion to compel and underlying documents. Ms. Puccio has been a practicing attorney for 1 year.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 3/28/2023

*[signature: KBrits]*

_____
Kevin S. Brotspies
Trif & Modugno, LLC
*Counsel for Plaintiff,*
*XL Specialty Insurance Company*