UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>-against-<br><br>BIGHORN CONSTRUCTION & RECLAMATION, LLC, BRIDGELINK ENGINEERING, LLC, BRIDGELINK COMMODITIES, LLC, BRIDGELINK INVESTMENTS, LLC, BRIDGELINK DEVELOPMENT, LLC, BRIDGELINK RENEWABLE ENERGY INVESTMENTS, LLC, INTERMOUNTAIN ELECTRIC SERVICE, INC., BIGHORN INVESTMENTS AND PROPERTIES, LLC, COLE W. JOHNSON, CORD H. JOHNSON, CASSIE J. HAMILTON<br><br>Defendants. | Civil No. 21-3068 (BAH) |

## PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR CIVIL CONTEMPT

Upon review and consideration of XL Specialty Insurance Company's Motion for Civil Contempt ("Motion") and any opposition thereto, it is HEREBY ORDERED that:

1. Plaintiff XL Specialty Insurance Company's ("XL") Motion is GRANTED;

2. Defendants Bighorn Construction and Reclamation, LLC, Bridgelink Engineering, LLC, Bridgelink Commodities, LLC, Bridgelink Investments, LLC, Bridgelink Development, LLC, Bridgelink Renewable Energy Investmenrs, LLC, Intermountain Electric Service, Inc., Bighorn Investments and Properties, LLC, Cole W. Johnson, Cord H. Johnson, Cassie J. Hamilton (collectively, the "Defendants") are found to be and are hereby held in Civil Contempt;

3.      Effective today, each of the Defendants shall pay to XL the sum of $500 for each day Defendants fail to supply full and complete responses to the requests for discovery in aid of execution of Judgment, dated December 22, 2022;

4.      Defendants shall pay $_____ in attorneys' fees to XL within 30 days as a sanction for deliberately violating the United States District Court for the District of Maryland's Order and requiring XL to incur attorneys' fees in attempting to enforce its terms.

 

_____
Judge Brendan Abell Hurson
United States District Judge