# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>                                     Plaintiff,<br><br>  -against-<br><br>BIGHORN CONSTRUCTION & RECLAMATION, LLC, BRIDGELINK ENGINEERING, LLC, BRIDGELINK COMMODITIES, LLC, BRIDGELINK INVESTMENTS, LLC, BRIDGELINK DEVELOPMENT, LLC, BRIDGELINK RENEWABLE ENERGY INVESTMENTS, LLC, INTERMOUNTAIN ELECTRIC SERVICE, INC., BIGHORN INVESTMENTS AND PROPERTIES, LLC, COLE W. JOHNSON, CORD H. JOHNSON, CASSIE J. HAMILTON<br><br>                                  Defendants. | Civil No. 21-3068 (BAH) |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 11th day of September, 2023, the Motion for Contempt and supporting Memorandum of Law filed via the Clerk's CM/ECF System on the 11th day of September, 2023, will be served by CM/ECF (upon counsel who has yet to withdraw from this matter), electronic mail and Federal Express upon the following:

      Bighorn Construction and Reclamation, LLC's
      777 Main Street, Suite 2800
      Fort Worth, TX 76102
      Serve: URS Agents, LLC
      3610-2 N. Josey Lane, Suite 223
      Carrollton, TX 75007

Bridgelink Engineering, LLC
777 Main Street, Suite 2800
Fort Worth, TX 76102
Serve: URS Agents, LLC
3610-2 N. Josey Lane, Suite 223
Carrollton, TX 75007

Bridgelink Commodities, LLC
777 Main Street, Suite 2800
Fort Worth, TX 76102
Serve: URS Agents, LLC
3610-2 N. Josey Lane, Suite 223
Carrollton, TX 75007

Bridgelink Investments, LLC
777 Main Street, Suite 2800
Fort Worth, TX 76102
Serve: URS Agents, LLC
3610-2 N. Josey Lane, Suite 223
Carrollton, TX 75007

Bridgelink Development, LLC
777 Main Street, Suite 2800
Fort Worth, TX 76102

Bridgelink Renewable Energy Investments, LLC
777 Main Street, Suite 2800
Fort Worth, TX 76102
Serve: URS Agents, LLC
3610-2 N. Josey Lane, Suite 223
Carrollton, TX 75007

Intermountain Electric Service, Inc.
777 Main Street, Suite 2800
Fort Worth, TX 76102
Serve: Corporation Service Company D/B/A CSC-Lawyers Inc.
211 E. 7th Street Suite 620
Austin, Texas 87801

Bighorn Investments and Properties, LLC
777 Main Street, Suite 2800
Fort Worth, TX 76102
Serve: URS Agents, LLC
3610-2 N. Josey Lane, Suite 223
Carrollton, TX 75007

Cole W. Johnson
777 Main Street, Suite 3000
Fort Worth, Texas 76012

Cord H. Johnson
777 Main Street, 3000
Forth Worth, Texas 76012

Cassie J. Hamilton
777 Main Street, 3000
Forth Worth, Texas 76012

                                                                     */s/ Kevin Brotspies*
Kevin S. Brotspies (MD No. 0906300001)
89 Headquarters Plaza
North Tower, Suite 1201
Morristown, New Jersey 07960
Telephone: 973-547-3611
Facsimile: 973-554-1220
Email: kbrotspies@tm-firm.com

*Counsel for Plaintiff*
*XL Specialty Insurance Company*